AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Marcia Melendez, et al. <br><br> *Plaintiff(s)* <br> v. <br> The City of New York, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The City of New York

c/o New York City Law Department
Corporation Counsel
100 Church St., Fl. 5
New York, NY 10007-2630

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen P. Younger, Alejandro Cruz, Hyatt M. Howard, Esther Kim,
Kevin Opoku-Gyamfi, and Timothy H. Smith
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/13/2020

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marcia Melendez, Jarican Realty Inc., 1025 Pacific LLC, Ling Yang, Top East Realty LLC, and Haight Trade LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>The City of New York, *a municipal entity*, Bill de Blasio, *as Mayor of the City of New York*, Louise Carroll, *Commissioner of New York City Department of Housing Preservation & Development,* and Jonnel Doris, *Commissioner of New York City Department of Small Business Services,*<br><br>*Defendants.* | **Civ. No. 20-cv-05301-RA**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                                            :ss.:
DUTCHESS COUNTY    )

Robert J. Candella, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036. I reside in Kings County, New York.

2. On Monday, July 13, 2020, at 2:00PM, I served true and correct copies of the foregoing as-filed Summonses (4) in a Civil Action (directed to (i) The City of New York; (ii) Mayor Bill de Blasio; (iii) Jonnel Doris as Commissioner of the NYC Department of Small Business Service; and (iv) Louise Carroll as Commissioner of NYC Department of Housing Preservation and Development); Complaint; Civil Cover Sheet; Rule 7.1 Disclosures; and Notices of Appearance (4) by electronic mail to 'ServiceECF@law.nyc.gov' – an email address specifically designated for that purpose by The City of New York Law Department. Also attached to my email were copies of the individual practices of Judge Gregory H. Woods and Magistrate James L. Cott.

3. On Monday, July 13, 2020, at 2:10PM, I received the attached 'Proof of Service Receipt' from Jonathan Jay Pinn at the Law Department by return electronic mail.

4. On Tuesday, July 14, 2020, at 9:51AM, I caused the aforementioned documents to be served, as a courtesy, upon the Defendants herein, by hand delivering true and correct copies to The City of New York Law Department's intake window at 100 Church Street, New York, NY 10007 and leaving them with Jerry Bradshaw, Unit Chief, who stated he was authorized to accept such service. A copy of the process server's affidavit of service is also attached hereto.

5. On Tuesday, July 14, 2020, I also caused the aforementioned documents to be sent, as a courtesy, to the Defendants herein, by United States First Class Mail. Service by mail was completed by enclosing true and correct copies of the aforementioned documents in properly-addressed, postage-paid wrappers, and placing them into in a depository maintained by the U.S. Postal Service within the State of New York.

_____
Robert J. Candella

Sworn to before me this
16th day of July, 2020

_____
Notary Public

JOY E. KERTES
Notary Public, State of New York
No. 01KE6362814
Qualified in Kings County
Certificate on file in New York County
Commission Expires August 7, 20__

1386934v.1

**Candella, Robert (x2747)**

---

**From:** ServiceECF (Law) <ServiceECF@law.nyc.gov>
**Sent:** Monday, July 13, 2020 2:10 PM
**To:** Candella, Robert (x2747)
**Subject:** Proof of service receipt

*Caution: External Email!*

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

1



JAMES E. JOHNSON  
*Corporation Counsel*

THE CITY OF NEW YORK  
**LAW DEPARTMENT**  
100 CHURCH STREET  
NEW YORK, NY 10007

JONATHAN JAY PI  
Chief, Operations Divi  
100 Church St  
NY, NY 10  
jpinn@law.nyc.

**MEMORANDUM**

TO:         ALL

FROM:    JONATHAN JAY PINN

DATE:     JUNE 19, 2020

SUBJECT: MESSAGE FROM THE NEW YORK CITY LAW DEPARTMENT REGARDING SERVICE OF PROCESS

In light of Governor Cuomo's Executive Orders 202.8, 202.14, 202.28 and 202.38 tolling the period for service of process until July 6, 2020, the customary hours of operation for the service window for the City of New York located at 100 Church Street, New York, New York 10007 have been suspended. Beginning on Tuesday, June 23, 2020, the service window will be open ONLY on Tuesdays and Thursdays from 9:00am to 5:00pm. An email address remains available where the Law Department continues to temporarily accept service. The email address established for service in this period is ServiceECF@law.nyc.gov. Please note that service will be temporarily accepted via this method only for the City of New York and entities for which the Law Department is authorized to accept service. **Service of process on individuals should continue to proceed in manner required by applicable law.**

Law Department website:  
www.nyc.gov/law

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Attorney: Patterson Belknap Webb & Tyler LLP
Address: 1133 Avenue Of The Americas New York, NY 10036-6710

Job #: 1445323

MARCIA MELENDEZ, et al.,

vs

THE CITY OF NEW YORK, et al.,

Plaintiff(s)

Defendant(s)

Civil Action #: 1:20-cv-05301-GHW
Client's File No.:
Court Date:
Court Time:

Date Filed: 07/10/2020

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Baldeo C. Drepaul, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 7/14/2020, at 9:51 AM at: 100 CHURCH STREET, NEW YORK, NY 10007 Deponent served Summons in a Civil Action with Complaint, Civil Cover Sheet, Rule 7.1 Statements for Haight Trade LLC, Top East Realty LLC, 1025 Pacific LLC and Jarican Realty Inc, Appearance of Counsel, Individual Rules of Practice in Civil Cases of Judge Gregory H. Woods and Individual Practices of Magistrate Judge James L. Cott.

On: **THE CITY OF NEW YORK c/o NEW YORK CITY LAW DEPARTMENT, CORPORATION COUNSEL**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Jerry Bradshaw personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Unit Chief thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male            Color of skin: Black            Color of hair: Black/Gray    Glasses: No
Age: 51-65           Height: 5ft 9inch - 6ft 0inch   Weight: 161-200 Lbs.           Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#4 OTHER**
As Unit Chief accept service.

Sworn to before me on 07/14/2020

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579

COURT SUPPORT, INC., 181 HILLSIDE AVENUE, WILLISTON PARK, NY 11596 LICENSE #1382542

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: