**Patterson Belknap Webb & Tyler** LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

July 31, 2020

Stephen P. Younger
Partner
(212) 336-2685
Direct Fax: (212) 336-7981
spyounger@pbwt.com

*BY ECF*

Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Marcia Melendez, et al. v. The City of New York, et al.*,
                No. 20 Civ. 5301 (RA)

Dear Judge Abrams:

      We write on behalf of all parties in the above-captioned action pursuant to the Court's July 29, 2020 instruction that the parties meet and confer to propose a joint briefing schedule in connection with Plaintiffs' motion for preliminary injunctive and declaratory relief ("PI Motion") and Defendants' anticipated motion to dismiss ("Motion to Dismiss").

      Having met and conferred, the parties jointly propose the following briefing schedule for the PI Motion and Motion to Dismiss:

- Defendants' opposition to the PI motion and anticipated Motion to Dismiss are due August 12, 2020;

- Plaintiffs' reply in support of their PI Motion and opposition to Defendants' anticipated motion to dismiss are due August 26, 2020; and

- Defendants' reply in support of their anticipated Motion to Dismiss is due September 2, 2020.

      Defendants respectfully request permission to file a single brief in opposition to Plaintiffs' PI Motion and in support of their anticipated Motion to Dismiss using the page limits ordered by the Court on July 17, 2020. Plaintiffs likewise request permission to file a single brief as a reply in support of their PI Motion and in opposition to Defendants' anticipated Motion to Dismiss using the page limits set forth in the Court's July 17, 2020 order.

Hon. Ronnie Abrams
July 31, 2020
Page 2

       The parties respectfully request that the Court adopt this proposed briefing schedule and related agreement of the parties as to page limits.

       In addition, Plaintiffs respectfully request an oral argument at the Court's earliest convenience. The only date on which Plaintiffs' counsel is currently not available for an oral argument is September 16, 2020. The only dates on which Defendants' counsel are not available for oral argument in September are September 9, 10, 18, and 28, 2020.

       Respectfully submitted,

       Stephen P. Younger

cc:   Pamela Koplik, Esq.

      Carlos Ugalde, Esq.

The parties' proposed briefing schedule is granted. The Court will schedule oral argument shortly.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 31, 2020