# EXHIBIT YY

1

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

            Of the

COMMITTEE ON SMALL BUSINESS JOINTLY
WITH THE COMMITTEE ON CONSUMER
AFFAIRS AND BUSINESS LICENSING

------------------------ X

                    April 29, 2020
                    Start:  1:10 p.m.
                    Recess: 6:36 p.m.


HELD AT:         Remote Hearing

B E F O R E:     Mark Gjonaj,
                 Chairperson of the Committee on
                 Small Business

                 Andrew Cohen,
                 Chairperson of the Committee on
                 Consumer Affairs and Business
                 Licensing


COUNCIL MEMBERS:
                 Speaker Corey Johnson
                 Helen K. Rosenthal
                 Justin Brannan
                 Carlina Rivera
                 Brad Lander
                 Karen Koslowitz
                 Francisco Moya
                 Margaret Chin
                 Adrienne Adams

COUNCIL MEMBERS (CONT.):

                    Kalman Yeger
                    Steven Matteo
                    Peter Koo
                    Keith Powers

3

A P P E A R A N C E S

Greg Bishop
Commissioner of the New York City Department of
Small Business Services

Lorelei Salas
Commissioner of the Department of Consumer and
Worker Protection

Jackie Mallon
First Deputy Commissioner

Steven Edinony[SP?]
Executive Director

Mike Tiger
Deputy General Counsel

Evan Franca
Merchant Member of the North Flatbush Business
Improvement District

Jessica Lappin
New York City Business Leader

Andrew Riggie
Vice Chair of Community Board 7

Robert Bookman
New York City Hospitality Alliance

Amy Healy
Senior Director Public Affairs of Grubhub

4

A P P E A R A N C E S (CONT.)

Josh Gold
Director, Public Affairs for Uber

Max Rettig
Global Head of Public Policy at Door Dash

Vignesh Ganapathy on behalf of Postmates for
Vikrum Dave Aiyer

Lisa Sorin
Head of Bronx Chamber of Commerce

Karen Narefsky
ANHD Senior Organizer for Equitable Economic
Development

Jo-Ann Yoo
Executive Director of the Asian American
Federation

Ahyoung Kim
Small Business Project Manager at the Asian
American Federation

Ryan Monell
Director of City Legislative Affairs for the Real
Estate Board of New York

Steven Choi
Executive Director at the New York Immigration
Coalition

5

A P P E A R A N C E S (CONT.)

Mohamad Attia
Executive of the Street Vendor project at the
Urban Justice Center

Michael Brady
Chief Executive Officer of the Third Avenue
Business Improvement District

Pablo Benson Silva
New York City Network of Worker Cooperatives

Jennifer Tausig
Co-Chair of the New York City Bid Association

Matt Newberg
Founder and Author of HNGRY

Antitrust Lawyer
Partner of the New York City Law Firm Frank LLP

Yin Kong
Director of Think Chinatown

Alice Lu
Small Business Owners in Chinatown

Julian Hill
Supervising Attorney at TakeRoot Justice

Brendan Martin
Executive Director of the Working World

Ryan Roy
Small Business Owner in Greenpoint, Brooklyn

6

A P P E A R A N C E S  (CONT.)

Andrew Ding
Owner of the Expat

Carlos Martinez
Member of Sunset Scholars LLC

Rahim Ali
Chelsea Papaya

Mojito Iaba[SP]
Small business owner

Shawday Swift[SP?]
Rebellious Root

Robert S. Altman
Represent the Queens and Bronx Building
Association and the Building Industry
Association of New York City

```
    COMMITTEE ON SMALL BUSINESS JOINTLY WITH COMMITTEE
    ON CONSUMER AFFAIRS AND BUSINESS LICENSING        3
 1

 2      CHAIRPERSON GJONAJ: [Gavel] We want to comply

 3  with the full guidelines during the hearing.  First,

 4  we ask that cameras be places on viewing mode , so

 5  that we are able to identify all parties in

 6  attendance.  Second, we ask that your microphones be

 7  muted until it's your turn to speak.  Finally, we ask

 8  for all background noises to be limited when unmuted

 9  including cell phones.

10      If you are unable to filter out noises, we'll ask

11  you to submit your testimony via email to

12  counciltestimony@nyc.gov.  I repeat,

13  counciltestimony@nyc.gov.  Should you choose not to

14  follow these guidelines, the Sergeant at Arms will

15  block your video and possibly remove you from the

16  remote hearing.  Thank you for your kind cooperation

17  in this matter.

18      Mr. Chair?

19      CHAIRPERSON GJONAJ:  Chair Gjonaj.  Thank you all

20  for joining our virtual hearing today on the effects

21  of COVID-19 and the city's small business.

22      First off, I'd like to acknowledge that we've

23  been joined by our Speaker Corey Johnson and to you

24  Speaker, a belated Happy Birthday.  Many more

25  healthy, Happy Birthdays and looking forward to be
```

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS        8

2    able to celebrate with you under different

3    circumstances.

4        I'd like to also acknowledge my other colleagues

5    who have joined us so far today.  Council Member

6    Brannan, Council Member Chin, Council Member Rivera,

7    Council Member Adams, Council Member Lander, Council

8    Member Yeger, Council Member Koslowitz.

9        I'm going to turn it over to the Committee

10   Counsel Stephanie Jones to go over some procedural

11   items.

12       STEPHANIE JONES:  Thank you.  I'm Stephanie

13   Jones, Counsel to the Small Business Committee of the

14   New York City Council.  Before we begin, I want to

15   remind everyone that you will be on mute until you

16   are called on to testify when you will unmuted by the

17   host.

18       I will be calling on panelists to testify.

19   Please listen for your name to be called.  I will be

20   periodically announcing who the next panelist will

21   be.  The first two panels to give testimony will be

22   Greg Bishop Commissioner of the New York City

23   Department of Small Business Services followed by

24   Lorelei Salas Commissioner of the New York City

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
INTERNATIONAL INTERGROUP RELATIONS        9

1

2  Department of Consumer and Worker Protection.  I will

3  call you when it is your turn to speak.

4      For the question and answer period only, we will

5  also be joined by First Deputy Commissioner Jackie

6  Mallon from the Department of Small Business

7  Services.  As well as Executive Director Steven

8  Edinony[SP?] and Deputy General Council Mike Tiger

9  from the Department of Consumer and Worker

10 Protection.

11     During the hearing, if Council Members would like

12 to ask a question of the Administration or a specific

13 panelist, please use the Zoom raise hand function and

14 I will call on you in order.  We will be limited

15 Council Member questions to five minutes, which

16 includes the time it takes to answer your questions.

17     Please note, that for ease of this virtual

18 hearing, we will not be allowing a second round of

19 questions for each panelist.

20     Thank you.  I'll now pass to the Speaker to give

21 an opening statement.

22     SPEAKER COREY JOHNSON:  Thank you Stephanie.

23 Thank you Chair's Gjonaj and Cohen for holding this

24 hearing today.  There are a lot of bills on deck, so

25 I will be brief but I wanted to say that as we all

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
              INTERNATIONAL INTERGROUP RELATIONS        10

1

2    know, small businesses make our neighborhoods feel

3    like home for residents and they show tourists why

4    we're the greatest city in the world.

5         So, we have no choice but to make sure they are

6    able to whether this unbelievably painful storm.  It

7    is too important for New York City.  I can't imagine

8    my neighborhood or any neighborhood without our local

9    small businesses and I'm sure every New Yorker would

10   agree with that sentiment.  But they're not just a

11   critical part of making New York special.  Small

12   businesses employ 26 percent of New Yorkers and if

13   they close down, hundreds of thousands of workers

14   will permanently lose their jobs and the city loses

15   out on billions of dollars in sales tax, property tax

16   and income tax revenue.  Our economy runs on small

17   businesses and now they are facing unprecedented

18   losses.  This could be the worst economic disaster

19   that New York City has seen since the great

20   depression.

21        Many businesses will be forced to shut down for

22   good if they don't get more help.  That won't just

23   devastate business owners and their workers, it will

24   further destabilize our economy, our neighborhoods,

25   and the lives of so many New Yorkers.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS        11

1
2      Congress made some improvements to the Paycheck

3    Protection program but those loans are still too hard

4    to access in their ensured supply and I'm not

5    confident that they will end up helping the vast

6    majority of New York City small businesses.

7        This is particularly true for the city's

8    immigrant owned small businesses.  They face

9    significant obstacles in accessing loans because of

10   language barriers, documentation requirements and

11   eligibility criteria.  We absolutely need more

12   federal support here but there are some things that

13   the city can do.

14       We've got a large package of bills that we're

15   hearing today including bills that would give

16   desperately needed help to restaurants by capping

17   delivery app fees.  I want to give the sponsors time

18   to discuss, so I'll just briefly mention two bills

19   that I'm co-sponsoring.  Introduction 1914, which I

20   co-sponsored with Council Member Adrienne Adams,

21   would make threatening an impacted commercial tenant

22   a form of harassment punishable by a civil penalty of

23   between $10,000 or $50,000.  And Introduction 1932

24   which I co-sponsored with Council Member Rivera,

25   would suspend personal liability clauses, so that

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1        INTERGROUP INTERGROUP RELATIONS        12

2  city business owners don't face the loss of their

3  businesses and also personal bankruptcy.  I want to

4  thank everyone who has joined us, I know it is

5  especially challenging for small business owners to

6  take time to be here today and I know we can't solve

7  all of the issues that you are facing but I want you

8  to know the City Council is committed to doing

9  everything we can as quickly as we can and I will now

10  turn it back over to the Chairs.

11      Thank you very much.

12      CHAIRPERSON GJONAJ:  Thank you so much Speaker

13  Johnson.  I'd like to acknowledge that we've been

14  joined by colleagues since the start of the hearing

15  and we've been joined by Council Member Matteo and

16  Council Member Moya.

17      Good afternoon.  I'm Council Member Mark Gjonaj,

18  Chair of the Committee on Small Business and I'd like

19  to welcome you to our remote joint hearing today with

20  the Committee on Consumer Affairs and Business

21  Licensing Chaired by my dear friend Council Member

22  Andy Cohen.

23      As Chair of this Committee, I've had the honor of

24  being a voice in the City Council to advocate for and

25  support the over 200,000 small businesses in New York

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
       INTERNATIONAL INTERGROUP RELATIONS          13

1

2  City.  The small businesses in the city are the

3  living environment of what makes New York great.

4  Nearly half of our small businesses are immigrant

5  owned and, in some neighborhoods, these immigrant

6  business owners employ up to 40 percent of the

7  community.  Our small businesses deliver cultural,

8  relevant goods that can't be found in larger

9  businesses or in big box stores.  They beautify our

10 neighborhoods and serve as a meeting place for

11 citizen, city's residents to socialize.

12     Micro businesses with nine employees or fewer

13 capture the more common conception of the mom and pop

14 shop.  They are a symbol of the what hard work and an

15 entrepreneurial spirit can accomplish in our great

16 city.

17     The COVID-19 crisis perhaps presents the greatest

18 threat to our economy and small businesses in modern

19 history.  Our non-essential businesses are currently

20 closed and they must now decide whether they can

21 continue paying their staff rent, debt, real estate

22 taxes, sewer and water charges throughout the

23 duration of this crisis.

24     Our essential businesses may also be struggling

25 with the declined business and sales and now, have

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1            INTERGROUP RELATIONS        14

2   the added burden of providing personal protective

3   equipment or PPE to protect their staff and

4   customers.

5       I look forward to hearing from Commissioner

6   Bishop about the SBS's Loan and Grant program and

7   their success and failures in getting necessary

8   financial resources into the hands of small business

9   owners.

10      I believe with the right amount of resources and

11  leeway; you could have done more to save our

12  businesses and you still can.  I have a number of

13  questions for the Commissioner, specifically how SBS

14  engaged without immigrant small business owners.  Why

15  these programs close so quickly and to get a

16  breakdown of which types of businesses and

17  neighborhoods benefited the most from these programs.

18  It is well documented that this virus had a

19  tremendous negative impact on the communities of

20  color.  And I want to make sure that the issuance of

21  financial relief did not disproportionately benefit

22  business owners living in certain areas or working in

23  certain industries or of a certain size.  And while

24  I'm eager to get answers from the Commissioner on the

25  Grant Loan program, I'd like to be honest.  I have

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS        15

1

2    deep concerns that the Mayor may have taken his eye

3    off the ball in protecting New York City small and

4    micro businesses.  While he's out busy playing

5    national politics, struggling business owners are

6    left wondering if he would do his job and focus on

7    protecting them during a crisis.

8        To say he was MIA, we'd be putting it mildly.

9    The Mayor needs to realize that he must work with

10   this body to ensure that we can maximize the city's

11   response.  Norkman[SP?] reminds us of when Washington

12   told New York City to go to hell in the 1970's by

13   allocating only $49 million in aid to our small

14   business.  In essence, he has told New York City

15   small businesses they can go to hell and they are not

16   relevant.

17       To put things in perspective, $49 million of the

18   200,000 businesses in New York City, equates to $245

19   per business.  We spend more on parades in New York

20   City.  This Administration spent more on parades.

21   This Administration is a $62.4 million in the FY 2021

22   Budget for Department of Transportation Executive at

23   Administration on other than personal service debt.

24       $172 million in contracts for legal services.

25   $129 million for contracts for security services.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          16

1
2   $45.6 million for printing contracts and $30 million

3   for advertising.  I suggest this Administration focus

4   on the lifeblood of our economy.  Our small

5   businesses contribute billions annually to our digit.

6   They deserve more, they are entitled to more.  The

7   city must be there for them in this time of crisis.

8   This hearing is also a legislative one.  We will be

9   hearing a package of bills today and intended to

10  provide immediate relief to our struggling small

11  businesses during this crisis.  We will be hearing

12  eight bills today that relate to third-party delivery

13  platforms.  We've had two oversight hearings on this

14  topic this legislative session and have spent almost

15  a year working on this legislation.  The bills we're

16  hearing today will ensure that the restaurants will

17  be able to weather the storm and reopen for business

18  after this crisis is over.

19      I'm especially proud of my bills, Intro.'s 1895,

20  1896, 1897, 1898, and 1921.  I am also co-sponsor of

21  my colleagues bill Council Member Francisco Moya's

22  bills Intro. 1907 and 1908.  The Committee will also

23  be hearing Into. 1914 and 1932.  I look forward to

24  beginning a dialogue with SBS and our advocates here

25  today on all these bills as they continue the

1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        17

2   legislative process.  The package of bills we're

3   hearing today will provide small businesses with the

4   essential relief they need and deserve.

5       I fear after we open back up this city and life

6   begins to return to a new normal, we will see our

7   commercial corridors decimated and empty.  There were

8   signs of this before this crisis.  We can't even

9   imagine what our commercial corridors will look like

10  after this crisis.

11      We must prevent mass retail vacancies.  We must

12  save mom and pop shops; we must take advantage and

13  legislative action to ensure small businesses are

14  protected.  Now is the time to be proactive.  I

15  created a petition calling for City Hall in Albany to

16  wake up and delay business income tax, sales tax,

17  payroll tax, real estate taxes and water and sewer

18  charges.  Nearly 20,000 New Yorkers agreed that this

19  must be done.  With that said, I'd like to thank the

20  Speaker of the Council for adapting to this new

21  normal and allowing the Council to resume our work

22  despite these challenges.

23      I want to thank my Chief of Staff Regi Johnson,

24  our Legislative Council Stephanie Jones, our Policy

25

```
 1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS        18
 2  Analyst Noah Meixler and Financial Analyst Aliya Ali

 3  for their hard work in preparing for this hearing.

 4      I'd like to turn it over to Chair Cohen, who

 5  Chairs the Committee on Consumer Affairs and Business

 6  Licensing to say a few words and give an opening

 7  statement.  Chair Cohen?

 8      CO-CHAIR COHEN:  Mark, it's good to see your

 9  face.

10      CHAIRPERSON GJONAJ:  Same here.

11      CO-CHAIR COHEN:  Alright, good afternoon.  My

12  name is Andrew Cohen and I am the Chair of the

13  Committee on Consumer Affairs and Business Licensing.

14  I'd like to thank everyone who has managed to join us

15  for this remote hearing and thank you Council Member

16  Gjonaj for convening this important hearing together.

17      The scope of today's hearing is extensive and it

18  has been mentioned, it is both an oversight hearing

19  and an opportunity to gather feedback on numerous

20  pieces of legislation.  I look forward to hearing

21  directly from small business owners about the impact

22  that this pandemic on their operations and their

23  experiences navigating government programs meant to

24  assist them.

25
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
              INTERNATIONAL INTERGROUP RELATIONS        19

1

2     Small businesses are the lifeblood of our economy

3  but we all know that even before this pandemic hit,

4  maintaining a profitable one in the city was

5  incredibly difficult.  So, it is hard to comprehend

6  to tenacious small business owners are making it

7  happen now.

8      But many of you still are.  We've heard

9  incredible stories of ingenuity and innovation in the

10  ways that you have been able to utilize technology to

11  reach your customers.  I hear that there are bodega's

12  in the Bronx that are now taking orders online while

13  others such as restaurants and food trucks are still

14  operating and sending food to our frontline

15  healthcare workers.

16      While it is inspiring to hear about the

17  generosity and resilience of our small business

18  owners, we do not want you to bear this weight alone.

19  Many of you have called for very specific legislation

20  and governmental support to help you navigate this

21  unprecedented crisis.  In response, Chair Gjonaj,

22  myself and my fellow Council Members introduced a

23  package of legislation geared toward reducing the

24  burden on small business to help you maintain your

25  operation and get through this crisis.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERGROUP INTERGROUP RELATIONS          20

1

2      My bill Intro. 1916 will require the Department

3   of Consumer Affairs to waive and refund all fees

4   related to sidewalk café licenses for the remainder

5   of this year.  Sidewalk café's cost restaurant owners

6   thousands of dollars in fees annually.  There are

7   approximately 1,400 sidewalk café's in the city

8   representing an annual cost to the industry of

9   between $11 and $12 million.  It simply does not make

10  sense for the city to collect these fees when

11  restaurants are one of the hardest hit industries.

12      I look forward to hearing from Commissioner Salas

13  and the Administration regarding this legislation.

14  I'm also proud to be a co-sponsor on several of my

15  colleagues bills including the bills limiting the

16  fees, the commissions that restaurants and grocery

17  stores have to pay third party food delivery

18  companies.

19      In this time of need, these businesses and their

20  workers continuously put themselves on the front line

21  to help New Yorkers acquire basic necessities.  It is

22  distressing to hear that their already slim profit

23  margins are further diminished by exploitatively high

24  commissions and fees.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS          21

1

2      Finally, before we begin to hear the testimony, I

3 would like to thank all the City Council staff who

4 helped make this virtual hearing possible.  Specific

5 from Consumer Affairs Balqees Mihirig, Senior Counsel

6 Leah Skrzypiec, I hope I said that right and Policy

7 Analyst Sebastian Bacchi, Senior Finance Analyst as

8 well as my Legislative Director Patty Vandenack and a

9 particular thank you to all the IT people who are

10 really making this miracle of technology take place.

11     These certainly are trying times but I hope New

12 Yorkers find it reassuring to know that the Council

13 can continue its work to serve the people of this

14 city.

15     I believe that Council Member Gjonaj acknowledged

16 all the members of my Committee.  I'm not sure he

17 acknowledged Council Member Koo, who has joined us

18 also.

19     And with that Mark, I'm going to turn it back

20 over to you.

21     CHAIRPERSON GJONAJ:  Thank you Council Member.  I

22 also want to acknowledge that with us, we have public

23 advocate Jumaane Williams and we've been joined by

24 Council Member Powers.  I want to acknowledge Council

25 Members Moya, who is a sponsor of Introduction 1907

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
      INTERNATIONAL INTERGROUP RELATIONS          22

1

2  and 1908.  Council Member Adams the sponsor of Intro.

3  1914, Council Member Matteo the sponsor of the pre-

4  considered bill, Council Member Rivera the sponsor of

5  Intro. 1932 and the Public Advocate who is the

6  sponsor of the Resolution Number 1049.

7      For ease of this virtual hearing, we will be

8  limiting opening statements to five minutes for each

9  sponsor.  I'd like to turn it over to Council Member

10  Moya for some remarks followed by Council Member

11  Adams.  Council Member Moya?

12      COUNCIL MEMBER MOYA:  Thank you Chair Gjonaj.  I

13  want to start by thanking my colleagues and of course

14  the Speaker of the City Council and Chair Gjonaj for

15  partnering with me on the package of legislation to

16  protect New York City's local restaurants that we are

17  going to be discussing here today.

18      When I introduced these bills back in February,

19  we lived in a much different city.  At the time, we

20  were concerned about family owned restaurants

21  struggling to keep their doors open because

22  commission fees from apps like Grubhub were really

23  causing an issue for them.

24      Now restaurants have no choice but to keep their

25  doors closed.  Many have already closed for good

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS         23

1

2   because of the devastating effects of the COVID-19

3   crisis.  With no one sitting down at their

4   restaurants, countless front and back of house staff

5   have been laid off.  Every restaurant felt the

6   pressure to partner with third party food service

7   apps, like seamless before but now, they have no

8   choice.  Some people treated these apps like saviors

9   for restaurants allowing them to reach customers who

10  were staying home and social distancing.

11      In March Grubhub made headlines when it announced

12  it would suspend commission fees as the restaurant

13  struggled to cope with the pandemic.  Good news for

14  restaurants on the brink of failure.  Outlets like

15  CNBC and others reported that Grubhub would and I

16  quote, for go or waive commission fees.  Except it

17  wasn't true.  In fact, there was so much confusion

18  and misrepresentation about what Grubhub was doing

19  that it later had to clarify its statement.

20      No, it wasn't waiving fees, it was just deferring

21  them to a later date.  So, another words, they were

22  telling restaurants, we hope you survive long enough

23  to pay us our money.  How generous of them.

24      Is there anyone who actually believes that these

25  restaurants barely hanging on will be able to pay off

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
INTERNATIONAL INTERGROUP RELATIONS          24

1

2   the commission fees by some unidentified date?  Of

3   course not.  It's disingenuous to act otherwise.

4        Restaurants needed help before COVID-19 epidemic.

5   They are getting swallowed up by the exorbitant

6   commission fees that reach as high as 30 percent and

7   exceed the slim perfect margins most restaurants

8   operate in.

9        Now, as they perform the essential functions of

10   feeding New Yorkers, they need this help more than

11   ever.  This is why we've added a section to Intro.

12   1908, which would place a ten percent cap on

13   commission fees from third party food vendor services

14   to specifically address the needs during a crisis

15   like COVID.

16        The new section mandates that in times of

17   declared emergencies, where restaurants are limited

18   to pick up or delivery only, apps could only charge

19   restaurants for actually delivering meals.  When we

20   introduced this package of bills, I already could see

21   a nightmare version of New York that had nothing but

22   chain restaurants on every block because no locally

23   owned place could survive the cost of doing business

24   here.  Without putting in place the protections these

25   bills would create, that nightmare seems almost

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS        25

1

2  impossible to avoid.  Restaurants and the workers who

3  keep them running in the community that they serve

4  are demanding that we do something to give them a

5  chance at survival.  This was true before the

6  pandemic; it turned the world upside down but now

7  more than ever there is a greater urgency to get this

8  done.

9      So, I want to take this opportunity again to

10  thank the Speaker, Chair Gjonaj and my colleagues for

11  being a leader on this issue and a champion for New

12  York City small businesses and I urge my colleagues

13  to join us in supporting these bills.  Thank you

14  Chair Gjonaj for the opportunity to speak.

15      CHAIRPERSON GJONAJ:  Thank you Council Member

16  Moya.  I'd like to call on Council Member Adams for

17  some remarks, followed by Council Member Matteo.

18  Council Member Adams.

19      COUNCIL MEMBER ADAMS:  Thank you so much and good

20  afternoon.  I'd like to start by thanking Chair's

21  Gjonaj and Cohen for today's important hearing on the

22  impact of COVID-19 on New York City.  I'm proud to

23  sponsor Introduction 1914 with Speaker Johnson.  This

24  bill would make threatening a commercial tenant based

25  on their status as a COVID-19 impacted business or

```
      COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1           INTERNATIONAL INTERGROUP RELATIONS         26
2  person a form of harassment punishable by a civil
3  penalty of $10,000 to $50,000.  Our businesses,
4  especially small businesses are extremely vital to
5  the pulse of our neighborhoods.  Small businesses are
6  suffering right now as they are forced to adapt to a
7  new normal.  We need to act now to protect the
8  businesses that make our neighborhoods vibrant and
9  maintain the history and character of our communities
10 across the city.
11      Unfortunately, thousands of businesses in our
12 city are suffering as they've been forced to close
13 due to COVID-19.  As availability of federal loans is
14 limited, many businesses are unable to pay their
15 rent.  This leaves them vulnerable to harassment from
16 landlords in search of ways to collect or in essence
17 force the incumbent tenant to voluntarily abandon the
18 property, so that new tenants willing to pay higher
19 rents can move on in.
20      The threat of harassment will particularly impact
21 the city's small independently owned and immigrant
22 owned businesses, many of which were operating on
23 thin margins and struggling to pay rent even before
24 this crisis.
25
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        27

1

2      So, I thank the Speaker for his leadership and

3  partnership and I certainly thank my colleagues for

4  considering Intro. 1914 to protect our small

5  businesses and protect commercial tenants.

6      Thank you, Chair's.

7      COUNCIL MEMBER GJONAJ:  Thank you so much Council

8  Member.  I'd like to call on Council Member Matteo to

9  give his remarks followed by Council Member Rivera.

10  Council Member Matteo?

11      COUNCIL MEMBER MATTEO:  Thank you Chair's Cohen

12  and Gjonaj for holding today's joint hearing.  Thank

13  you to the staff that has helped make it possible,

14  truly appreciate all your hard work.

15      Every one knows how terrible this pandemic has

16  been.  It has kept families and friends apart; it has

17  taken so many loved ones from us.  The toll on our

18  physical and mental health continues to be felt and

19  the hardship of this place and our small businesses

20  has also been unprecedented.

21      Small businesses are the backbone of our

22  communities and the engine of our economy.  They

23  employ more than half our city's workforce and most

24  of our residents.  They support non-for-profits that

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
         INTERNATIONAL INTERGROUP RELATIONS        28

1

2   enhance our neighborhoods quality of life to a level

3   that government can never accomplish on its own.

4       We have to support them to get back on their feet

5   so they can continue to fill that vital role in New

6   York City.  That is why I have introduced this pre-

7   considered Intro.  I appreciate that license and

8   permits have been extended during the duration of

9   these emergency but the agency response to Executive

10  Order 107 of 2020 has been uneven at best.  Some

11  agencies maintain that permits have to be renewed at

12  the expense of small businesses, so we need the Mayor

13  to clarify which permits and licenses have been

14  extended.

15      We also much ensure that our small businesses are

16  not burdened with red tape just as we are starting to

17  allow them to reopen.  That is why no permit or

18  license should have to be renewed for 90 days after

19  this emergency is over.  This will give small

20  businesses, our mom and pop establishments, our local

21  restaurants and others at least some breathing room

22  as they try to restart and to operate without

23  worrying about paper or a fine from the city.

24      I look forward to hearing from the Administration

25  and working with them to make sure that this burden

1
2  is lifted from small businesses before it hobbles

3  them in their come back.

4      Thank you, Chair's.

5      COUNCIL MEMBER GJONAJ:  Thank you Council Member

6  Matteo.  I'd like to call on Council Member Rivera

7  for some remarks, followed by Public Advocate

8  Williams.  Council Member Rivera.

9      COUNCIL MEMBER RIVERA:  Thank you.  Good

10 afternoon, I am Council Member Carlina Rivera and I'd

11 like to thank Chair Gjonaj and Chair Cohen and

12 members of the Small Business and Consumer Affairs

13 Committee's for letting me speak briefly at this

14 hearing on my bill, Introduction 1932 which would

15 prohibit the enforcement of personal liability

16 provisions in commercial leases or rental agreements

17 involving a COVID-19 impacted tenant.

18     This pandemic has already left a profound impact

19 on our city.  One that will be felt for years if not

20 decades.  No where will this long term effect be felt

21 more than in our small business community where

22 countless owners are facing the very real possibility

23 that their stores may never return.

24     We must do everything in our power through

25 legislation and advocacy to help these pillars of our

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS         30

1

2   communities and the thousands of New Yorkers they

3   employ.  My bill will ensure that business owners,

4   should they be forced to walk away or temporarily

5   shutter their stores, through no fault of their own

6   can do so without facing personal liability, ensuring

7   that one day they may be able to return and relaunch

8   or create a new thriving business in our

9   neighborhoods.

10       Sadly, I am already hearing from small businesses

11  in my district that some landlords who I understand

12  maybe suffering as well are going after small

13  business owners life savings and personal assets

14  during this national pandemic.  These are folks like

15  my constituents Mario, the owner of Follia, an

16  amazing Italian restaurant on 3rd Avenue.  Mario is

17  already getting rent due notices and threats from his

18  landlord that the personal liability clause in his

19  lease will soon be acted upon.  He has no where to

20  turn right now.

21       No matter the need, it is a moral and unethical

22  failure for landlords to seek such restitution for

23  people who have already lost their life's work.  Any

24  small business owners that's taken the right steps in

25  incorporating their business should be protected by

1

2      this bill and I encourage all members of these

3      committees to please support Intro. 1932.

4          I also want to recognize that that bill's we are

5      hearing today wont do enough for every small business

6      owner and that this crisis has only deepen the

7      challenges our small businesses have faced for

8      decades in our city.

9          We must continue to fight for the assistance we

10     need from Albany and Washington both in the form of

11     rental forgiveness for small business tenants and

12     financial assistance as well.  And as part of any

13     relief package, our nonprofit and small landlords

14     must be taken into account through methods such as

15     property tax relief.

16         So, as long as they are actively working to

17     provide direct relieve to their tenants themselves.

18     When I go out to deliver food or assist folks in my

19     district, I have been both saddened and strengthened

20     by the store owners who while shuttered and stressed

21     continue to support and give back to their community

22     so selflessly.  It's time we stepped up and gave back

23     to them in this time of crisis.

24         Thank you.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1        INTERNATIONAL INTERGROUP RELATIONS        32

2      CHAIRPERSON GJONAJ:  Thank you Council Member

3   Rivera.  I want to call on Public Advocate Williams

4   for some remarks.  Public Advocate.

5      PUBLIC ADVOCATE WILLIAMS:  Thank you so much

6   Chair Gjonaj and Chair Cohen.

7      CHAIRPERSON GJONAJ:  Can't hear you.

8      PUBLIC ADVOCATE WILLIAMS:  You can't hear me.

9   Can you hear me now?  I want to thank Chair Gjonaj

10  and Chair Cohen for this.  I apologize, I have to

11  keep the mask on.  I'm in a crew distribution event

12  in Statin Island, but I'm used to the magic of

13  technology, I can still get my statement in this

14  hearing.  So, I appreciate the opportunity to speak.

15      I do want to thank Speaker as well for working

16  with the Council to get there hearing online and

17  showing leadership for our legislature that act the

18  core of the country that this can be done and I'd

19  also like to say the Speakers quarantine barrier much

20  better in the mind, so I appreciate that as well.

21      And I appreciate the attention for Consumer

22  Affairs and Business Licensing and Small Businesses

23  for holding an oversight hearing on the impact of

24  small businesses in New York City.  I know the

25  Committee is hearing several bills that will support

1

2   our restaurants and delivery workers in our small

3   businesses.  I support my colleagues efforts and

4   thank them for introducing these bills.

5       I'd also like to thank our first responders and

6   frontline workers for helping our city battle

7   coronavirus, as well as keep this city moving.  I'm

8   calling and working with the City Council to make

9   sure that our essential workers, who very often are

10  pushed out of [INAUDIBLE 31:37] for the rest of the

11  city will get the recourse that they need due to the

12  failures of our city exec, state exec and our federal

13  exec in decisions that were made.

14      To the residents of New York City, I want to

15  stress how important it is that we continue to

16  practice social distancing and stay home as much as

17  possible.

18      With that said, as this crisis continues, the

19  financial pressures on New Yorkers will only

20  increase.  My Resolution, Resolution 1049 aims to

21  address the major root cause of one of the financial

22  issues that many New Yorkers face, confession of

23  judgement in business loans.  A confession of

24  judgment is a written agreement which one signed by

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS          34

1

2    the bar of monetary loan relinquishes the borrowers

3    right to dispute legal claims made by length.

4        In other words, a person is giving up their right

5    to due process if the debt is unpaid and there is a

6    dispute.  While confessions of judgement allow

7    lenders to resolve and receive [INAUDIBLE 32:28] in a

8    timely manner, these agreements have also lead to

9    predatory practices.  Lenders can use there

10   agreements to accuse borrowers of defaulting on their

11   loans and seize their assets without proof and prior

12   notification.

13       The Resolution calls on the Congress and New York

14   State to pass legislation to prohibit use of

15   confessions and judgement in business loans.  There

16   have been some points in our federal government, it's

17   a step in the right direction but it does not

18   prohibit confessions of judgement from being filed

19   against an instate debtor which leads many New

20   Yorkers vulnerable to predatory living practices.

21       One group of New Yorkers who have made this

22   vulnerable population, taxi medallion owners.  There

23   are 11,938 taxi medallions in New York City and

24   obtaining a taxi medallion is not a cheap endeavor.

25   With many taking out a business loan and they

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERGROUP INTERGROUP RELATIONS          35

1

2    couldn't afford it.  Between 2002 and 2014, the price

3    of medallions $200,000 to more than 1 million even

4    though city records show that the taxi driver incomes

5    barely change.

6        Can you still hear me?  Sorry, the following

7    year, the cost of medallions began to fall as the

8    value of the taxi medallions fell, as the value of

9    the taxi medallions fell, lenders denied, borrows

10   appeals to refinance and instead issued confessions

11   of judgment.  Allowing the lender to seize the

12   borrowers assets.  In fact, several banks use

13   confessions of judgement in their lending activity

14   where the borrower has admitted to defaulting on a

15   loan even before borrowing any funds at all.

16       The ripple effect of the predatory lending

17   practices, much of which were based on confessions of

18   judgement have left taxi drivers and others who own

19   medallions and a lot of debt.

20       Incurably a number of medallion holders have

21   taken their lives due to the overwhelming stress from

22   their debt.

23       Now, the city has the opportunity to address this

24   outcome in a number of ways.  The city should look to

25   offer a debt forgiveness course [inaudible 34:25] the

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1
                     INTERNATIONAL INTERGROUP RELATIONS         36
2    man the Council appointed the panel to uphold the

3    bill for thousands of drivers and we applaud that.

4    Although much of our city funds will be decimated to

5    address the COVID-19 related issues, we need to look

6    to how to make the promise bailout a reality for the

7    taxi drivers as well.  Not only are they among the

8    front line workers who are going outside every day to

9    make sure people can get around safely, they are also

10   among those who are financially struggling during

11   this pandemic.

12       Small businesses are also at risk of confession

13   of judgments to use against them and probably even

14   more so as we move through this COVID responsive

15   recovery.  Whether a local restaurant or retail

16   store, the reality that small business owners are

17   vulnerable to the predatory practice.  This is the

18   especially true in our current environment as most

19   this is effectively stopping a steady stream of

20   income.  Businesses already have very tough decisions

21   to make, businesses that have signed loans with high

22   interest rates cannot afford to on because of a

23   missed payment.  The situation for these small

24   businesses that empower and strengthen our

25   communities is precarious at best.
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1            INTERNATIONAL INTERGROUP RELATIONS        37

2       MODERATOR:  Time.

3       PUBLIC ADVOCATE WILLIAMS:  Losing and these small

4    businesses will be a catastrophe and we expect it

5    might be more.  But it does not have to be this way

6    and the legislation on a federal level and on the

7    state, it's the best recourse.

8       New Yorkers under stress cannot wait any longer

9    for, as their collectors continue to misuse

10   confessions of judgement.  So, I'm asking my

11   colleagues to join me and this is just a resolution

12   but I think it helps New York City Council to make

13   sure that we are pushing as hard as we can in

14   conjunction with the other bills.  I think we will be

15   moving in the right way in protecting all New Yorkers

16   including all small businesses.

17      Thank you again.  I appreciate it.

18      CHAIRPERSON GJONAJ:  Thank you Public Advocate.

19   Before I turn it over to the moderator, I want to

20   acknowledge that we've been joined by Council Member

21   Rosenthal.

22      Counsel Stephanie Jones?

23      STEPHANIE JONES:  Thank you Chair.  We will now

24   call on members of the Administration to testify.

25   First, Commissioner Greg Bishop of the Department of

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1            INTERGROUP INTERGROUP RELATIONS        38

2   Small Business Services followed by Commissioner

3   Lorelei Salas of the Department of Consumer and

4   Worker Protection.

5       Before we begin, I will administer the oath.

6   Commissioner Bishop, Commissioner Salas, First Deputy

7   Commissioner Mallon, Executive Director Edinony and

8   Deputy General Counsel Tiger.  I will call on each of

9   you individually for response to the oath.

10      Please raise your right hands.  Do you affirm to

11  tell the truth, the whole truth and nothing but the

12  truth before these Committees and to respond honestly

13  to Council Member questions?

14      Commissioner Bishop?

15      GREG BISHOP:  I do.

16      STEPHANIE JONES:  Thank you.  Commissioner Salas?

17      LORELEI SALAS:  I do.

18      STEPHANIE JONES:  Thank you.  First Deputy

19  Commissioner Mallon?

20      JACQUELINE MALLON:  I do.

21      STEPHANIE JONES:  Thank you.  Executive Director

22  Edinony?

23      STEVEN EDINONY: I do.

24      STEPHANIE JONES:  Thank you.  Deputy General

25  Counsel Tiger?

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                    INTERNATIONAL INTERGROUP RELATIONS        39

 2        MIKE TIGER:  I do.

 3        STEPHANIE JONES:  Thank you.  Commissioner

 4   Bishop, you may begin when ready.

 5        GREG BISHOP:  Thank you.  Good afternoon Mr.

 6   Speaker, Mr. Public Advocate and of course Chair

 7   Gjonaj, Chair Cohen and members of the Committee on

 8   Small Business and the Committee on Consumer Affairs

 9   and Business Licensing.

10        My name is Greg Bishop and I'm the Commissioner

11   of the New York City Department of Small Business

12   Services.  I'm joined by SBS First Deputy

13   Commissioner Jackie Mallon.  First and foremost, this

14   has been such a difficult moment for our city and

15   especially our small business community.  My staff

16   and I are working tirelessly for small businesses

17   through our programs and advocacy for additional

18   support.  I'm so grateful for the Council's

19   enthusiastic partnership and engagement as we

20   continue to reach constituents in your districts that

21   need help and to better understand the involving

22   impacts of COVID-19 on the city's small businesses.

23        New York City small business owners are facing

24   unprecedented challenges.  Our goal is to connect

25   them to the resources they need to preserve through
```

```
        COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1
              INTERNATIONAL INTERGROUP RELATIONS       40
 2   this crisis and come out on the other side stronger.

 3   Based on the concerns we heard in January and

 4   February, SBS worked quickly to launch two financial

 5   assistance programs.  The NYC Employee Retention

 6   Grant and the NYC Business Continuity Loan Fund.

 7        Through the NYC Employee Retention Grant, SBS has

 8   approved financial assistance totaling more than 419

 9   million for over 2,600 small businesses.  SBS's New

10   York City and NYC Business Continuity Loan Fund, has

11   also seen an enormous demand.

12        We received thousands of applications and are

13   expecting to award about $20 million in loans.  Thus

14   far over 170 loans have been approved totaling more

15   than $10 million for small businesses.  However, the

16   overwhelming needs of our small business community

17   can only be met by the resources of the federal

18   government.  To help New York City small business

19   owners access their fair share of federal funds from

20   the Care's Act, our agency has shifted our resources

21   to provide technical assistance of business owners

22   who need help applying to the U.S. Small Business

23   Administration's Emergency Response Products

24   including the Paycheck Protection Program.  Which

25
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERNATIONAL INTERGROUP RELATIONS          41

2    reopened to applications earlier this week after

3    initial funding was exhausted.

4        Technical assistance ranges from overview of

5    available funding options to communicating directly

6    with lenders to address questions regarding

7    applications.  SBS is providing this technical

8    assistance through virtual information sessions,

9    small group sessions in a one on one setting.

10        We will provide technical assistance in multiple

11    languages, so that immigrant entrepreneurs are not

12    excluded from these opportunities.  Beyond these

13    initiatives SBS has shifted all our operations to

14    support the most pressing needs of our constituents

15    as we whether this pandemic.

16        Our NYC Business Solution Centers experts are

17    available remotely to connect business owners with

18    services including identify additional financial

19    opportunities through our network of more than 40

20    lenders and local philanthropic partners.  Rent as we

21    heard, has been an enormous challenge for small

22    businesses.  Our commercial lease assistance program

23    is available to support small business owners as they

24    engage with their landlords to discuss changes to

25    their lease obligations, which might include a rent

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        42

1

2  deferral, abatement or reduction among other actions.

3  CLA lawyers can help review leases to determine what

4  a business rights and obligations are, negotiate a

5  payment plan for arrears.  And we know that Council

6  is also committed to providing additional support for

7  commercial tenants and we look forward to discussing

8  Intro. 1914 and Intro. 1932 further.

9      SBS is also providing targeted support for our

10  cities minority and women business enterprises.  In

11  additions to connecting MWBE's with relevant

12  information about SBS and SBA COVID relief

13  opportunities, SBS rapidly transitioned its existing

14  programming workshops.  One on one technical

15  assistance and contractor compliance operations to

16  remote service delivery.  SBS has collaborated with

17  the Mayor's Office of Minority and Women Owned

18  Enterprise and Mayor's Office of Contract Services to

19  identify MWBE firms that supply essential services

20  such as medical staffing, IT goods, childcare

21  services, cleaning services and food services to

22  connect these in demand MWBE firms with emerging

23  contracting opportunities.

24      SBS's Workforce One career center staff are

25  available to provide job seekers with 101 assistance

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          43

1

2   regarding job searches and preparation as well as

3   unemployment insurance.  We are focused on recruiting

4   for essential services such as healthcare, groceries,

5   pharmacies, and delivery companies as well as

6   identifying opportunities that are close to our job

7   seekers, so that's easier for them to travel to and

8   from work.

9      SBS is currently working with approximately 150

10  employees to fill 1,600 positions across the city.

11  We are building on these efforts by working with the

12  foods team to establish a workforce development

13  program that is specifically targeted towards the

14  essential businesses that sustain our food systems

15  including grocers.

16     To support the healthcare industry, SBS is

17  working directly with hospitals and nursing homes to

18  provide support in filling urgent staff needs and

19  develop a home heath aid training to meet the ongoing

20  demand of the home care and long term care facility

21  centers.

22     Since the onset of the pandemic, SBS has worked

23  to ensure that our partners and constituents have

24  access to the information they critically need.  We

25  share information through email correspondence,

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1            INTERNATIONAL INTERGROUP RELATIONS          44

2   social media, advertising campaigns and local and

3   national print, television and radio broadcast media.

4   We have created numerous resource pages with COVID

5   specific guidance for small business owners and job

6   seekers on our website.  These new COVID related

7   patients have seen over 700,000 visits since the

8   beginning of March.

9        We have also activated our community partner

10  network to disseminate information and share details

11  regarding new or ongoing challenges faced by their

12  small business constituents and I have personally

13  held regular conference calls with elected officials

14  and with community partners and through our

15  neighborhood development team.  SBS is in close

16  communication with bids and other community based

17  development organizations.

18       To continue providing critical support to

19  neighborhood commercial corridors across the five

20  boroughs, SBS has worked with all of our Neighborhood

21  360 and Avenue NYC grantees to rescope their efforts

22  to align with our COVID response and recovery

23  strategies.

24       By providing technical assistance and working

25  with our community partners, SBS is working to ensure

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
  1                INTERNATIONAL INTERGROUP RELATIONS          45
  2    that New York City business owners have greater
  3    access to federal funding opportunities.  No matter
  4    how we are able to improve the access challenges of
  5    New York City small businesses, we must also
  6    recognize and correct the structural problems of the
  7    SBH, PPP, and idle programs.
  8        For most among them, the timeline for loan
  9    forgiveness needs to change to be fair to New York
 10    City and businesses.  Congress needs to follow
 11    businesses that receive PPP funding to bring their
 12    employees back when their city reopens giving them a
 13    fighting chance to sustain their business without
 14    taking an insurmountable debt.
 15        We are advocating for the extension of these
 16    federal loan terms as increasing the timeline or
 17    repayment would provide companies with the necessary
 18    breathing room to emerge from this pandemic
 19    financially sound.
 20        Furthermore, many business sectors, especially
 21    restaurants and our hospitality industry need
 22    additional assistance with their fixed costs, like
 23    rent, mortgage, and utilities in addition to the
 24    expense of employee retention which is the focus of
 25    the PPP.
```

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                   INTERNATIONAL INTERGROUP RELATIONS        46
 2        And following, the federal government needs to do
 3   more to ensure that our smallest, most vulnerable
 4   businesses have access to the resources they need by
 5   developing financial tools and routing more money to
 6   business owners that have been left out of early
 7   federal funding rounds, including undocumented New
 8   Yorkers, some nonprofits and religious institutions
 9   who desperately need more support.
10        With your help and continued leadership for our
11   congressional delegation, we will continue to
12   identify these gaps in resources and advocate to the
13   federal government to ensure that future stimulus
14   packages capture the unique needs of New York City's
15   small business economy.
16        I applaud the Council's leadership in developing
17   local solutions especially related to third party
18   delivery applications but I do want to ensure we are
19   not putting additional regulatory burdens on small
20   business owners at this time.  I look forward to
21   discussing further and continuing to work together to
22   effectively serve New Yorkers.
23        Thank you and I would be happy to take your
24   questions.
25
```

1
COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS          47

2      STEPHANIE JONES:  Thank you Commissioner.  Next,

3  we'd like to invite Commissioner Salas of the

4  Department of Consumer and Worker Protection to

5  testify.  Commissioner Salas.

6      LORELEI SALAS:  Thank you.  Good afternoon

7  Speaker Johnson and Chair's Cohen and Gjonaj and

8  members of the Committee.  I am Lorelei Salas,

9  Commissioner for the Department of Consumer and

10  Worker Protection.  First, I'd like to state that I

11  hope that each of you and your loved ones are staying

12  safe and healthy during this crisis.

13      My office has been in regular contact with many

14  of your offices but I look forward to at this hearing

15  officially update you on the work that my agency has

16  been doing.

17      The economic cost of COVID-19 crisis is

18  tremendous, as my colleague Greg Bishop just

19  testified to.  But for the over 200,000 small

20  businesses in New York City, including thousands of

21  DCWP Licensees, revenue streams are strained or

22  nonexistent.

23      Under this Administration, DCWP has been

24  especially attentive to small business needs by

25  promoting a culture of compliance through

```
     COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1
          INTERNATIONAL INTERGROUP RELATIONS        48
2   presentations, round table meetings and business.  In

3   fact, just last month at our Preliminary Budget

4   hearing, I testified to yet another consecutive year

5   of decreased fines on businesses.

6       DCWP's mission to protect and enhance the daily

7   economic lives of New Yorkers to create thriving

8   communities is more important than ever before.  This

9   is why DCWP has and will continue to work to provide

10  guidance to small businesses and work in good faith

11  to address unforeseen matters of concern.

12      In compliance with New York State on pause DCWP

13  suspended in person customer visits to the New York

14  City small business support center in Jamaica in our

15  lower Manhattan main office on March 16th.

16      Instead of in person visits, DCWP published

17  guidance advising customers to use a suite of online

18  services and published public facing contacts to

19  further guide customer questions on issues including

20  business compliance, collections and licensing.  This

21  notice remains on our website home page and is

22  available in multiple languages.  Less than three

23  weeks after New York calls to extend that to June

24  30th, upcoming license terms and provided additional

25
```

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1
                    INTERNATIONAL INTERGROUP RELATIONS          49
 2    grace periods for licensees to submit renewal
 3    applications.
 4       The Mayor has of course also issued Executive
 5    Order 107 which extends license terms for the
 6    duration of the state of emergency and if the state
 7    of emergency extends beyond June 30th, we will extend
 8    our deadlines accordingly.
 9       DCWP has also been responsive to stakeholders.
10    Although prohibited by state statute from extending
11    the license expiration date of employment agencies,
12    we acted where we could and extend that the renewal
13    application grace period deadline to August 28, in
14    response to questions from the industry.  The
15    complete licensing extension guidance is available on
16    our website and in multiple languages as I said.
17       My staff and I have also been in close contact
18    with the City Council through the COVID-19 crisis.
19    Our partnership facilitated a Mayoral Executive order
20    waiving consent fees for sidewalk café's for
21    dependency of the state of emergency.  We are
22    processing refunds as quickly as possible and are on
23    track to complete final steps over the next few
24    weeks.
25
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS          50

1

2      In these difficult times for businesses, DCWP's

3  core function and mission to protect workers and

4  consumers must persist.  In order to prevent stores

5  from overcharging New Yorkers, I used my authority on

6  March 5th, to declare our face masks temporarily in

7  short supply.  Subsequently, I expanded the short

8  supply order to cover disinfectant wipes and hand

9  sanitizers.

10     By March 16th, our agency took further steps and

11  issued an emergency rule making price gouging illegal

12  for any service or personal or household good that is

13  needed to prevent or limit the spread of or treatment

14  of COVID-19.  Under the emergency rule, businesses

15  have an opportunity to provide evidence to DCWP if

16  prices were raised in excess of ten percent due to

17  increased costs to supply them.  DCWP has also

18  subpoenaed several suppliers to investigate claims at

19  businesses that they were being gouged.  Thus far,

20  the agency has reached out to several manufacturers

21  of products to request assistance with positive

22  results.

23     Information of flyers for business compliance are

24  available on our website in multiple languages and on

25  March 6th, DCWP physically distributed this flyer in

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS          51

1
2   various business districts in New York City.  In late

3   March, DCWP published updated COVID-19 guidelines for

4   employers and employees as it relates to city, state

5   and federal laws that govern New York City private

6   sector workplaces.  DCWP received appreciation from

7   stakeholders on updated paid sick leave guidance that

8   clarified obligations as it related to new emergency

9   protections passed by the state and congress.

10      I also want to take this opportunity to thank

11  Speaker Johnson for amplifying the regularly updated

12  guidance which is now available in multiple languages

13  on our website.  Both the guidance for workplace laws

14  in price gouging are the subject of ongoing virtual

15  outreach events, stakeholder communications, and

16  daily communication with sister agencies like SBS

17  that further amplify our work.  Today DCWP has

18  participated in 14 outreach events for small business

19  owners since the COVID-19 crisis began.

20      Before I discuss the broader package of bills,

21  I'd like to express the sentiment that my agency and

22  the administration generally, we agree with the

23  issues that the Council is trying to address with

24  these bills.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERGROUP RELATIONS          52

1

2      Given the ongoing emergency in this difficult

3   situation, it would be challenging for us to

4   contemplate taking on a broad area of new regulation.

5      With that said, we want to work with the Council

6   to figure out the best pathway forward and what we

7   can do to help small businesses the most that need

8   this help right now.

9      Introductions 1846, 1896, 1897, 1898, 1907 and

10  1908-A; this package of bills aims to regulate third

11  party food delivery services.  We'd like to work

12  together on addressing fees as addressed in Intro.

13  1908-A by Council Members Moya and Gjonaj.  Intro.

14  1908-A would place a cap on the fees charged to

15  restaurants during this crisis.  We are discussing

16  with City Hall to identify the best agency to tackle

17  this pressing matter to protect small businesses and

18  would like to continue the conversations with the

19  Council to find a path forward.

20     Similarly, DCWP supports the intent of Intro.

21  1846 but we have several questions including but not

22  limited to the prudency of only requiring these

23  disclosures to consumers we use a third-party food

24  delivery service and not to those that order directly

25  from restaurants.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        53

1

2      We're interested in working with you on the other

3  bills as soon as the crisis is behind us.

4  Introduction 1916 waives all license and consent fees

5  for sidewalk café's that are due on or after January

6  1, 2020 until December 31, 2020.  As noted earlier,

7  DCWP worked successfully with the City Council to

8  address sidewalk consent fees concerns for the

9  dependency of the state of emergency by way of

10  Mayoral Executive Order.

11      Circumstances resulting from COVID-19 are

12  impacting the bottom lines of thousands of different

13  types of businesses.  DCWP alone licenses more than

14  75,000 businesses across over 50 business categories

15  and sidewalk café's represent less than 1,000 of

16  those businesses.

17      As a general matter, DCWP will continue to

18  explore ways that we can help businesses tie do

19  dependency of the state of emergency.  And we look

20  forward to working with the Council on this.

21      The pre-considered Introduction requires the

22  Mayor to issue guidance on license renewal deadline

23  extensions.  The legislation also provides that no

24  licenses or permits shall be required to be renewed

25  until 90 days after the COVID-19 emergency ends.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
      INTERNATIONAL INTERGROUP RELATIONS          54

1

2   This legislation impacts licenses and permits beyond

3   those under the purview of DCWP.  The Law Department

4   is currently reviewing the proposal along with the

5   other bills in this package in its totality.

6       In conclusion, I would just like to say that

7   we're very, very grateful for the essential workers

8   that are taken care of the sick and vulnerable and

9   for those delivering a variety of services we

10  normally take for granted.

11      We're also grateful for the incredible sacrifices

12  in our communities.  The small businesses that had to

13  close their doors to protect New Yorkers.  The New

14  Yorkers to continue to abide by social distance

15  guidelines and our collective staff who have remained

16  steadfast in working for the greater good of the city

17  and on behalf of millions who are suffering in these

18  trying times.

19      Thank you for the opportunity to testify and I

20  look forward to hearing from you and answering any

21  questions you may have.

22  STEPHANIE JONES:  Thank you Commissioner.  I will

23  now turn it over to questions from Chair Gjonaj and

24  then Chair Cohen.  For these questions, again, we

25  will additionally be joined by First Deputy

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1
                     INTERNATIONAL INTERGROUP RELATIONS        55
2    Commissioner Jackie Mallon from SBS and Executive

3    Director Steven Edinony and Deputy General Counsel

4    Mike Tiger from DCWP.

5        Panelists, please stay unmuted if possible,

6    during this question and answer period.  Thank you,

7    Chair Gjonaj, please begin.

8        CHAIRPERSON GJONAJ:  Thank you Stephanie.

9    Commissioner Bishop, thank you for your testimony.

10   What is the total dollar amount in loans that have

11   been allocated so far that have actually reached our

12   small businesses, whether it be in grants or loans?

13       GREG BISHOP:  So, first of all, it's good to see

14   you Council Member Gjonaj and I'm glad that you are

15   well.  As I had mentioned in my testimony, we have as

16   of today, in terms of our grants, we approved over

17   $19 million.  And as you know, when we make the

18   approval, it is a direct debit into someone's

19   account.  So, depending on their bank, once an

20   approval is done, it could take up to a week for the

21   money to actually get into the individuals bank

22   account.  And on the loan, we've approved over $10

23   million.

24

25
```

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                    INTERNATIONAL INTERGROUP RELATIONS        56
 2          CHAIRPERSON GJONAJ:  That's $39 million in total.
 3     Is that the total budget that as allocated for loans
 4     and grants?
 5          GREG BISHOP:  So, we actually, for the total
 6     budget was around $50 million and as you know and I
 7     know you talked about the allocation earlier in your
 8     opening statement.  When we created these programs,
 9     we actually, we were on the ground in early February
10     because we saw a lot of businesses experiencing the
11     impact of COVID-19 in the city, particularly you're
12     not trying to talk communities.
13          So, this program was designed for smaller
14     businesses that were already experiencing the impact.
15     When the Mayor made this announcement, the world
16     changed within five days as you can imagine and were
17     able to quickly pivot but we knew that the need was
18     going to be far outweigh the ability for these
19     programs to meet the need of the entire city.  And we
20     said, and the Mayor said, that we will need the
21     federal government to step in.
22          You know, from when we launched a program, it
23     took us five days from launching, excepting
24     applications to making the first disbursement for our
25
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
             INTERNATIONAL INTERGROUP RELATIONS          57

1

2  grant program.  And for our loan program, it took us

3  less than two weeks.

4      So, our team moved as quickly as possible and for

5  anyone that's in finance you know that you know

6  standing up a program and making disbursements that

7  quickly, it was task and we worked you know, well

8  into late hours, weekends to get these programs up

9  and running as quickly as possible.

10     But I share your concern in terms of the need.

11 We know that the federal government has the resources

12 as we all know, our budget situation we have as a

13 city, we have to have a balanced budget.  The state

14 has to have a balanced budget.  So, we need to depend

15 on the federal government in order to not only help

16 our small businesses but help the city in general.

17 So, we certainly agree with you that more needs to be

18 done.  We've been advocating and I want to thank our

19 New York Congressional Delegation because they have

20 been fighting for the little guys and I can talk a

21 little bit more about the federal programs but I just

22 wanted to let you know that we moved really quickly.

23 Money is out the door, there are companies that have

24 received dollars from our programs.

25

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
   1                 INTERNATIONAL INTERGROUP RELATIONS        58
```

2      CHAIRPERSON GJONAJ:  Thank you Commissioner, but

3  I'm still not clear.  Is it $39 million or $49

4  million that have been allocated in funds for loans

5  and grants?

6      GREG BISHOP:  So, the total number is $49

7  million.  What you are seeing here is that we had and

8  I'll ask First Deputy Jackie Mallon to give you the

9  clarity in the dollars.  When we announced the

10  closure of our grant program, because when we

11  originally went out, there was a smaller number for

12  our grant program.  But instead of shutting the door

13  and saying no, we had a tremendous amount of

14  applications on the last day, I think double the

15  amount that we had throughout the entire program.

16      And remember this grant program was employee

17  retention.  So, when we decided that we were going to

18  pivot to now help our small businesses connect with

19  the federal employee retention program, that is why

20  we decided to sense out the out program.  Because the

21  out program is only for business with one to four

22  employees.  We did open it up to nonprofits and

23  individuals who immigrants could have also

24  participated in this but the federal program had a

25  much large catchment area.

1

2      So, we had a surge of applications and we are

3 going through those applications, so that number that

4 you're seeing, there is dollars that far exceeds the

5 allocated budget that we're working on right now.

6 Jackie.

7      JACKIE MALLON:  Yes, $39 million is allocated for

8 the grant program.  $10 million for the loan program,

9 which we're also using private capital in the loan

10 program which is how we get $20 million-ish in loans

11 awarded.  And to date, it's about $19 million in the

12 grant that's been approved and $10 million, so it's

13 not $39 million so far, it's $29 million actually in

14 the loan, Council Member.

15      CHAIRPERSON GJONAJ:  So, how much has been

16 allocated already, $29 million or?

17      JACKIE MALLON:  No, no, awarded, so like, on it's

18 way to the customers is $19 million in the grant

19 program.  $10 million in the loans, that's $29

20 million out of the $49 million that's in the funding.

21      CHAIRPERSON GJONAJ:  Well, thank you Deputy

22 Commissioner but what's the hold up?  I mean, this

23 dollar amount is so small to begin with but only $29

24 million is out the door, that would mean we have

25 another $20 million that we could be allocating to

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS       60

1

2   these small businesses that are in dire straits.  So,

3   I'm not sure who can answer that question.

4       GREG BISHOP:  So, I started by saying that you

5   know, we moved very quickly and you know part of the

6   and when we talk about out the door, we're talking

7   about there's a financial process right.  So, once we

8   make the approval, the money needs to move from

9   different bank accounts and as I talked about,

10  depending on your account, some of these transactions

11  and depending on the dollar value, some of these

12  transactions do take a certain amount of time.

13      We also have for the loan, it is an underwriting

14  process and the underwriting process, our third-

15  party, we are not underwriting the loans, a third

16  party is underwriting the loans.  They have put all

17  the resources that they need to.  They process

18  roughly about 40 applications per day and they are

19  moving as quickly as possible.

20      So, we expect to have all of the dollars

21  disbursed for the grant program within the next week

22  and then of course shortly after for the loan

23  program.  But in the meantime, we're still continuing

24  to help our businesses connect with our federal

25  programs because we know this is just a stop gap, the

```
1         COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
              INTERNATIONAL INTERGROUP RELATIONS         61
2    city program was just a stop gap.  The federal
3    programs are the programs that our small businesses
4    need and we continue to advocate for changes for
5    those federal programs to make sure that they match
6    the needs of our New York City small businesses.
7         CHAIRPERSON GJONAJ:  Thank you Commissioner.  I'm
8    just going to reiterate that you need to get this
9    money out the door sooner than later and the total
10   dollar amount of $49 million which equates to roughly
11   $204, how many loans and grants were made and what
12   was the total that was requested?
13        So, maybe I can ask this in a different form.
14   One, what was the dollar amount of the total loans
15   and grants that came in in the form of requests and
16   the total dollar amount?  Do you have that answer?
17        GREG BISHOP:  Yeah, so I think, we had over 8,000
18   applications for our loan program, and if you look at
19   how we are doing with the average size loan of like
20   $60,000.  That's about $1.5 to $2 billion in terms of
21   need.  That doesn't mean everyone will get you know,
22   everyone has that average but again, it highlights
23   the fact that you know, the need far outweighs our
24   ability to help on a local level which is why we were
25   so excited when the federal government came as
```

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                   INTERNATIONAL INTERGROUP RELATIONS        62
 2  quickly as they did.  Because as you know, in the
 3  past, after Hurricane Sandy, the federal government
 4  took some time to bring in the additional resources
 5  that we needed.
 6      So, in terms of our ability to stand up this
 7  program, we knew that it was going to be a program
 8  that would just be a stop gap until the federal
 9  government brought in their programs.
10      In terms of numbers, we do have that information.
11  So, in terms of the rent, Jackie, do you have that
12  readily available?
13      JACKIE MALLON:  Sure, sure, we've received 8,800
14  grant applications and we have awarded 26— a little
15  over 2,600 to date which equate to that nearly $20
16  million that we're talking about.
17      CHAIRPERSON GJONAJ:  So, less than a quarter of
18  the applicants have received any funding?
19      JACKIE MALLON:  The approval rate is about 61
20  percent.  Some people that apply are actually not
21  eligible.  The larger businesses or whatever, a
22  number of different reasons.
23      GREG BISHOP:  Like, we saw some, the grant
24  program was specifically for small businesses.  We
25  wanted to make sure that we had you know, our very
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
              INTERNATIONAL INTERGROUP RELATIONS          63

1

2    microbusinesses.  So, only businesses that have four

3    or fewer employees were eligible for this program.

4    But we had a number of applicants that had more than

5    four employees.  So, what we have done is for those

6    that were not eligible we've connected them to the

7    paycheck protection program, meaning we've provided

8    technical support to help them with the application

9    process either through their lender or through a

10   lender that's accepting new applications.

11        CHAIRPERSON GJONAJ:  Thank you Commissioner.

12   Again, this is only a fraction of the need that's out

13   there and the total dollar amount of $49 million is

14   less than crumbs when it comes to the needs of our

15   small businesses.  And I broke down the number, the

16   total dollar amount versus business that we have in

17   New York City and that equates to about $245 per

18   business.  How small businesses contribute billions

19   of dollars a year to the city's budget, billions and

20   in their most time of need and crisis, all this

21   Administration could give back to them is a total of

22   $49 million.  And in my opening statement, I outlined

23   that we spend more or this Administration spends more

24   on parades.  They spent more on printing then they

25   gave out in a form of grants.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS          64

1

2      The message is clear from this Administration and

3  although you're going to say there is a stop gap

4  measure that was only temporary, the Mayor has gone

5  on the record quite a few times to say, that the

6  money is not coming in quick enough from Washington

7  to aid our small businesses.  It's time for our

8  Mayor, this Administration to start focusing on this

9  city with the resources that we have.  No matter how

10 limited they are, $49 million doesn't even come close

11 to showing the relevance and the sincerity that is

12 needed to our small businesses.  This is their dreams

13 that have been destroyed.  They see a dim future and

14 this City and Administration has failed to be there

15 for them in this time of crisis.

16      I don't want to take more time on this issue

17 because we have so many that are going to testify on

18 the other issues on the bills that we have.  I'm

19 going to open this up to Chair Cohen if he has any

20 questions for the Administration on the loans and

21 grants and as the Commissioner of Business of

22 Consumer Affairs.

23      CO-CHAIR COHEN:  Thank you Mark.  I will be

24 brief; I'm going to let the bill sponsors I think

25 focus on their bills.  So, I'm just going to say,

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1                INTERNATIONAL INTERGROUP RELATIONS        65

2    it's good to see you Commissioner Salas and

3    Commissioner Bishop.

4        GREG BISHOP:  Good to see you.

5        CO-CHAIR COHEN:  And you know, I appreciate the

6    collaboration.  Consumer Affairs, we've had regular

7    briefings together and I appreciate the transparency

8    and us being able to work together.  The one in your

9    testimony, you don't object to 1916.  I understand

10   that the agency is taking action on their own but you

11   don't have any objection to it do you?

12       LORELEI SALAS:  The question is addressed to me

13   right, Chair Cohen?

14       CO-CHAIR COHEN:  Yes, yes.

15       LORELEI SALAS:  Yes, so I think that what I did

16   testify to is that the bill implicates you know, many

17   more agencies than the Department of Consumer Worker

18   Protection, right.  And so, it is a logical

19   conversation for the Law Department to really

20   understand how this would effect the other agencies.

21   I would say one thing, that operationally, we had

22   timed our license expiration dates and renewal

23   expiration dates so that there would be staggered

24   deadlines, right.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS        66

1

2      As you can imagine, operationally it could be a

3  challenge to not only have to process 70,000 licenses

4  at once, which could just add to waiting times for

5  license applicants or renewal applicants.

6      CO-CHAIR COHEN:  But as related specifically to a

7  sidewalk café, you don't have any objection to that

8  legislation?

9      LORELEI SALAS:  Oh, I'm sorry.  So, with respect

10  to the consent fees, waiver for the year generate

11  through December 2020.  So, as you know, we work

12  collaboratively to arrive at a waiver of the consent

13  fees for the March installing period.  These consent

14  fees are part of contractual agreements entered into

15  with the city, right.  The agency doesn't have its

16  own discretion to act without involving other

17  stakeholders that are you know, part of or involved

18  in these contracts, right.

19      And I would just say also that obviously this

20  would have an impact on revenue streams, so it's

21  something to just take into consideration.

22      CO-CHAIR COHEN:  Can you tell us what the status

23  is?  Have you refunded everybody who has paid so far

24  or are you still processing?  What percentage of the

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1               INTERNATIONAL INTERGROUP RELATIONS        67

2   sidewalk café license holders didn't pay?  Can you

3   just give us a little run down on that?

4        LORELEI SALAS:  I can tell you that we are still

5   processing the refunds, right.  We're in the middle

6   of that.  Our finance division will be sending out

7   checks to those who had already sent their consent

8   fees within the next two to three weeks.

9        As to the percentage, I'm not so clear on that

10  and I'm not sure Steve or Mike have access to that

11  information but if we don't have it right now, I'd be

12  happy to send it to you once we get it from the

13  office.

14       STEVEN EDINONY:  So, Chair Cohen, I appreciate

15  the question.  I think for us, it's a multistep

16  process.  The first of which involves our licensing

17  team identifying those records that need refunds and

18  then once we have that in order, working to have the

19  checks distributed.

20       So, I think our internal analysis is that over

21  the next two to three weeks we will have that

22  completed.

23       CO-CHAIR COHEN:  Did everybody who is entitled to

24  refund will have gotten it in three weeks or less?

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
    INTERNATIONAL INTERGROUP RELATIONS        68

1

2     STEVEN EDINONY:  That's, right now our analysis

3     is that that will be the case, yes.  We're happy to

4     continue to update you if that timeline changes but

5     that is what we believe.

6        CO-CHAIR COHEN:  I appreciate that and again, do

7     you have any idea of the percentage of people who,

8     licenses actually paid?

9        LORELEI SALAS:  I don't have that right now.  I

10    think that when we take some of the estimates we were

11    talking about, about $300,000 in total fees paid, but

12    I don't know what that represents.  So, we'll have to

13    come back to you with an answer on that.

14       CO-CHAIR COHEN:  That sounds like a relatively

15    small percentage, that's great.  Chair Gjonaj, like I

16    said, I'm going to come back.  I think I'll let our

17    colleagues, the bill sponsors ask questions and then

18    I can come back if I have more.

19       STEPHANIE JONES:  Okay, Chair, did you want to

20    ask any more questions or you want me to call on the

21    Council Members?

22       CHAIRPERSON GJONAJ:  No, thank you Stephanie.

23    Thank you, Chair Cohen.  We have a slew of questions

24    that our colleagues can ask.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERGROUP INTERNATIONAL INTERGROUP RELATIONS        69

1

2       STEPHANIE JONES:  Okay, thank you.  Okay, so I

3   will now call on Council Members in the order they

4   have used the Zoom raise hand function.  If you would

5   like to ask a question and you have not yet used that

6   function, please raise it now.  Council Members,

7   please keep your questions to five minutes.

8       The Sergeant at Arms will keep a timer and we'll

9   let you know when the time is up.  You should begin

10  once I have called on you.  Okay, so first, we'll

11  hear from Council Member Rivera followed by Council

12  Member Lander.  Council Member Rivera?

13      MODERATOR:  Time.

14      COUNCIL MEMBER RIVERA:  Thank you so much.  Thank

15  you to the Commissioners, all of you and everyone

16  here.  I just wanted to follow up on a couple of

17  numbers that were kind of discussed.  I guess the

18  first one is, you have some numbers here for the SBS

19  the Business Continuity Loan Fund, Commissioner

20  Bishop and the Employee Retention Grant Program.  You

21  have 8,000 loans, I think you said, 170 have been

22  approved.  How many people actually qualified?  And

23  I'm asking because I heard from some of my

24  constituents that they were turned down, so I'm

25  trying to understand versus how many apply, how many

```
             COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                  INTERNATIONAL INTERGROUP RELATIONS          70
 2   qualified and then of course the number you included
 3   in your testimony which is 170 loans.
 4       GREG BISHOP:  Right, so far.  So, we had 8,000
 5   applications which represents the demand for a
 6   program that, that far weighed the funding for the
 7   loan program.  So, it's a two step process.  So, we
 8   go through the approval process to make sure that
 9   they have all of their documentation etc., and then
10   we send it over to the lender to actually make the
11   loan.  That's the underwriting process and so, the
12   loan is a traditional loan.  So —
13       COUNCIL MEMBER RIVERA:  I'm so sorry, I just
14   don't have a lot of time and I just wonder, do you
15   have the number of how many people qualified or not
16   really?
17       GREG BISHOP:  Yes, yes, we do.  Jackie do you
18   have the —
19       JACKIE MALLON:  So far 174.
20       COUNCIL MEMBER RIVERA:  174 out of 8,000?
21       JACKIE MALLON:  By the lender, that's what you're
22   asking right?  Yeah.
23       COUNCIL MEMBER RIVERA:  Okay, I just want to move
24   on.  How many small business owners have contacted
25   you about inability to pay rent and since the city's
```

```
            COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                 INTERNATIONAL INTERGROUP RELATIONS        71
 2   applications are closed, where are you referring them
 3   to?
 4        GREG BISHOP:  So, we can get back to you on the
 5   terms of the number of businesses that we referred to
 6   our legal services.  But Council Member, I was going
 7   to tell you, so [INAUDIBLE 1:16:36] for example can
 8   use our commercial lease assistance to get a free
 9   attorney.  We've been partnering with other law firms
10   who are providing pro bono legal services to help our
11   businesses negotiate with their landlords.
12        COUNCIL MEMBER RIVERA:  Okay.  So, you are
13   referring them where?  Sorry.
14        GREG BISHOP:  To attorney's.  So, right now, if
15   anyone needs assistance with their landlords, we have
16   the commercial lease assistance program, so we are
17   referring them to pro bono legal attorney's.  We'll
18   help them review their lease, help them negotiate
19   with their landlord.  It's helpful to have an
20   attorney during this time, to have that conversation
21   with the landlord.
22        But we're also advising small landlords because a
23   number of the mortgage companies are issuing
24   forbearance.  So, if a small landlord has a mortgage,
25   they too can call their mortgage companies, most
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERNATIONAL INTERGROUP RELATIONS          72

2  banks have allowed a 90-day for forbearance, which

3  that information could actually, that relief can be

4  passed onto the small business owner.

5      COUNCIL MEMBER RIVERA:  Okay, have you heard from

6  business owners regarding personal liability concerns

7  either prior to or during COVID-19, and if so, how

8  would you assist them?

9      GREG BISHOP:  We have not, but again, we would

10  connect them to our attorney network.  That is one of

11  the services that we provide in general for legal

12  assistance, especially around contracts and leases.

13  So, that would be if someone contacted us and they

14  can do so either through 311 or nyc.gov/covid19biz we

15  can connect them to an attorney at no cost.

16      COUNCIL MEMBER RIVERA:  What is your position on

17  our bill Intro. 1932?

18      GREG BISHOP:  So, Intro. 1932, we are, sorry, so

19  1932 is the COVID related, I'm sorry.

20      COUNCIL MEMBER RIVERA:  Yeah, it's on personal

21  liability.

22      GREG BISHOP:  Yeah, so I think we you know, would

23  love to talk to you some more about that.  The Law

24  Department would love to look at some additional

25  details, but in general, anything that we can do to

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        73

1

2  provide some relief to small business is things that

3  we would take a look at.

4     COUNCIL MEMBER RIVERA:  So, you don't have a

5  position at this time but your game to engage in

6  conversation and figure something out?

7     GREG BISHOP:  Absolutely.  There's some legal

8  questions around that, so we want to make sure we do

9  it right in terms of the concept, but the Law

10  Department would love to take some time to review.

11     COUNCIL MEMBER RIVERA:  Okay, and then I just

12  want, in the wake of the city shutting down its loan

13  and grant programs, do you think the city still has

14  a role to financially support businesses,

15  particularly those owned by or employing undocumented

16  New Yorkers and thus cannot apply for federal

17  programs?

18     GREG BISHOP:  So, and I've mentioned this and I

19  mentioned this in my testimony.

20     MODERATOR:  Time expired.

21     GREG BISHOP:  The private sector, we need to work

22  with the private sector but we've done it in the past

23  to help create a philanthropic pathway to get dollars

24  in the private sector that doesn't have the

25  restrictions of either federal dollars or city

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERGROUP INTERGROUP RELATIONS         74

1

2  dollars to be able to help on those vulnerable, which

3  is our undocumented entrepreneurs.  And that is

4  something that we are very much interested in

5  pursuing and we're working with you on how we can do

6  that officially.

7      COUNCIL MEMBER RIVERA:  Thank you.  I have a

8  couple more questions but thank you for the time, Mr.

9  Chair.

10     STEPHANIE JONES:  Thank you Council Member.

11 Next, we'll hear from Council Member Lander followed

12 by Council Member Powers.  Council Member Lander?

13     MODERATOR:  Clock.

14     COUNCIL MEMBER LANDER:  Thanks very much.  I'm

15 going to follow up in the later part of my time on

16 Council Member Rivera's question but I guess I just

17 want to start from like, what we can do on the PPE.

18 Because I spent a bunch of yesterday in advance to

19 this hearing talking to the small business, a bunch

20 of small business owners in my district and not a one

21 has either gotten, but in one case a person got but

22 just can't use the PPP because of the eight week

23 restriction.

24     So, they have zero federal relief, nothing.  They

25 are closed, they got no revenue.  Their employees are

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS         75

1
2  getting unemployment insurance, but they have
3  absolutely nothing to cover rent and their own debt
4  and their supplier leases, nothing.  And so, they're
5  terrified they are not going to be able to make their
6  rent payments.  They can't keep leasing the machines
7  from their suppliers and so, unless we can make the
8  PPP work and to me, the eight week issue seems like
9  the one that is most, like, that doesn't even cost
10 the federal government anything to let people have
11 until the end of the year to rehire and use 75
12 percent of the money for payroll and all of these
13 other things are important.  And I'm signing on to
14 all of these bills and I support them all and I thank
15 their sponsors.  But if we can't get federal dollars
16 to cover the loss of revenue, I just don't see what
17 else is going to work to keep there being just mass
18 business shutdowns of perfectly viable businesses.
19     So, do you share that analysis and if so, what
20 are going to do to change that?
21     GREG BISHOP:  Absolutely.  So, there's actually
22 four things.  Three things related to PPP and one
23 I'll jump in really quickly because I see the time is
24 ticking.  But you are absolutely right and I've been
25 working with the New York Federal Delegation.  They

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS            76

1

2   share the same concerns that you have and they are

3   advocating and they are working right now negotiating

4   in the next stimulus package.  There needs to be a

5   change in terms of the timing.

6       Remember when the PPP was launched, no one knew

7   how long this pandemic that sort of paused, would

8   occur.  And I think you know, this hurts cities that

9   have paused business operations.  So, we need to push

10  as delegation and they have been doing it to change

11  that time.  We need to change the percentage.  Only

12  25 percent of the PPP can be used for every other

13  expense and you hit the nail on the head, for New

14  York City business, we think based on the ratio, they

15  can borrow two and a half time at payroll.  It should

16  be a lower percentage that is required for payroll

17  and then they could use the rest for rent.

18      And then three, to make sure, ensure and

19  absolutely ensure that our smallest, most vulnerable

20  businesses have access.  We are also asking for

21  another tweak.  We got the tweak in the second round

22  where banks, small community banks and CDFI's had a

23  $60 billion allocation.  We are now going to advocate

24  that only CDFI's have an allocation that they could

25  work with and they can operate in.  Technical

1

2    assistance is so important and it take about a week

3    or two to get a small business in terms of the

4    technical assistance to apply.

5        And the last thing that I would say that we have

6    not talked about is our insurance industry.  Our

7    insurance industry is sitting on about $800 billion

8    of reserves.  They have hid behind the cloak of, you

9    know this is not a covered pandemic, but I say that

10   we should allow the congress to come up with a path.

11   Not necessarily bankrupt the industry but have some

12   type of percentage or allocation, so that way the

13   businesses that have business interruption insurance,

14   these are businesses that have been around for 20, 30

15   years that have paid their premiums every month and

16   now in the most needed time, insurance companies are

17   hiding behind the veil.

18       COUNCIL MEMBER LANDER:  It's even worse than

19   that, one of the businesses I talked to yesterday,

20   talked about the fact that they are still getting

21   their insurance bill.  So, like, not only are they

22   not getting their insurance, the are being expected

23   to continue to pay their insurance.  It's really

24   outrageous.  So, I just, you know, to me, it's like,

25   I'm open to other things that could matter at scale

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        78

1

2   but if we don't change PPP so it could work for our

3   small businesses, I just, I don't know what, all

4   these things we're talking about are good but I don't

5   think they are going to be enough to save a lot of

6   them.

7       I'm a little less worried about the percentages

8   just because of people reopen and then they have

9   revenue coming in, then they could use the PPP to pay

10  the wages of their workers and use the revenue that's

11  coming in to pay back the back rent.  But I hear you,

12  to me, it's really that —

13      GREG BISHOP:  And —

14      COUNCIL MEMBER LANDER:  Let me, just because my

15  time is running out.  I just do want to underline

16  what Council Member Rivera just spoke about because

17  I'm going to work hard and pray that we pass all

18  these bills, we get PPP fixed and at least like a lot

19  of our small businesses can benefit from that.

20  That's a big, big leap of faith but no one is coming

21  to help our immigrant entrepreneurs, our street

22  vendors, like a whole set of people that there's no

23  way they're going to be eligible for PPP.

24      So, we got to build a program at the city level

25  and that might need public debt.  You know, it might

```
                 COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
  1                    INTERNATIONAL INTERGROUP RELATIONS        79
  2    need other but I don't think we can like hope someone
  3    else will ride to the rescue for those benefits.  No
  4    one else is going to come to their rescue.
  5         MODERATOR:  Time expired.
  6         COUNCIL MEMBER LANDER:  And I just would really
  7    reinforce what Council Member Rivera said about our
  8    need to stand up a program that does that.
  9         GREG BISHOP:  And we agree and we've worked with
 10    the private sector before and we will look forward to
 11    working with the private sector to address this
 12    particular population.  So, thank you very much and
 13    I'm happy to work with you and Council Member Rivera
 14    to make sure that we get it right.
 15         COUNCIL MEMBER LANDER:  Thank you.
 16         STEPHANIE JONES:  Thank you.  Chair Cohen?
 17         CO-CHAIR COHEN:  I just want to pipe up for one
 18    second.  You know to be respectful of the clock, but
 19    you don't have to be slavish to it.  I thought
 20    Council Member Rivera might have gotten cut off.  So,
 21    I'm just asking people to be respectful of the clock,
 22    that's all.  Thank you.
 23         STEPHANIE JONES:  Thank you Chair.  Next, we'll
 24    hear from Council Member Powers, followed by Council
 25    Member Yeger.  Council Member Powers?
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        80

1

2    COUNCIL MEMBER POWERS:   Thank you and thank you

3    to the Chair's for allowing us the time here and to

4    get into questions.   I had a couple of questions,

5    one, I just have to echo on what Council Member

6    Lander said, which is that those programs that are

7    put in place while are really still great programs

8    that are helping businesses still need so much more

9    changes to be able to make them actually executable

10   at the city level.   But I know we all agree on that,

11   so I'm going to go to questions.

12       But first I want to add this, for the City

13   programs that were put in place, understandably there

14   was a misunderstanding of how their might be a lack

15   of clarity of how long this would last and so

16   resources were limited but can you give us any data

17   on the types of businesses.   Like, in terms of the

18   loans that went out and the grants that went out.   Do

19   you have a breakdown of what types of businesses

20   receive those?   Meaning what sector or what area

21   receive those grants and loans?

22     GREG BISHOP:   Yeah, so they vary.   So far, a loan

23   program you know, the top recipients of the loans

24   were accommodation in food services, so restaurants

25   etc., and then followed by what we describe in the

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERNATIONAL INTERGROUP RELATIONS          81

2     mixed codes as professional scientific and technical

3     services but that's like your architects,

4     architectural firm, traffic designers and then

5     followed by beauty salons, dry cleaners etc. and they

6     have retail.  Then it goes down all the way to you

7     know wholesale trade, healthcare, transportation and

8     manufacturing.

9          For our grant program, it skewed a little bit

10    differently simply because of the size standard that

11    we applied.  So, you saw a lot of professional and

12    technical services again, architectural firms and

13    retail, then hair salons, barber shops, nail salons.

14    Then you had your healthcare and then you had arts

15    and entertainment.  Then you had accommodations, so

16    food, restaurants, coffee shops.  So, it's a

17    widespread and I think you know one of the reasons

18    why we wanted to limit the employee count was to make

19    sure that we limited to our very micro businesses.

20    But again, first come first serve for as you said

21    with the federal program, it doesn't really help with

22    our small businesses, which is why the things that I

23    mentioned with Council Member Lander in terms of the

24    fixes for the PPP, I think will address the fact that

25

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
  1                 INTERNATIONAL INTERGROUP RELATIONS        82

  2   our small businesses got left out of the first round

  3   of the PPP.

  4       COUNCIL MEMBER POWERS:  Okay, and if you have any

  5   info you can send to us on that breakdown, it would

  6   be helpful just for us to have an understanding of

  7   it.

  8       GREG BISHOP:  Yeah, we can.

  9       COUNCIL MEMBER POWERS:  On the number of bills

 10   that are related to — and this is for SBS or others,

 11   so bills that related to commercial tenants and

 12   harassment liability, evictions and things like that.

 13   Do you have any data related to, one of the concerns

 14   is obviously, I've talked to the owners who are

 15   holding on to their lives and they are fearful of

 16   having to put all their savings into it and

 17   conversely I've heard from folks who are you know, we

 18   are relying on in terms of tax revenue here in the

 19   city.  About their concerns with what impact it may

 20   be to the city on property tax and their ability to

 21   pay.  Do you have any data on commercial rent

 22   payments for the month of March or April at this

 23   point?  Basically, in the coronavirus, is there any

 24   data available to us about how many, like sort of

 25   percent, like, who is paying and how many commercial
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERNATIONAL INTERGROUP RELATIONS        83

1

2    rent tenants are not able to pay the rent at this

3    point?

4        GREG BISHOP:  No, we do not have that information

5    currently.  I know the Brooklyn Chamber did a quick

6    survey of their members of businesses in Brooklyn and

7    there seems to be about I think 30 percent were not

8    able to pay the rent and only about half of them have

9    been able to work with their landlords.  But what we

10   have, in everything that we have done, we've sent out

11   guidance to so many different businesses.  We've told

12   businesses to be proactive, contact their landlord

13   and use our legal services to have that conversation.

14       So, we can provide you information about how many

15   referrals we've made to our legal services, so you

16   can get an understanding of how many businesses —

17       COUNCIL MEMBER POWERS:  Yeah, well my point here

18   is like I talked to a restaurant owner last night who

19   was wonderful and was talking about his you know, his

20   difficulty right now some concerns of course on

21   liability and being able to pay.  I've heard

22   anecdotally some commercial landlords saying they

23   have collected in the 80, 90 percentile and others

24   are collecting in the 50, maybe even a lower point a

25   concern that legislation would impact that and then

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
INTERNATIONAL INTERGROUP RELATIONS          84

1

2  we would be having an inability to collect on

3  property taxes for a number of these folks.  So, I am

4  trying to monitor what impact people to the city's

5  revenue and also to those owners as well.  And some

6  are trying to do the right thing by their tenants.

7  I've heard some that have not even been communicated

8  or have not had positive communication from their

9  landlord.

10     I just want to ask one more question since there

11  is so many topics on this.  On the topic of

12  surcharges on restaurants and deliveries and apps and

13  things like that.  I did not hear, I have to admit, I

14  did not hear the exact position of the Administration

15  on those bills but I did want to ask a question of

16  whether they thought those had apply during this

17  period.  Whether there should be a surcharge put on

18  at the moment where restaurants are closed and only

19  open for takeout or were in support of or had

20  thoughts on that beyond that period of time.

21  Meaning, this particular point and time seems unique

22  to the restaurant and hospitality industry relative

23  to the non-coronavirus period of time and whether

24  there was a distinction drawn between those two areas

25  when it comes to those bills.

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                    INTERNATIONAL INTERGROUP RELATIONS        85
 2       GREG BISHOP:  And so, we and you know, we work
 3   closely with the Hospitality Alliance, Ed Drew[SP?],
 4   I saw him in this hearing.  You know the rest of the
 5   industry has already thin margins and so, we're very
 6   supportive of any efforts to limit their expenses.
 7   Especially during this emergency period.
 8       So, we are supportive of that.  I think it
 9   requires a broader conversation after this period but
10   certainly we want to be supportive of anything that
11   can help reduce the cost of our restaurants.
12   Primarily because our restaurants right now, they are
13   operating on just take out.  So, in some cases that
14   might not be enough revenue for them to actually
15   operate but some of them are just operating just to
16   be a resource to the community, so we are very
17   supportive of that.
18       COUNCIL MEMBER POWERS:  Thank you and I think
19   I'll end there.  Thanks, Chair.
20       STEPHANIE JONES:  Thanks Council Member.  Next,
21   we'll hear from Council Member Yeger followed by
22   Council Member Koslowitz.  Council Member Yeger?
23       COUNCIL MEMBER YEGER:  Thank you Mr. Chairman.
24   Thank you very much Mr. Chairman.  Commissioner, it's
25   good to see you again and I'm going to be easy
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        86

1

2  because I'm not asking any questions.  I'm simply

3  going to make a few statements and you can sit back

4  and relax.

5      I appreciate the work that SBS is doing for small

6  businesses.  I do think that the city can do more,

7  not necessarily from within your department but I'm

8  going to use my free time at the microphone today to

9  make a few points that I've been making over the last

10  days.

11      The city is continuing its standard process of

12  issuing summonses for example to sanitation. So, that

13  hasn't really laid off, sanitation employees are

14  going around writing summonses on businesses, on

15  homeowners.  The city is still doing what it can to

16  suck the life out of New Yorkers and get the cash and

17  I get that because we are facing tough times but I

18  also think that the city can and should do more.

19      For example, last real property tax payments were

20  done on April 1st, so that's going to be July 1st.

21  There are people who have not been able to make the

22  April 1st payment.  They may not be able to make the

23  July 1st and a lot of that particularly when it comes

24  to real property owners that are one and two family

25  owners, relies on rental income.  The city has an

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS          87

1

2    obligation to help tenants of small businesses to

3    alleviate their rental burden but at the same time,

4    it can't be one direction.  The city must use the

5    resources that it has to alleviate the burdens on

6    those that have to pay the bills, the landlords who

7    have to give the money to the city.

8        If tenants can't pay rent and landlords can't pay

9    property taxes, the city gets hurt but if the city

10   can figure out a way to alleviate that burden a

11   little bit on landlords and one easy way to do it

12   right now is to give them a little breathing room.

13   For the city to tell them look, you may not have been

14   able to make your April 1st payment, the grace period

15   was 14 days ago, interest is accumulating, we are

16   waiving that.

17       Right now, the Mayor and the City Council can

18   make that announcement, well not me, but the Mayor

19   and the Council can make that announcement that

20   interest payments for interest debt being accrued on

21   payments that were due on April 1st will be waived.

22   Interest payments due on payments that cannot be made

23   by July 1st will be waived and a commitment to New

24   Yorkers that real property taxes will not go up this

25   year when we adopt the budget.  Not that the rate

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS          88

1

2   won't change because that's always the trick we play

3   with New Yorkers.  We don't change the rate, but

4   everybody gets a higher bill.  That the property tax

5   itself will stay, whether that means grieving effect

6   evaluations are rolling them back down, we have to do

7   something to release the pressure on those pipes,

8   otherwise they are going to burst.

9       The focus on the private sector for relief and

10  the unwillingness of the city to do its part is

11  wrong.  And I think that the city and the Council,

12  the Administration and the Council can make those

13  commitments.  And the reality is, that tenants who

14  can't pay rent today and tenants who can't pay rent

15  on May 1st, may never, ever be able to recover the

16  loss of revenue to come current.  And we need to do

17  things that will fix that.  Which brings me to

18  Introduction 1932.

19      I spoke yesterday about another introduction and

20  seems I'm going to repeat myself in some regard.

21  It's important for us to come up with ways to help

22  tenants, it's necessary.  It's also important for us

23  to do it legally and for us to do it

24  constitutionally.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS          89

1

2    Intro. 1932 and I think and without speaking for

3    the cooperation Council, I think one of the reasons

4    that the city is not ready to [INAUDIBLE 1:36:24] on

5    it, is because the city doesn't want to come before

6    the Council and say this bill as it is written is

7    unconstitutional.  Except it is.  The violation of

8    Article 1 Section 10 is constitutional.  The city

9    cannot retroactively adjust, amend a contract that

10   was entered into by two parties at arm's length.  You

11   can't do it, illegal.  We can think we can do it

12   because we always think we can do things that are

13   illegal and unconstitutional but its not lawful for

14   us to do it.  Emergency or not, and this is the real

15   epitome of an emergency.  There has been no emergency

16   like this, not just in the last 50 year but probably

17   in the last 100 years since the stock market crash of

18   the early 19— nearly 20th century, but we have an

19   obligation to actually be honest with New Yorker.

20   This feels unconstitutional.  We don't have a legal

21   authority to go backwards into a contract that was

22   entered into five, six, seven, three years ago, one

23   year ago, 16 months ago and amended retroactively to

24   remove a provision.  I want to make one more point

25   Mr. Chair.  I know my time is about to wrap up and

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS        90

1

2  I'm going to try to do it quickly.  To understand the

3  nature of why personal guarantee exists in lease

4  abatements.  It's important for that to be part of

5  this conversation.  It's not simply to suck cash out

6  of people.  It is because in many respects, a

7  landlord when deciding to right the seize of property

8  would not but for that provision rent the property.

9      If a business doesn't have the access, the income

10 —

11     MODERATOR:  Time expired.

12     COUNCIL MEMBER YEGER:  Of the landlord.  If it's

13 a new business, the landlord may not want to rent the

14 property.  What induces a landlord to do that and

15 what builds the small business enterprises of New

16 York City, including my father's firm.  He would not

17 be able to rent the piece of property if he did not

18 sign a personal guarantee on his lease.  It's

19 necessary for the landlord to induce him to be

20 willing to accept that lease.  When we try to step in

21 and say the landlords wrong, the landlords wrong, the

22 landlords wrong, without recognizing that it's not

23 that the landlord's wrong.  But we are in tough times

24 and everybody is hurting and it can't just be that

25 the tenant is not going to pay rent because the

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERGROUP RELATIONS          91

1

2    tenant doesn't have income.  We have to find a way,

3    we in the Council, the Administration on the other

4    side of the building have to find a way to reduce the

5    burden on all New Yorkers that are trying to come out

6    of this.  Thank you, Mr. Chairman for indulging me

7    and Commissioner, you weren't being lectured at but I

8    appreciate you sitting there patiently.  It was just

9    my chance to make these points.  Thank you again.

10       GREG BISHOP:  Thank you.

11       STEPHANIE JONES:  Thank you Council Member.

12   Next, Council Member Koslowitz followed by Council

13   Member Chin.  Council Member Koslowitz?

14       MODERATOR:  Time.

15       COUNCIL MEMBER KOSLOWITZ:  Thank you very much.

16   Good to see everybody.  Today, the Queens delegation

17   had a remote meeting with the Queens Chamber of

18   Commerce and the numbers that they gave us were

19   pretty scary.  Out of six thousand businesses

20   throughout Queens county, they don't expect 3,000

21   businesses to reopen.  That's a very scary number.  I

22   know my district is full of commercial businesses all

23   over.  Wherever you walk, I have all of Queens

24   Boulevard that adds from Elliot Avenue all the way

25   down into Kew Gardens, all businesses, 108th street

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERGROUP RELATIONS            92

1

2    and that's a very scary number.  I've gotten calls

3    from different businesses doing the same kind of

4    business for instance, hair salons.  One person got a

5    check for $10,000 and the other hair salon got

6    $1,600.  How did they decide who gets what?

7       GREG BISHOP:  So, those two instances, were the

8    SBA's Economic Injury Disaster Loan Program that they

9    applied to.  There was an emergency grant that was

10   attached to that program.  That program, the grant

11   was up to $10,000.  But as you can imagine, there was

12   a number of applications, so I think at a certain

13   point, the SBA changed the guidance to limit the

14   amount of dollars.

15      So, if you were early on, you might have gotten

16   the maximum but later on, they shifted it to just

17   $1,000 per employee.

18      COUNCIL MEMBER KOSLOWITZ:  That's like kind of

19   unfair and the truth of the matter is, that in most

20   hair salons, the employees are self, they work on

21   commission more than salary.  And that's really

22   unfair because the bills are the same.  The rent is

23   the same, you know, whenever they apply, the rent is

24   still the same and their expenses are the same.  And

25   for one to get $1,600 and then the other get $10,000,

1

2  why didn't they foresee that there were going to be a

3  lot more people applying and like kind of decide how

4  much each person would get?

5      GREG BISHOP:  I think the New York Delegation

6  sees that and the New York Delegation has been

7  advocating for additional funding.  As you know, the

8  New York Delegation is also advocating for funding

9  for the City of New York itself to help close out

10 budget deficit.  So, I've been in touch with everyone

11 from you know, Congressman Velazquez, Hakeem

12 Jefferies, you know even Gregory Meeks.  You know,

13 everyone in the New York Delegation to let them know

14 about the concerns of our smallest business, our

15 microbusinesses.

16     So, again, I will bring this up in terms of

17 additional funding for the next stimulus package and

18 then I'm happy to have your support there as well.

19     COUNCIL MEMBER KOSLOWITZ:  Okay, I just, I just

20 felt that you know the way you described it, first

21 come first served in this kind of disaster act really

22 to do it that way, not anticipating that there would

23 be a lot of people applying for these loans and kind

24 of you know, lower the amounts so each business

25 applying would get the same amount of money.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1           INTERNATIONAL INTERGROUP RELATIONS       94

2      GREG BISHOP:  Right, there's also another

3  strategy that we're pursuing.  At the beginning of my

4  testimony I talked about how important CDFI's are to

5  our small businesses.  So, more than likely those

6  nail salons, those small businesses that have fewer

7  than five employees, they have a relationship with a

8  CDFI or a small community bank.

9      CDFI's are restricted in terms of their behavior

10  in the open market to get capital.  There's some

11  restrictions on the SBA side, which is the Federal

12  Small Business Administration and there's

13  restrictions on the federal reserve side and we're

14  advocating to loosen some of that restrictions, so

15  our CDFI's can get capital and therefore they can

16  lend to those small businesses as well.

17      COUNCIL MEMBER KOSLOWITZ:  Okay, thank you very,

18  very much.

19      STEPHANIE JONES:  Thank you.  Next, we'll hear

20  from Council Member Chin followed by Council Member

21  Brannan.  Council Member Chin?

22      MODERATOR:  Clock.

23      COUNCIL MEMBER CHIN:  Thank you.  Thank you to

24  Chair Gjonaj and Chair Cohen and to the panel.

25  Commissioner Bishop, it's great to see you and thank

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
       INTERNATIONAL INTERGROUP RELATIONS          95

1
2   you for your support and concern you know, for our

3   small businesses especially the small business in my

4   district in Chinatown, lower east side.  It was

5   impacted so early as you mentioned.

6       So, first I wanted to see if you had some

7   statistic in terms of how many of the small

8   businesses in Chinatown were able to access the

9   city's loan program and then also the grant program,

10  because it took a while for the application to get

11  off and running.  So, if you can provide some of that

12  statistic and also, how many were like street vendors

13  who you know, they work or they have another employee

14  working with them.  Were they able to get some of the

15  grants and program under the city?  If you can answer

16  those two questions.

17      GREG BISHOP:  Yeah, so we can breakdown and we

18  are happy to follow up specific on the zip code for

19  Chinatown because I just have like a global in terms

20  of the boroughwide breakdown.

21      So, we'll follow up with you specifically for

22  Chinatown.  I think for street vendors, you know we

23  did open up the grant program because it's only for

24  companies that have one to four employees.  And I you

25  know, spoke to some of the advocates in the street

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          96

1

2  vending community.  That is one of the areas that we

3  are going to meet folks on in terms of private

4  philanthropy to figure out how we can help those

5  businesses that may not have the traditional

6  documentation that's necessary for these programs.

7  Because you know, there's some vendors, they may not

8  even have like a payroll system.  They may not have

9  even maybe a back account.  And so, we are definitely

10  aware that there are some gaps in both the city's

11  program and the federal program and we would be happy

12  to work with you to continue to figure out how we can

13  solve that particular problem in terms of helping our

14  street vendors and our undocumented immigrants.

15       COUNCIL MEMBER CHIN:  So, you're saying that none

16  of the street vendors got a grant?

17       GREG BISHOP:  So, I don't have the breakdown in

18  terms, I only have sectors, so I can't tell you if

19  like what we categorize as a restaurant was like a

20  food cart.  We would have to look at like who the

21  business was and I don't have that level of details

22  for this hearing but we can go back and give you like

23  just overall businesses in your district.  How many

24  were awarded a grant.

25

1

2    COUNCIL MEMBER CHIN:  I think it's also helpful

3    to see if like the food carts and you know, the

4    street vendors were able to access that.  I think

5    that would really help the community that there is a

6    fighting chance that don't just assume you wont have

7    an opportunity.

8        The other thing is that my question is on the

9    loan, now you had a third-party vendor organization

10   that was helped processing the loan.  How come you

11   were not able to reach out to CDFI's and credit

12   unions to help with the city and you had to do the

13   third-party?

14       GREG BISHOP:  The third-party is a CDFI.  So, the

15   way it works is that we use tax dollars to do a loan

16   loss reserve.  We got capital from the private sector

17   and that capital was then deployed to the CDFI and

18   that CDFI —

19       COUNCIL MEMBER CHIN:  Which one was that?

20       GREG BISHOP:  Pursuit.

21       COUNCIL MEMBER CHIN:  Okay.

22       GREG BISHOP:  Yeah, so, but I know we also, I

23   know Renaissance, there's a couple of CDFI's we work

24   closely with.  You know, Pursuit, renaissance, BCNA,

25   we also work closely with True Fund.  There's a

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
               INTERNATIONAL INTERGROUP RELATIONS        98

1
2  number of them that we work with that have specific,
3  Axion[SP?] for example.  We have a network of a lot
4  of CDFI's but for this particular program, we worked
5  with them in the past during Hurricane Sandy.  They
6  had the technology to be able to stand up this
7  program as quickly as we did it.
8      So, you know, we are of course working with other
9  CDFI's because they are the one's that will provide
10 the technical assistance to help —
11 COUNCIL MEMBER CHIN:  In this 3.5 stimulus, sorry
12 to interrupt.  In the 3.5 stimulus, there's $60
13 billion set aside for women and minority owned
14 business but it also did mention from the
15 congressional rep that CDFI, credit union will also
16 be able to help small businesses, is that correct?
17     GREG BISHOP:  That's correct but it's CDFI's and
18 community banks.  So, not to get into the weeds, but
19 community banks have access to the capital markets,
20 so they can borrow, they can money from the feds as
21 quickly as possible, CDFI's don't.  So, there's sort
22 of like a structural disadvantage for CDFI's in terms
23 of liquidity for them to be able to lend as quickly
24 as possible as community banks.  So, what we're
25 seeing in the next stimulus package —

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        99

1

2    MODERATOR:  Time.

3    GREG BISHOP:  We would like CDFI's to have their

4  own pool, so their competing against other CDFI'S

5  nationwide and not necessarily community banks.  It's

6  a minor clarification but I've been contacting our

7  New York Delegation and they understand sort of like

8  the challenges there as well.

9    COUNCIL MEMBER CHIN:  Thank you.  Thank you.

10    STEPHANIE JONES:  Thank you Council Member.

11  Next, we'll hear from Council Member Brannan followed

12  by Council Member Koo.  Council Member Brannan?

13    COUNCIL MEMBER BRANNAN:  Thank you.  Thank you,

14  Commissioner.  Certainly, you know, echoing what my

15  colleagues are saying today and certainly

16  acknowledging the fact that what we're dealing with

17  right now is larger than what the city can handle on

18  its own.  But I wanted to ask, as far as the SBS

19  Grant and Loan programs, how does SBS decide how much

20  money to put into that pot in relation to the amount

21  of taxes that our small businesses pay?  There seems

22  to be a substantial discrepancy in the money that our

23  small business are funding, putting into the city to

24  keep the lights on versus the money that is now being

25  extended or offered to them or was being extended and

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS          100

1

2    offered to them in the grant loan programs.  How is

3    that decision made and is there any talk about

4    putting more money into those funds?

5        GREG BISHOP:  So, just to make sure we you know

6    understand your landscape, when we designed this

7    program, the world that we're in right now was

8    totally different.  So, we looked at what was

9    happening as the Council Member Chin talked about

10   with businesses that were impacted in January and in

11   February.  We looked at the landscape of our small

12   businesses in terms of our microbusinesses and we

13   focus on the largest amount of help that we can

14   assist.

15       So, businesses with one to four employees, make

16   up about 60 percent of our small businesses in New

17   York City, so we figured that was going to be the

18   maximum reach to help those businesses that were

19   trying to hold on to their employees but still had

20   services for businesses.  They were still operating.

21       Five days later, we got to this point where the

22   entire city needed assistance.  Now, we were able to

23   quickly adapt a program because we heard a lot of

24   businesses saying you're only looking at lost

25   reserves in January and February, so we were able to

```
1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
             INTERNATIONAL INTERGROUP RELATIONS       101
2    add March but we publicly said that this is not going
3    to be enough for everyone, we need federal help and
4    as soon as we got federal help, we started
5    transitioning our resources and all our efforts to
6    make sure our small businesses connect to the federal
7    programs.
8        COUNCIL MEMBER BRANNAN:  Okay, so is there any
9    discussion around now that we're in this new reality,
10   a discussion around putting more money into those
11   programs?
12       GREG BISHOP:  I think you know; it's going to be
13   depending on our resources.  As you know, we have our
14   budget constraints.  We have been advocating on the
15   federal level for more resources and I think I've
16   publicly said, the Mayor has publicly said, we need
17   the federal government to help us here.  And we've
18   been advocating for changes in those federal programs
19   to make sure they are aligned with all the things
20   we're talking about today to New York City businesses
21   and the needs of New York City businesses, to make
22   sure that not only our smaller businesses can get
23   access through CDFI's to these funding.  But then
24   also, our businesses in general if they access the
25   PPP, they have enough time to make a decision on
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
             INTERNATIONAL INTERGROUP RELATIONS        102

1

2  hiring.  They have enough time to figure out in terms

3  of how to repay their employees in terms of the

4  percentage.

5      So, there's a number of things that we've been

6  advocating for, in addition to you know, asking the

7  banks to do more.  They could create, they don't have

8  to wait for the federal government to back the loans.

9  They could create their own loan programs.  So, we're

10  doing a number of things to help our small businesses

11  get the capital that they need.

12      COUNCIL MEMBER BRANNAN:  Okay, I'll finish up but

13  I guess my concern is you know, we're hearing a lot

14  of talk now about donor states right and states that

15  send back more money to DC then we get.  But a lot of

16  small business owners are starting to feel the same

17  way, that they send more money to the city to keep

18  the lights on then they're being offered access to

19  now when they need it most.  And there seems to be a

20  pretty bid discrepancy there with how much money is

21  being taken from the businesses to keep the lights on

22  in the city versus how much of that money is being

23  you know, put aside to be extended to the businesses

24  now when they need it most.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1        INTERNATIONAL INTERGROUP RELATIONS          103

2        So, that's going to be a big concern for the

3    Council as we go forward certainly into the budget

4    hearing.

5        Thank you for your time.

6        STEPHANIE JONES:  Thank you Council Member.

7    Next, we have Council Member Koo.  Council Member

8    Koo?

9        MODERATOR:  Time.

10        COUNCIL MEMBER KOO:  Thank you.  Thank you

11    Commissioner Bishop and Chair Gjonaj and Chair Cohen

12    and all our members and also our Administration

13    spending time on this very important meeting.

14        My question is to the Commissioner, the city is

15    only spending $39 million to help small business

16    owners.  It's not enough.  We spend more money on

17    renting hotels for homeless people then $39 million.

18    We spend more money on mental health programs,

19    there's almost a $1 billion there and so, the city

20    has thousands and thousands of small business owners

21    and many or better as you said, they only have four

22    or five employees.  And many owners told me first of

23    all, they don't know how to apply because they have a

24    language problem.  By the time they find somebody who

25    will help them to apply, it's over already.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERNATIONAL INTERGROUP RELATIONS         104

1

2      So, I think we should do more.  I mean, we have

3  to find some money to help small business owners

4  because they are the backbone of this economy.  They

5  pay taxes, they hire people and it's how a small

6  business should work.

7      This is your agency; your priority should be

8  helping small business owners.  But that's more

9  business owners, they close the door, they don't have

10 money to pay the rent and their landlords are calling

11 them and they have bills to pay.  The electricity

12 bill, the insurance bills.  Even though they haven't

13 opened the business for three months, those bills are

14 still coming.

15     So, I'm hoping as Commissioner you will portray

16 the Mayor to spend more money to help small business

17 owners.  Because even if you give them like $5,000

18 each, you will help them a lot because this will help

19 them pay past rent or something you know.  Right now,

20 it's tough and if you don't do anything, I will

21 foresee maybe one-third and half of the businesses

22 will file bankruptcy.

23     So, it will be bad for the city if you don't want

24 to spend money to feed these golden goose.  We used

25 to feed the city of tax revenues and we are the

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERGROUP INTERGROUP RELATIONS          105

1

2    golden goose right, the golden geese.  Now, the geese

3    have nothing to eat, they cannot lay any eggs

4    anymore.  So, the city has to feed the geese, the

5    business owners with some money to help them over

6    this difficult period.

7         That's all I want to say, thank you.

8         STEPHANIE JONES:  Thank you Council Member.

9    Chair Gjonaj, did you have any further questions for

10   our panel?

11        Thank you.  Chair Cohen did you have any further

12   questions?

13        CHAIRPERSON GJONAJ:  I do.  I'll come on.  Thank

14   you, Stephanie.  I think the Commissioner has an

15   update for us on the number of loans that were issued

16   by borough grants or loans.  I'm not sure if you have

17   that now available.

18        GREG BISHOP:  Yeah, so, in terms of the loans by

19   borough and we have talked about the percentage.  So,

20   we can, I can go through the actual.  So, this is as

21   of April 26th.  So, 5 percent of the loans went to

22   Staten Island, 9 percent went to Queens, 66 percent

23   went to Manhattan, 18 percent went to Brooklyn and 1

24   percent went to the Bronx.

25        CHAIRPERSON GJONAJ:  What went to Manhattan?

```
        COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1            INTERNATIONAL INTERGROUP RELATIONS       106

2       GREG BISHOP:  66 percent.

3       CHAIRPERSON GJONAJ:  And how much went to the

4   Bronx?

5       GREG BISHOP:  1 percent as of 4/26 and we're

6   still processing applications.

7       CHAIRPERSON GJONAJ:  You know what I'm going to

8   say to you.  1 percent of the loan went to the

9   Borough of the Bronx and 66 percent went to

10  Manhattan.  And we know that most of these small

11  businesses exist in the outer boroughs.  So, already

12  we see a huge disparity on how these loans, I mean,

13  does any one even know how many went to minority and

14  women owned businesses, the very group that we're

15  supposed to be fighting for?

16      GREG BISHOP:  Yeah, so we have that and just so

17  you know the Bronx also has, we also have for the

18  loans.

19      CHAIRPERSON GJONAJ:  It's obvious, yeah but I

20  know what we have.

21      GREG BISHOP:  For the loans we have 30 percent of

22  the approvals went to MWBE's and for the grants, when

23  you look at the borough breakdown, we have 3 percent

24  to Staten Island, 60 percent to Queens, 25 percent to

25
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERGROUP RELATIONS         107

2  Brooklyn and 53 Percent to Manhattan and 3 percent to

3  the Bronx.

4      I will just let you know that in terms of when

5  you look at the number of firms that have one to four

6  employees, the breakdown citywide, 8 percent of those

7  businesses are in the Bronx, 26 percent are in

8  Brooklyn, 40 percent are in Manhattan, 23 percent are

9  in Queens and 4 percent are in Staten Island.  So,

10  there are very small businesses in Manhattan, 40

11  percent of those, so what you're seeing is a ratio

12  that matches just the general landscape of small

13  businesses across the city.

14      CHAIRPERSON GJONAJ:  Commissioner, how many small

15  businesses from the borough of the Bronx applied for

16  those loans and grants?

17      GREG BISHOP:  We can get that number to you.

18      CHAIRPERSON GJONAJ:  That will be very telling of

19  the real story.

20      GREG BISHOP:  Yeah.

21      CHAIRPERSON GJONAJ:  One percent of $39 million

22  which really amounts to —

23      GREG BISHOP:  No, that is not accurate.  That one

24  percent is so far of the $8 million that we have

25

```
     COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1
           INTERGROUP INTERNATIONAL RELATIONS      108
```

 1              COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                    INTERNATIONAL INTERGROUP RELATIONS        108

 2   awarded, not the $39 million, and we're still

 3   awarding businesses on the loan side.

 4       CHAIRPERSON GJONAJ:  So, in essence of the $8

 5   million, $80,000 has gone to the Borough of the

 6   Bronx?

 7       GREG BISHOP:  And we can give you a breakdown in

 8   terms of the number of businesses.  As you may

 9   recall, the loan which was a standard loan is not an

10   emergency loan, required businesses to be in business

11   for two years, there was addition requirements.  For

12   those that did not get the loan through the city's

13   program, we pivoted them over to the Paycheck

14   Protection Program, which had a lot more flexibility.

15       CHAIRPERSON GJONAJ:  Commissioner, I don't want

16   to deflect to the federal government.  This is New

17   York City taking care of its own and if you're

18   telling me that New York City couldn't do more than

19   $39 million, and I'm using your numbers, provide

20   $80,000 to the entire Borough of the Bronx, we have

21   real problems here.

22       We're not going to figure them out today but we

23   need this message to go back to this Administration.

24   Start pumping more mon— give the money back to those

25   small businesses.  You know, we often talk about New

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERGROUP INTERGROUP RELATIONS          109

1

2  York City sending more money out than actually

3  getting back.  Give that and I'm going to echo, I

4  think it was Council Member Brannan who said it, give

5  their money back.  This is the time that they need

6  it.

7      $80,000 to the entire borough of the Bronx thus

8  far is not —

9      GREG BISHOP:  So, $80,000 for the loan but when

10 you look at the grant program as well, in terms of

11 the dollars to businesses in the Bronx, we have

12 awarded, let me just pull this up.  But it's more

13 than $80,000 Council Member.

14     CHAIRPERSON GJONAJ:  Well, when you get that

15 number, you can get back to us.  I think Chair Cohen

16 may have a question in the meantime, but that would

17 be relevant to today's hearing.  That's a true

18 telling of how this money, this very limited money

19 which doesn't meet the needs of the city and how it's

20 being broken down by borough including the actual

21 dollar amount would be a true telling of what is

22 happening in New York City.  And this Administration,

23 I hope is hearing this loud and clear, this Council

24 is not going to except that.  This Committee is not

25 going to except that.  Council Chair Cohen?

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1                      INTERNATIONAL INTERGROUP RELATIONS       110
2          CO-CHAIR COHEN:  Thank you Mark.  I just want to
3     circle back.  I know that there's been a tremendous
4     focus on SBS but Commissioner Salas, could you just
5     expand a little bit about the price gouging
6     activities that your agency has been up to.  I know
7     there has been a lot of good work done and I think
8     it's important that we try to get the word out on
9     some of those activities.
10         LORELEI SALAS:  Sure, thank you Chair Cohen and I
11    wanted to get back to you.  My staff is telling me
12    that it was 47 businesses that had paid consent fees
13    by March 1st, totaling $325,000 and that's the money
14    that we're seeking to refund in the next couple of
15    weeks.
16         CO-CHAIR COHEN:  That's great.
17         LORELEI SALAS:  And so, with the price gouging,
18    just briefly, I would say that yes, we've been
19    overwhelmed with complaints from our neighbors in New
20    York City, over 8,000 complaints.  More than 4,000
21    violations issued and for the most part I would say a
22    lot of the businesses get the message and they stop
23    these practices and that's great.  That's what we
24    want and in cases in which we are seeing repeated
25    price gouging, we have filed lawsuits at the Office
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS        111

1

2  of Administrative Trials and Hearings.  I did mention

3  that businesses do have an opportunity to justify an

4  increase in cost that is higher than 10 percent and

5  we'll take that into account when they had to incur

6  additional costs for labor or just to pay their

7  suppliers to bring those items into their stores,

8  right.

9     We do not want to discourage the retail stores

10  from trying to get those items into our communities.

11  The other thing that I would say is that we're very

12  encouraged by our conversations with manufacturers of

13  these products, who are very much interested in

14  making sure that their products are available to our

15  most, of consumers that most need them without having

16  to pay extra money for that.  And so, they are

17  collaborating with us.  We have served a couple of

18  subpoena's on certain wholesalers to identify whether

19  they are the ones who are overcharging for these

20  items and so, we are keeping a close eye on that

21  situation and obviously encourage you and anyone else

22  in the Council to let us know if they are seeing this

23  activity occurring in their neighborhoods.  We're

24  hoping that it stops and that our New Yorkers are

25

1

2    able to access the items they need to take care of

3    themselves.

4        CO-CHAIR COHEN:  Do you know in the 4,000

5    instances of violations, is that 4,000 individual

6    businesses or some businesses have multiple

7    violations?  How many businesses have been caught up

8    in the practice?

9        LORELEI SALAS:  Yeah, I don't have the number of

10   businesses that were inspected and assessed fines for

11   but I can tell you that those —

12       MIKE TIGER:  I have those.

13       LORELEI SALAS:  You have them, okay.  So, Mike

14   Tiger can —

15       MIKE TIGER:  Yeah, I believe this is as of

16   yesterday that there have been over 1,200 inspections

17   with 289 summonses issued by our enforcement division

18   that will be heard at OATH, the Office of

19   Administrative Trials and Hearings.  Of those 289

20   summonses, they made up over 4,500 violations.

21       CO-CHAIR COHEN:  Oh, so, when you find somebody

22   who is doing it, they are doing it through a number

23   of different products in their business.

24       MIKE TIGER:  Exactly or a lot of one product.

25

```
        COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1
             INTERNATIONAL INTERGROUP RELATIONS        113
2        CO-CHAIR COHEN:  Or a lot of one.  Thank you,
3    Commissioner, I really appreciate your time here this
4    afternoon.  Thank you.
5        LORELEI SALAS:  Thank you Chair Cohen.
6        CO-CHAIR COHEN:  Thank you Stephanie.
7        STEPHANIE JONES:  Thank you Chairs.  Alright, so
8    we will now turn to public testimony.  I'd like to
9    remind and thank you to the panelists.  If you'd like
10   to leave, you're welcome to do so.
11       I'd like to remind everyone that unlike our
12   typical Council hearings we will be calling
13   individuals one by one to testify.  Each panelist
14   will be given three minutes to speak.  Council
15   Members who have questions for a particular panelist
16   should use the raise hand function in Zoom and I will
17   call on you after the panelist has completed their
18   testimony.
19       For panelists, once your name is called, a member
20   of staff will unmute you.  I would like to now
21   welcome Evan Franca to testify.  After Evan Franca I
22   will be calling on Jessica Lappin and then Andrew
23   Riggie.  Evan?
24       MODERATOR:  Time.
25
```

```
1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERGROUP INTERGROUP RELATIONS         114
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS         114

2    EVAN FRANCA:  Thank you.  First of all, I'd like

3    to thank the Chair Gjonaj and the City Council for

4    allowing me to speak today.

5        My name is Evan Franca and I am the Merchant

6    Member of the North Flatbush Business Improvement

7    District and also the owner of Brooklyn Crepe for the

8    past 12 years in Councilman Lander's district.

9        Right now, many of you noted that New York City

10   hospitality is on life support and with everyday that

11   passes, we're losing the café's, the restaurants and

12   the bars.  They make our neighborhoods so special.

13   I'm actually one of the lucky businesses, we've

14   actually been able to stay open throughout the

15   pandemic for take away and delivery and we've

16   retained seven of our nine staff members.  And we've

17   even provided over 300 meals to four local hospitals.

18       Now, since Governor Cuomo issued a stay at home

19   order, we've seen a big change in our business.  So,

20   pre-COVID, we were receiving about 20 percent of our

21   overall business from these third party delivery

22   services but now that's jumped to almost 80 percent.

23   So, what does that mean?  So, the six main services,

24   Grubhub, Seamless, Uber Eats, Post Mates, Door dash

25   and Caviar all operate slightly differently but

1

2   generally, they take a 25 to 30 percent fee from us

3   for each order that we receive and they deliver for

4   us.

5       So, if we did $1,000 in business before the

6   pandemic and 20 percent of our orders were through

7   these apps, we'd be looking at about $60 in fees and

8   I'd still be left with $940.  I can make a living.

9       Now, today, if I do that same $1,000 in sales, 80

10  percent of that is going to be subject to a 30

11  percent fee and now, $240 go to these companies, I'm

12  only left with $760 which just aren't covering my

13  expenses.  That difference over the course of the

14  year would be over $65,000.

15      This is simply an unsustainable model and it's

16  been an issue for years but this crisis has exposed

17  this broken model and we need immediate government

18  intervention.  Now, the digital economy and third-

19  party delivery is going to continue to grow and there

20  needs to be regulation.

21      I understand that these companies, they have

22  employees and expenses but they also charge our

23  customers fees and shouldn't be allowed to profit off

24  of both side while were drowning in this crisis.  So,

25  what we need to do, is we need an immediate cap on

1

2  the total fees, restaurants, including the delivery

3  fees, marketing fees and the credit card processing

4  fees to no more than 10 percent during this crisis

5  and that would give us a fighting chance.

6      In addition, on fees where the customers pick up

7  orders, we need a smaller fee of maybe just three to

8  five percent you know, so that we can focus on

9  surviving these next couple of months.  We also need

10  to have the freedom to charge higher prices with

11  these platforms than our diamond customers.  So, if

12  it cost us 30 more plus packaging cost, we should be

13  able to factor that in and charge more and currently

14  many of these platforms don't allow that.

15      These companies also need to be licensed and be

16  able to lose that license if they engage in poor

17  business practices.  Just like how we can fined and

18  closed down for not running our operation properly,

19  they should have that same oversight.  For example,

20  just by having signed contracts with one of these

21  companies, they increased my fees overnight from 21.5

22  percent to 29 percent, a 7.5 percent jump without my

23  approval, that's not right.

24      And finally, I support more transparency so that

25  the customers know what percentage of their money is

1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS          117

2   going to these third party companies and where their

3   tips are going, not to take anything away from these

4   hard working delivery drivers that we partner with

5   but they also need protections and that's a whole

6   separate issue.  But I think there should be a

7   mandatory tip line for the restaurant staff that are

8   preparing the meals as well as the delivery drivers.

9       Not all the third-party apps are created equal.

10  Caviar and Door Dash have reduced delivery fees and

11  have through the end of May and they've eliminated

12  fees on pickup orders during that time and I will

13  applaud them on that but things are not going to go

14  back to normal in a month and we need more

15  protections.

16      These steps I outlined will give us desperately

17  needed lifeline in this uncertain time and help us

18  feel more confident to hire back staff and reopen our

19  doors but time is running out and if further inaction

20  continues we're going to lose a majority of our

21  independent restaurants that make up the fabric and

22  sole of our city.

23      Thank you again for the opportunity to speak

24  today.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
       INTERNATIONAL INTERGROUP RELATIONS        118

1

2      STEPHANIE JONES:  Thank you.  Chair Gjonaj, you

3   had a question for our panelist?

4      CHAIRPERSON GJONAJ:  Yeah, thank you Stephanie.

5   Evan, thank you so much first of all for joining us

6   today and testifying.  What you're saying hits home

7   with so many businesses out there that couldn't

8   participate but can you explain a little bit more

9   about the B-structure?  You said, 25 to 30 percent,

10  can you give me the extreme breakdown of the charges

11  that you are seeing?

12     EVAN FRANCA:  Well, there is six different

13  companies that we deal with and each one has a

14  slightly different fee structure.  Some charge a just

15  flat fee of 30 percent, others charge a marketing

16  portion of the fee and a delivery portion of the fee

17  but in general, most of the companies range in fees

18  from about 25 to 30 percent and then some of those

19  also add on a credit card processing fee, some of

20  them don't.  So, it's kind of, you'd have to talk to

21  each company individually but generally it breaks

22  down to about 25 to 30 percent.

23     CHAIRPERSON GJONAJ:  So, can I ask you to be

24  transparent, I'll use Grubhub?

25     EVAN FRANCA:  Sure.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERNATIONAL INTERGROUP RELATIONS          119

2     CHAIRPERSON GJONAJ:  What is the fee structure

3   that they are charging you for delivery, marketing

4   and credit card?

5     EVAN FRANCA:  We are charged it's 25 percent for

6   the delivery and marketing fees and then it's around

7   a 4 percent processing fee.  So, we pay about 29

8   percent for delivery orders.  Now, if a customer

9   comes and picks up the order, we're still charged 15

10  percent, even though they did nothing except for

11  aggregate that order for us.  So, they didn't deliver

12  it.  That's a customer just going on Grubhub saying

13  hey, I want to pick up an order.  We're still being

14  charged 15 percent just for a customer to place the

15  order through there platform.

16    CHAIRPERSON GJONAJ:  Evan, what is your profit

17  margin on your typical sale?

18    EVAN FRANCA:  Typically, you know, in our

19  industry we see around a 10 percent margin on our

20  sales.  Now, when our restaurant is full of people,

21  it's nice to have these extra sales that come in but

22  now that we're not allowed to fill our restaurants in

23  this emergency, we're relying on only these orders

24  and we just simply can't survive on these margins if

25  we're not allowed to have our regular dine in

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        120

1

2    customers.  I mean, even the CEO, Matt Maloney of

3    Grubhub said that this not sustainable.

4        CHAIRPERSON GJONAJ:  So, Evan, you're telling me

5    your profit margins are around 10 percent but yet

6    you're paying up to 30 percent plus the credit card

7    fee to these food party online apps.  That would mean

8    on each sale, you have a net loss.

9        EVAN FRANCA:  Yeah, we are losing money on a lot

10   of these orders now.

11       CHAIRPERSON GJONAJ:  Well, it would be on every

12   order.

13       EVAN FRANCA:  Yeah, yeah.

14       CHAIRPERSON GJONAJ:  Your profit margin is at 10

15   percent but yet you're paying out 30 percent plus

16   credit card fees.  That means each delivery and each

17   order is a net loss, is that accurate?  I don't want

18   to put words in your mouth.

19       EVAN FRANCA:  Yeah, I mean I've been working 12

20   hours a day just to pretty much to get us to break

21   even and I'm not taking any salary or any pay.  So,

22   yeah, basically we are pretty much losing money right

23   now.

24       CHAIRPERSON GJONAJ:  Thank you Evan.  We're going

25   to fight this fight for you and all of our other

```
              COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
   1                   INTERNATIONAL INTERGROUP RELATIONS        121
   2   small businesses, in particular the restaurant
   3   industry that is being impacted by this crisis and
   4   where they are shut down or if they are open, it's
   5   only delivery and third-party food order apps is the
   6   only way that they are able to stay in business.  But
   7   when your netting a net loss, I don't know what's
   8   better, just shutting the doors or continuing the
   9   slow bleed.
  10       EVAN FRANCA:  Yeah, right now I'm just trying to
  11   keep my staff employed and keep the lights on until
  12   this situation improves.
  13       CHAIRPERSON GJONAJ:  Thank you Evan.
  14       EVAN FRANCA:  Thank you.
  15       STEPHANIE JONES:  I just want to remind public
  16   panelists that you do not need to use the Zoom raise
  17   hand function.  We have seen you and we will call on
  18   you in order.
  19       Chair Cohen, did you have any questions for our
  20   panelist?
  21       CO-CHAIR COHEN:  Sure, I just, have you thought
  22   about not using these platforms?  I mean, you know,
  23   if Chair Gjonaj's math is correct, you know, you
  24   could lose money without giving it to Grubhub.  You
  25   don't need their help to lose money.
```

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERGROUP RELATIONS        122

2    EVAN FRANCA:  Yeah, that's a great question and

3    one that we get a lot.  You know, right now, we just

4    need every bit of revenue that we can get and

5    unfortunately that's just not an option as so many

6    customers use these platforms and are used to using

7    these platforms, we simply just don't have the time

8    to create our own systems and many entrepreneurs have

9    tried to do that.  You know, we're going into these

10   companies that have you know, millions and millions

11   of dollars of resource of marketing of advertising

12   all over the trains and they are being used.  It's

13   like Uber and it's like telling tab companies to oh,

14   just start your own app and just compete with Uber.

15        You know, we would tens of millions in start up

16   capital to be able to build out the technology and

17   compete with these guys realistically.

18        CO-CHAIR COHEN:  Thank you Chair.

19        STEPHANIE JONES:  Thank you.  We'll now turn to

20   questions from other Council Members, I see Council

21   Member Powers has a question for our panelist.

22   Council Member Powers?

23        COUNCIL MEMBER POWERS:  Yeah, thank you.  Thanks

24   to both of the Chairs.  I just want to go at that, am

25   I right saying that according to what the answer was

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERGROUP INTERNATIONAL RELATIONS          123

2    that you are losing money on every single, it's kind

3    of a follow to Council Member Cohen and Council

4    Member Gjonaj's question but you are losing, is that

5    possibly true, you're losing revenue on each delivery

6    that goes through these platform?  Is that how I

7    heard that?

8        EVAN FRANCA:  That's correct.

9        COUNCIL MEMBER POWERS:  But I mean, I guess, my

10   question is kind of with Council Member Cohen's, in

11   what world would a restaurant stay on a platform if

12   they were losing money on every transaction was being

13   done by it?

14       EVAN FRANCA:  Well, for one, it's keeping my

15   staff employed and again, during good times, when our

16   dining rooms are full of people, this is extra

17   income.  Let's say this is our, you know, we can't

18   fit, let's see we only have ten seats, we can only

19   fill those ten seats.  So, if we're able to get some

20   of these orders, then we're not losing money because

21   it's helping us cover those costs.  But now that

22   we're not allowed to have any diners dine in and

23   we're only subject to using these apps, again, it's

24   about 80 percent of our business now and only about

25   20 percent of customers actually coming and ordering

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS          124

1

2    at our window, we can't survive on that math and

3    those numbers right now.

4        The numbers need to be you know, we need to have

5    that discussion in the long term to be capped, but

6    right now, we just really need immediate assistance

7    during this crisis when we're not allowed to have

8    diners.

9        COUNCIL MEMBER POWERS:  No, and I understand

10   that, I guess I'm just torn here in terms of,

11   certainly during this period of time, I think all the

12   platforms, I see many of them on here should be doing

13   as much.  I know some of done stuff but to limit,

14   this is just about take out right now and delivery.

15       EVAN FRANCA:  And we're not losing money on the

16   Caviar and Door Dash orders, because those orders are

17   only in the ten to twelve percent range right now,

18   since they've reduced those fees.

19       COUNCIL MEMBER POWERS:  That's where you're

20   making profit is on Door Dash?

21       EVAN FRANCA:  Yeah, we are making money on our

22   Door Dash and Caviar orders.

23       COUNCIL MEMBER POWERS:  Yeah, but I guess my

24   point is, is it is hard to hear or believe that on

25   every single delivery order, one is losing 30

2   percent.  I'm not accusing you of anything, it's just

3   the reality of that seems hard to put together how

4   you could be losing 30 percent.  If a restaurant

5   would be losing 30 percent on a transaction or losing

6   money I should say on a transaction and continue to

7   do it, the math of that is difficult for me to

8   understand.

9       EVAN FRANCA:  Right, we need a certain amount of

10  revenue just to cover our rent, our expenses, our

11  employees and our staff.  So, right now, you know,

12  I'd rather lose a little bit of money and keep my

13  staff that I've had for so many years and you know,

14  keep paying rent and keep the lights on and keep the

15  insurance paid and all those bills paid, then just

16  close down the business completely and you know, lose

17  the 12 years that I've spent building it up in the

18  community.

19      COUNCIL MEMBER POWERS:  Okay, and I appreciate

20  it.  Just two more questions that are related, how

21  much of this is negotiable?  I know some platforms

22  allow you to come in and negotiate.  I don't know, I

23  really honestly don't know how every platform works

24  with the business but how much of this is negotiable,

25  meaning you could sit down and negotiate with the

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERGROUP RELATIONS        126

2    platform about what the revenue sharing or what the

3    arrangement is and how many platforms allow you to

4    negotiate?  How much of it is negotiable and

5    renegotiable?  And then lastly, how much of those

6    fees are mandatory versus things that you can opt

7    into.  I know on certain platforms you can elevate

8    yourself because you may want to be seen by more

9    folks, but can you explain to me just in terms of how

10   much of that is negotiable and how much of that is

11   option null in terms of how you pay to seeing things

12   like that?

13       EVAN FRANCA:  Sure, so as an independent

14   restaurant, we don't have a lot of negotiability.  I

15   know you know, if you're a McDonalds or you're a big

16   chain and you have a lot of locations, you are going

17   to have some power there in the negotiability of your

18   contracts.  Like I said, we were at a certain rate

19   and you know, Grubhub and Seamless said hey, this is

20   going to be your new rate starting next week and like

21   it or not.  You know you can drop us if you want.

22       I've called other companies to speak about this

23   and they've said, nope, we're not going to move the

24   rates.  The rates are what they are, take it or leave

25   it.  So, I've seen a lot of resistance to negotiating

1
2  these rates.   Again, besides Door Dash and Caviar who

3  have voluntarily reduced the rates for all of the

4  restaurants on their platform.   And can you repeat

5  the second questions again?

6      COUNCIL MEMBER POWERS:   The second question was,

7  fees that are optional, meaning you might pay or one

8  restaurant might decide to pay more than another

9  restaurant on their platforms to get themselves

10 priority status.

11     EVAN FRANCA:   They do try to pit restaurants

12 against each other to compete in this marketplace to

13 get better visibility on the website.   And there are

14 also options, if you do deliver the food on your own

15 and have your own delivery staff, the fees are less.

16 But it's not easy for us to hire a brand new you

17 know, staff of and it's also very costly as well to

18 hire more employees and staff to deliver that food.

19 So, these percentages are if they are delivering the

20 food for you, they are a little bit lower.   If you're

21 doing the deliveries yourself but a lot of can't

22 afford to hire those delivery driver's right now, pay

23 the additional insurance and just you know.

24     COUNCIL MEMBER POWERS:   And how many of the

25 platforms of the six that I think you said you were

1

2  on six platforms.  How many of those do you negotiate

3  a fee with the platform versus those where it's a

4  take it or leave it.  Figuratively meaning, this is

5  the fee we charge for the restaurant versus having to

6  individually negotiate with them.

7      Like, if I open up a restaurant today, how many

8  can I go to and I pay the same rate as you by default

9  versus having individually negotiations?

10     EVAN FRANCA:  Most new restaurants now it's

11  pretty nonnegotiable.  In the beginning when they

12  were first piloting these programs, they were

13  offering better rates to get restaurants to sign up

14  but I've found a lot of residence now in negotiating,

15  at least on my own.  Maybe if we had a large

16  collection of restaurants that were negotiating but

17  then again, we'd have to you know, we'd have to pull

18  out if they didn't and a lot of restaurants rely on

19  this income and every order right now really counts.

20  So, you know, I hope they don't take me off their

21  platforms for saying anything negative about them.

22     COUNCIL MEMBER POWERS:  Alright, I'll leave it

23  right there.  Thank you for taking some time to

24  answer the questions.

25     EVAN FRANCA:  Sure.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS         129

1

2      STEPHANIE JONES:  Thank you.  I understand Chair

3  Gjonaj has a follow up question.

4      CHAIRPERSON GJONAJ:  Thank you Stephanie.  Evan,

5  just to piggyback on some of the questions and your

6  responses to Council Member Powers.  Is this the most

7  you can get from the platform?  Is there any other

8  bells and whistles, so the 29 percent is that the

9  maximum that you can be charged by Grubhub or is

10 there other programs that you can participate in

11 marketing that would increase the fee?  Is this the

12 Rolls Royce that you're enrolled in?

13     EVAN FRANCA:  So, there is another program and

14 it's, I think you've touched on it before in your

15 previous hearings.  It's called virtual restaurants

16 or ghost kitchens.  For those concepts, I've seen

17 rates of up to 34 percent.

18     If you're trying to introduce a secondary concept

19 within your concept, they'll charge up to 34 percent

20 fees on those orders.

21     CHAIRPERSON GJONAJ:  And Evan, the last thing

22 that you brought out that's a little sensitive for me

23 and I want to make sure that everyone hears this.

24 There will be no repercussions for you.  You spoke up

25 and your testimony is important and you've been only

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1              INTERNATIONAL INTERGROUP RELATIONS          130

2   honest and frank with us.  I assure you that if there

3   is any unattended consequences that you get

4   retaliated against, I want you to reach out to me and

5   the Council and I promise you that we will be there

6   for you to support you.  But I don't expect any type

7   of retaliation Evan.

8       EVAN FRANCA:  I appreciate that, thank you.

9       CHAIRPERSON GJONAJ:  Just to put your mind at

10  ease.  Thank you.

11      EVAN FRANCA:  Thank you.

12      STEPHANIE JONES:  Thank you.  Chair Cohen, did

13  you have any follow up questions for our panelist?

14      CO-CHAIR COHEN:  No, I'm good, thank you.

15      STEPHANIE JONES:  Thank you.  I would like to now

16  welcome Jessica Lappin[SP?] to testify.  After

17  Jessica, I will be calling on Andrew Riggie and

18  Robert Bookman.  Jessica?

19      MODERATOR:  Time.

20      JESSICA LAPPIN:  Well, hello, thank you for

21  allowing me to testify and for having this hearing.

22  I thank, like the rest of the city, the coronavirus

23  has really had a devasting impact on lower Manhattan

24  in particular.  You are not down at City Hall or at

25  250 Broadway, so you probably aren't seeing for

```
 1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
               INTERNATIONAL INTERGROUP RELATIONS          131
 2    yourself but I can promise you that only a very small
 3    number of our essential businesses are open, have
 4    managed to stay open and provide services for the
 5    hospital workers downtown and others.
 6        And so, well, I'll talk about a couple of the
 7    bills, the one I really wanted to focus on was Intro.
 8    1908.  Our restaurants also operate on razor thin
 9    margins and they are facing this crisis which is
10    really a once in a generation crisis and what they
11    keep saying to us is that even if they are serving
12    take out and delivery, they are likely doing it at a
13    loss.  And I hear that in my own neighborhood as well
14    where I live.  They are just doing it to keep the
15    doors open and they are trying to keep staff on
16    payroll.  And yet, they are being charged these
17    really exorbitant fees by apps like Seamless and
18    Grubhub.
19        And so, I think you know, to your questions, they
20    have become such an integral part of the food scape
21    in New York, that's it's hard to avoid them and yet
22    they are charging these really outsize fees and I
23    think in a crisis like this, they should share in
24    some of the pain and to charge 30 percent is really
25    unconscionable.
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS          132

1

2      And so again, while there are other things, I

3  know you are discussing, like prohibiting the apps

4  from charging for telephone orders that didn't occur

5  or requiring the disclosure of commissions to

6  customers or creating a new licensing and regulatory

7  system.  Those would all be really helpful but what

8  we've been hearing again and again the last few

9  weeks, is that by far and away the single most

10  impactful thing you could do is to limit the amount

11  that these third-party delivery apps can charge.  And

12  so, I'm urging your very swift passage of this.  I

13  can try to answer questions and I would just say

14  proactively you know, again, to sort of follow up on

15  the thread that was just happening.

16      There are restaurants that didn't used to do take

17  out or delivery who are doing that now to survive.

18  So, they can't hire their own delivery staff right

19  now.  So, they're dependent upon this temporary

20  service, so they are kind of screwed that way.  And

21  also, in terms of marketing and communications, if

22  you don't show up on those apps as being open in that

23  neighborhood, then people don't know you exist and I

24  think people feel very beholden for that reason as

25  well.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
         INTERNATIONAL INTERGROUP RELATIONS        133

1

2    So, thank you.

3    STEPHANIE JONES:  Thank you.  Chair Gjonaj, do

4    you have any questions for our panelist?

5    CHAIRPERSON GJONAJ:  None.

6    STEPHANIE JONES:  Chair Cohen?

7    CO-CHAIR COHEN:  No, I appreciate it, thank you.

8    STEPHANIE JONES:  Thank you.  I see Council

9    Member Powers has a follow up question.  Council

10   Member Powers?

11   COUNCIL MEMBER POWERS:  Thank you.  Nice to see

12   you Council Member Lappin, former Council Member

13   Lappin I guess but still a friend, nice to see you.

14   I want to just reiterate, I do think that we during

15   this crisis for sure be asking those in many of the

16   platforms who are here today to be taking steps to

17   reduce the fees as much as possible, because we are

18   in an emergency crisis and we have to tangle with

19   some of the larger questions as we move forward here.

20   To your point, you mentioned that you, I was

21   asking questions related to you know loss of revenue

22   and things like that.  For folks who are in downtown

23   Manhattan where you represent who have their doors

24   closed, do you know how many restaurants right now,

25   do you have any sort of sense of how many restaurants

1

2   have completely closed their doors versus those who

3   are moving to take out and delivery as the option to

4   stay afloat?

5       JESSICA LAPPIN:  Well, I would say have roughly

6   1,200 retailers all in and we're at about 25 percent

7   that are open.  So, 200 and some odd and you know

8   again, of the ones that are open, I had a call with

9   30 of them last week and I mean, they had many things

10  that could be helpful from the state, federal and

11  city level but you know this just seemed to them, you

12  know, it's sort of like insult to injury and they are

13  all trying to adapt as much as they can and like Evan

14  said, you know the principals or the owners are not

15  taken a salary at all.  They are really just trying

16  to kind of keep their people and maintain some

17  presence and I think also we're mindful that it will

18  cost more to start up again and they don't want to

19  have to incur those start up costs.

20      So, if they can kind of eek it out; today we

21  announced a grant program actually at the Alliance,

22  $800,000 for small independently owned businesses to

23  help them pay April or May rent, just for that

24  reason.  Like, let's just, we got to keep the doors

25  open, we got to keep the lights on.  We got to help

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS          135

1

2  those who can survive and I think this is such a

3  common sense easy way to help them and you know,

4  longer term, we can figure it all out, as Evan said.

5  But you know, it's nice to see like Caviar and Door

6  Dash being proactive.  It's not in their best

7  interest for these restaurants to close, long term.

8  It's like sort of stupid for their own business

9  model, quite frankly.

10  COUNCIL MEMBER POWERS:  Thanks.  I hope all your

11  businesses are hanging in there.  Thank you for that

12  announcement today and we are looking I think for

13  ways to continue to help businesses, so any guidance

14  you have in that with the folks you are working with

15  is much appreciated.

16  JESSICA LAPPIN:  Thank you.

17  STEPHANIE JONES:  Thank you Council Member, I see

18  Chair Cohen has a follow up question.

19  CO-CHAIR COHEN:  Stephanie, could you recognize

20  Council Member Koslowitz, she wanted to clarify

21  something she said.

22  STEPHANIE JONES:  Yes, Council Member Koslowitz.

23  COUNCIL MEMBER KOSLOWITZ:  Thank you.  I just

24  want to make a correction.  I said there were 6,000

25  business, no, 6,000 restaurants and an estimated

1

2    3,000 would close.  Not businesses, we have a lot

3    more businesses, thousands more businesses in Queens.

4    Thank you.

5        STEPHANIE JONES:  Hi Karen.  Thank you so much

6    for your testimony Jessica.

7        JESSICA LAPPIN:  Thank you.

8        STEPHANIE JONES:  I would like to now welcome

9    Andrew Riggie[SP?] to testify.  After Andrew, I will

10   be calling on Robert Bookman and then Amy Healy.

11       MODERATOR:  Time.

12       ANDREW RIGGIE:  Thank you.  Good afternoon.

13   First, I'd like to thank the Speaker, Chair Gjonaj

14   and Cohen, all the members and staff for putting

15   today's hearing together.  Listen, the restaurant

16   industry and nightlife industry is vital to the

17   economic footprint and social fabric of New York City

18   and our city will not recover unless this industry is

19   at the forefront and the core of this recovery.

20       And that's why we are very thankful for many of

21   the bills being introduced today and I have submitted

22   written comments for the record, but I do want to

23   touch on three bills in particular and then I'm happy

24   to answer any questions.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERGROUP INTERGROUP RELATIONS          137

1

2      These three bills we support: 1908-A, 1914 and

3    1932.  Per-1908-A, I want to make it very clear that

4    the third-party delivery platform situation was a

5    crisis before we were in this crisis.  Restaurants

6    cannot afford to pay 15 to 30 percent per order to

7    these delivery companies.  And what companies like

8    Grubhub and Seamless are doing is using sophisticated

9    techniques to basically extract as much money as

10   possible out of businesses pre and during this

11   pandemic.  We need to cap delivery fees at no more

12   than 10 percent.  I can answer some of the members

13   questions earlier but there is sophisticated works at

14   here at play.  Restaurants cannot afford to not be on

15   applications like Grubhub and Seamless when some

16   reports say they own between 60 to 70 percent of the

17   marketplace.  They also own ownership of the customer

18   data.  So, a restaurant can say, I'm not paying these

19   fees and I'm going to leave because then they're

20   going to lose all of their customers.  And there's a

21   lot more at play but when government has used their

22   authority to shut down restaurants, they must use

23   that same authority to cap the fees both during the

24   crisis for the long term recovery and in the future.

25

1

2      On 1916, sidewalk cafés are going to be

3   extraordinarily important for the survival of our

4   local restaurants.  Frankly, we are going to have to

5   re-envision how we use public safe streets and public

6   areas to support our local businesses and one thing

7   we can do is waive these fees throughout the

8   remainder of the year.  It will bring much needed

9   support.  It will also help generate sales for these

10  businesses which will then generate sales tax and

11  create activity on our streets which we desperately

12  will need to get back to a sense of whatever the new

13  normal will be.

14      Finally, 1932, businesses are in crisis and they

15  are going to lose their livelihood.  They are also

16  laying off all of their employees.  It would be, it

17  would just be absolutely tragic if now people are not

18  only losing their businesses but then they are losing

19  their own personal assets.  We're not failing because

20  we're not running our business properly, government

21  has required us to shut down.  We never anticipated

22  this when we entered into these lease agreements.  We

23  cannot now take away people's personal livelihoods

24  and their assets because they are unable to pay their

25  rent because of the pandemic, because government is

1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
         INTERGROUP RELATIONS       139

2   shutting us down.  So, I know I'm at time and I'll

3   leave it there.  As I mentioned, I did submit

4   comments but we truly, truly appreciate the Council's

5   support of our small businesses.  Our restaurants are

6   bars and nightclubs.  These are our small businesses,

7   the backbone of our community and we need it, not

8   only for our economy but for New Yorkers and our

9   visitors to get back to some sense of normalcy and we

10  will not do that if we are not at the core of the

11  recovery.

12      So, I want to thank you all again for your

13  leadership here and I'm happy to answer any

14  questions.

15      STEPHANIE JONES:  Thank you Andrew.  I see

16  Council Member Rivera had a question.  Council Member

17  Rivera?

18      COUNCIL MEMBER RIVERA:  Hi, thank you so much for

19  being here and congrats on your appointment to the

20  Governor's Board.

21      ANDREW RIGGIE:  Thank you.

22      COUNCIL MEMBER RIVERA:  So, thank you for what

23  you said about the bill.  You know, this is not an

24  amendment to a contract, it's a temporary suspension

25  and contract law does allow for broad changes based

1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS         140
2   on emergency situations and I think this is certainly

3   an emergency.  We are in crisis.

4       So, Andrew, I wanted to ask you and thank you for

5   your testimony.  How many of your members have been

6   impacted by personal liability clauses during COVID-

7   19, more or less?  And how many do you expect to face

8   this?

9       ANDREW RIGGIE:  You know, that's a good question.

10  I don't have the data.  I can tell you thousands of

11  restaurant, bars and clubs throughout the city are

12  being impacted.  The challenge is, we don't know when

13  we're going to be able to reopen lawfully.  But then

14  once we can start reopening, if there will be a

15  reduced occupancy and then what consumer purchasing

16  behavior is going to be.  Will we have enough sales

17  to sustain those businesses.  So, immediately, we've

18  heard some stories where there's been great

19  relationships between the small businesses and the

20  landlords.  But we've heard some as I think you

21  mentioned earlier, where there is you know, been some

22  threats or there hasn't been as good of

23  communication.

24      So, the longer that these closures go on and the

25  uncertainty of what the business environment will be

1

2   moving forward, leads me to believe that there will

3   be more and more businesses or businesspeople whose

4   personal livelihood and assets are at risk.

5        So, I don't have an exact number but I have to

6   imagine with 25,000 eating and drinking

7   establishments in the five boroughs, we're talking

8   about numbers in the thousands since the vast

9   majority of them are not generating any revenue and

10  their unable to pay the rent.

11       COUNCIL MEMBER RIVERA:  So, and just my second

12  question is, do you have any recommendations for what

13  owners should do now to make sure they are ready and

14  prepared in case a landlord attempts to follow

15  through on a personal liability cause?  And then,

16  what else should the city and state be doing to

17  support your members?

18       ANDREW RIGGIE:  Sure, thank you.  So, you know,

19  one, and it's tough to say go hire a lawyer because

20  people don't have money.  So, I know that the

21  Department of Small Business Services and the

22  Commissioner had mentioned some of the resources that

23  they are offering.  I'd highly suggest businesses do

24  reach out to them.  If they can speak with a lawyer,

25  or they can reach out to groups like the New York

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
         INTERNATIONAL INTERGROUP RELATIONS          142

1

2  City Hospitality Alliance and we could try to provide

3  some general guidance, but you need to have dialogues

4  with your landlords.  And like I said, there are some

5  good landlords that understand because we, as New

6  Yorkers are all in this together and there's not

7  going to be another restaurant ready to reopen if a

8  business you know, just shuts down and that's going

9  to have great consequences for the City of New York.

10     So, I think one is dialogue, but also make sure

11  to the best of your ability, you have legal counsel

12  guiding you through all of this and again, I

13  understand it's not easy but that's one of the

14  challenges that we're facing here.

15     As far as what can the city and state do, it is

16  going to have to be a comprehensive save restaurant

17  and save nightlife plan.  We are going to have to

18  look at everything from issues like capping fees and

19  waiving sidewalk café or waiving cap and delivery

20  fees and waiving sidewalk café fees.

21     We're going to have to look at utilizing public

22  space like I said to you.  We're also going to have

23  to look at a lot of other policies.  Throughout time,

24  I think there's going to be some immediate needs that

25  may have to come from the federal government,

1  COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        143

2  amending the paycheck protection program which was

3  mentioned earlier.  How do we get business

4  interruption insurance claims paid out to businesses

5  right away.  We've heard from restaurants that want

6  to be able to add a clearly disclosed charge to menu

7  prices in a way to help generate additional revenue

8  to keep their doors open and to keep people employed.

9      So, I think again, we are going to need to look

10  at every single angle possible and work together to

11  get it done because there's not going to be one

12  policy that's happening, that's going to be a you

13  know, a save all.  But certainly, many of the bills

14  today including yours, the package of many of the

15  delivery related bills, those would take a great step

16  and they'd also be symbolic in showing the local

17  business community that our elected leaders are not

18  just saying we need to support you, but they are

19  taking bold action to do so and doing it quickly.

20  Because every minute we waste, we're losing more

21  businesses and more jobs.

22      COUNCIL MEMBER RIVERA:  Thank you and I did write

23  a letter to the Governor specifically trying to

24  include what I think the language should be for the

25  business interruption clarification, which so many of

1

2   you will not qualify for based on what stands right

3   now.  So, thank you so much for your time and thank

4   you to the Chair's for the ability to ask questions.

5       ANDREW RIGGIE:  Thank you Council Member.

6       STEPHANIE JONES:  Thank you.  I see Chair Cohen

7   had a follow up question.

8       CO-CHAIR COHEN:  Thank you Stephanie.  Andrew,

9   it's good to see you.

10      ANDREW RIGGIE:  You too.

11      CO-CHAIR COHEN:  I had two questions I wanted to

12  ask.  Are you concerned at all about the impact of

13  the availability of credit if the Council you know,

14  I'm referring specifically to the Public Advocates

15  Resolution or Councilman Rivera's legislation.  I'm

16  concerned that I don't want to freeze credit to these

17  businesses and you know if lenders can't use the

18  normal contracting procedure loan agreements.  Are

19  you concerned about that at all?

20      ANDREW RIGGIE:  You know, I think you know, there

21  are complexities in all of this.  I do believe many

22  of these types of loans, not the ones that are just

23  being offered today but the ones that are going to be

24  needed for opening capital for businesses to open,

25  are going to have to be back from the government.

1

2    These are going to be difficult choices to make but

3    if we are serious about getting businesses you know,

4    reopened, we are going to have to pass multiple

5    bills.

6         So, if for some reason one bill that is passed is

7    going to then prevent a business from getting a loan,

8    we need to understand why that's going to happen and

9    frankly the government may need to step in and

10   provide some sort of back stop.  You know, again, I

11   think everything we do there is going to be

12   additional questions that need to be addressed but

13   these bills are critical for people again.  Not to

14   lose their personal livelihood, not just their

15   professional and if the government is going to have

16   to step up in some ways to support or back these

17   other entities, then that's what needs to be done.

18   You know the situation demands it.

19        CO-CHAIR COHEN:  Well, do you think it might be a

20   better approach to be offering guarantees rather than

21   sort of changing the nature of the agreements?

22        ANDREW RIGGIE:  Well, I think you could suspend

23   it immediately past this legislation and then quickly

24   move to figure out how you can provide those funds or

25   that type of support.  I'd imagine and that's I guess

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
         INTERNATIONAL INTERGROUP RELATIONS        146

1

2 more of your work than mine that that may be a little

3 bit more complicated, longer term discussion then

4 immediately prohibiting you know, the enforcement of

5 the personal liability provisions.

6    CO-CHAIR COHEN:  And related to the apps, I

7 again, I'm cautious only about changing the nature of

8 contractual relationships.  And I guess, I don't know

9 if it was your testimony or someone else's that there

10 were problems sort of structurally with these apps in

11 the restaurant industry before the COVID crisis.  I'm

12 not sure you know, it's a different constituency.

13 When I have a you know, an individual tenant who

14 comes to me and says that you know, that they are

15 having problems with their landlord, you see the real

16 strong, differential and bargaining power but you

17 know, you have business owners who are you know, I

18 think you know, not the least sophisticated members

19 of our society that you know, it takes a lot to open

20 a business in New York.  How do you think we got here

21 in terms of how these apps got, this situation got so

22 destructive?

23    ANDREW RIGGIE:  Yeah, well, good question.  I'll

24 try to answer as quickly as possible but listen, the

25 world is changing and it's changing fast.  Technology

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          147

1

2  has changed the way that we interact and we make

3  purchases.  Grubhub, Seamless in particular, well

4  Seamless was the original New York City business.

5  Was able to capture a lot of the market share early

6  on.  They were also able to capture a lot of the

7  corporate business where in the past, you know, an

8  accounting firm had a house account of 12 different

9  neighborhood restaurants where their employees could

10 order lunch from or dinner from if they were working

11 late and they'd have to tally them up at the end of

12 the month.

13     You know, Seamless and Grubhub kind of came in

14 and said well, we'll handle all of that and they

15 basically lock in that business.  Consumers are so

16 used to the convenience and paying on their phone

17 that they don't realize when they order through some

18 of these apps, not all of them, I want to be very

19 clear.  Some of them are very good and have done the

20 right thing.  How they are harming the businesses.

21     So, I think part of it was certain companies were

22 able to get in early and capture enormous amount of

23 the market share and then use sophisticated

24 techniques to keep diners on their apps and keep

25 businesses on their apps by controlling the catering

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          148

1

2   business.  By purchasing add words and other

3   sophisticated SEO techniques to ensure that any time

4   anyone you know, visits, you know, wants to order

5   from and is you know, bar and grill and they google

6   it, that somehow their third-party platform is going

7   to come up before and Andy's Bar and Grill's actual

8   website.  They have also created phone numbers for

9   the restaurants, so when a customer thinks that hey,

10  I'm ordering directly from my restaurant.  Guess

11  what, your not.  You are ordering through the Grubhub

12  Seamless one that's been levying bogus fees for years

13  now and has still not appropriately dealt with it.

14      So, much so that we need legislation in the City

15  Council to say, you're prohibited from charging fees

16  for services you did not render.  I mean, this is

17  kind of crazy talk.  You would never think we were

18  having this conversation but we are.

19      So, you know, there's that.  There is also the

20  spending of millions of dollars on TV ads on the

21  subways they take out ads.  So, they are doing

22  everything in their power to redirect consumer

23  purchasing behavior so they can get a fee any way

24  they can.  And even the larger more sophisticated

25  restaurant groups, do not have the resources or the

1

2 bandwidth to be able to compete, especially when all

3 of their competitors are also listed on those

4 websites and all of a sudden, you're going to come up

5 lower in the search results or maybe you'll just

6 disappear.

7    I will tell you one last thing on that is, I've

8 been doing this work for a long time over some really

9 challenging issues.  Everything from minimum wage to

10 paid sick leave and all these issues where small

11 business owners that are consumer facing would come

12 to public hearings and speak out.  And it's not

13 always a great look but when it comes to this issue

14 with third-party delivery platforms like Grubhub and

15 Seamless, they are scared.  They almost are being

16 silenced as you saw earlier.  The person who just

17 spoke prior to me is concerned about retribution.  I

18 want to thank Council Member Gjonaj for recognizing

19 and for having their back.  This is a real

20 significant issue.  It's very sophisticated and

21 again, when required to close, we need support and

22 when we open back up, we need support.  This is not

23 only about small businesses and jobs, we're also

24 vital to the food supply system of the City of New

25 York and if restaurants close because they can't

```
              COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
   1                INTERNATIONAL INTERGROUP RELATIONS        150

   2   afford doing third-party delivery, then New Yorkers

   3   aren't going to be able to get their food and I think

   4   we've seen the display of philanthropy and support

   5   our local restaurants [INAUDIBLE 2:49:57-2:50:04] to

   6   providing our [INAUDIBLE 2:50:05].  So, what we are

   7   testing is these were important bills before the

   8   crisis, they are vitally important during and they

   9   will be just as much [INAUDIBLE 2:50:12].

  10        MODERATOR:  He's losing his —

  11        ANDREW RIGGIE:  Op, I'm sorry, am I here?

  12        CO-CHAIR COHEN:  Yeah, you cut out a little bit.

  13   We got the just of it.  Thank you very much Andrew,

  14   thank you.

  15        ANDREW RIGGIE:  Thank you.

  16        STEPHANIE JONES:  Thank you.  Chair Gjonaj had a

  17   question or some remarks to make.

  18        CHAIRPERSON GJONAJ:  Thank you Stephanie and

  19   thank you Chair Cohen.  I'm getting messages that we

  20   have so many people lined up to ask questions both

  21   from the Council Members and so many that have

  22   testified that we're going to try to limit now the

  23   questions and answer portions to three minutes for

  24   members please.

  25        Thank you.
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERNATIONAL INTERGROUP RELATIONS        151

1

2      STEPHANIE JONES:  Thank you Chair.  I'd like to

3   invite Robert Bookman to testify next.  After Robert,

4   I will be calling Amy Healy[SP?] and then Josh Gold.

5   Robert?

6      ROBERT BOOKMAN:  Thank you.

7      MODERATOR:  Time.

8      ROBERT BOOKMAN:  Thank you for the opportunity to

9   testify today in this historic Council hearing.  I

10  want to thank Council staff as well for putting this

11  together so seamlessly.  I'm sure that was not an

12  easy job.

13      It's historic because this is not only the first

14  virtual hearing but because the small business

15  community, especially the Hospitality industry is in

16  historic trouble.  I've been involved as an attorney

17  with small business and testifying before this

18  Council going back 30 plus years since my time in

19  City Government at the Department of Consumer

20  Affairs.

21      Never before have I seen anything like what we

22  are experiencing now.  Not 911, not the recession in

23  the late 1980's, not the great recession.  This is

24  different, this has the real makeup of an

25  unprecedented closing of thousands of neighborhood

1  COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
               INTERNATIONAL INTERGROUP RELATIONS        152

2  businesses forever.  If we do not act at every level

3  of government and we can see our commercial strips in

4  every neighborhood turn into ghost towns.

5      That is why these bills are so important.  Not

6  just for the message that the send that this body is

7  listening and hearing small businesses but that it is

8  acting, and quick action is desperately needed.

9  Restaurants were the first to be closed and they will

10 likely be the last to be reopened, even then we do

11 not know what reopening will mean or look like for a

12 long time to come.  50 percent capacity is not

13 providable but for now, we must keep the food

14 flowing, especially for the tens of thousands of New

15 Yorkers that rely on delivery to eat.  To do that, we

16 must immediately rain in the monopolistic big

17 businesses that dominate the food delivery ordering

18 industry.

19     Let's be clear, all they do in New York City is

20 transmit an order.  They do not cook the food and

21 with minor exceptions they do not deliver the food

22 and for this they grab over 20 percent of every

23 order.  While these fees were not sustainable when

24 the restaurant was filled with diners, it is simply

25 an outrage now that we are empty.  This is why other

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS          153

1

2    city's like San Francisco, Seattle, Chicago and LA

3    have either already instituted fee caps on these

4    companies, some as low as five percent or actively

5    pursuing it like you are.

6        Restaurants will not and cannot with this vital

7    public service if these fees remain in effect.  Food

8    delivery will simply dry up, forcing elderly and sick

9    New Yorkers to wait in long lines to get food.  And

10   New Yorkers have the right to know if these charges,

11   which the platform contract are forced to be hidden

12   from them.  Pass these package of bills immediately.

13       Then there are the personal guarantees on

14   commercial leases.  Nothing is keeping small business

15   owners awake at night more than this, what we are

16   calling the industry good guy guarantees.  Typically,

17   leases require that the business owner personally

18   guaranteed the rent as long as the business is in

19   possession of the premises.

20       It is designed properly to prevent someone from

21   operating while not paying the rent.  But no one ever

22   contemplated this situation where we are technically

23   in possession but the government says we cannot

24   operate or only minimally operate.  For a landlord

25   under these circumstances to file civil action

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1                     INTERNATIONAL INTERGROUP RELATIONS        154
2   against the small business owners personal assets,
3   their life savings, their house is simply
4   unconscionable and cannot be allowed to happen.
5        MODERATOR:  Time.
6        ROBERT BOOKMAN:  May rent is coming due and
7   business owners are deciding, should they give the
8   keys back and permanently go out of business or risk
9   another month of personal liability.  You must act
10  now.
11       In wrapping up, finally, a simple bill in
12  relation to sidewalk café fees.  Thousands of
13  restaurants owe the city rental fees for sidewalk
14  café space that they cannot legally use.  It is only
15  fair that these fees, some of which were paid already
16  be waived for 2020.  Unlike what the Commissioner
17  said, where there is 70 categories, this is
18  different.  In this category, it's not just a license
19  fee, the city is the landlord.  And if we're asking
20  private landlords to step up, the city needs to step
21  up as the landlord of this commercial space and say,
22  we are forgiving rent on our commercial space for
23  2020.
24       As Andrew said, small businesses are not just the
25  live blood of our neighborhoods, they are not just
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        155

1

2    employers, their not just the reason why companies

3    come to New York to do business, they are also why

4    artists of all types can make a living here while

5    pursuing their art, their music, their acting and

6    their writing.  There is no recovery for New York

7    City without our restaurants and our small

8    businesses.

9        Thank you.  I'm happy to answer any questions.

10       STEPHANIE JONES:  Thank you for your testimony

11   Robert.  Next up, we will be calling Amy Healy, then

12   Josh Golds and then Max Rettig.  Amy?  Thank you,

13   Robert.

14       AMY HEALY:  Thank you.  Dear Chairman Gjonaj,

15   Chairman Cohen and members of the Committee's.  I'm

16   here today to express Grubhub's strong opposition to

17   the proposed caps on fees paid by restaurants for

18   marketing and delivery services.

19       Any cap on fees, regardless of the duration will

20   result in damaging unintended consequences as we are

21   already seeing for locally owned businesses, delivery

22   workers, diners and the local economy.  In fact, it

23   will result in the exact opposite of what the

24   legislation is designed to accomplish.  And we

25   believe that any cap on fees, nullifying contracts

1

2  between two businesses represents an overstep by

3  local officials and will not withstand a legal

4  challenge.

5       On the face of it, a cap on fees seems to be an

6  easy solution to help restaurants that are struggling

7  due to the coronavirus and there is nothing we want

8  more then to assure the health of independent

9  restaurants.  As many have said, we don't have a

10  business without them, but this solution is exactly

11  the wrong thing to do.  In reality, this proposed cap

12  will lower order volume to locally owned restaurants,

13  increase costs and headaches for small business

14  owners and raise costs to consumers.

15       Delivery workers who are currently relying on

16  Grubhub to earn an income including 100 percent of

17  tips from diners would have fewer work opportunities

18  and lower earnings.  In the middle of what is quickly

19  becoming one of the worst economic downturns in a

20  century, Grubhub is ensuring that workers in New York

21  City can continue to provide for themselves and their

22  families.  Grubhub is neither a public utility or nor

23  simply a delivery service.  In the simplest of terms,

24  Grubhub is a marketing engine and an order generation

25

1

2 business connecting diners to great local

3 restaurants.

4    The platform is free for any restaurant owner who

5 choses to join and Grubhub offers a fee for service

6 model meaning that restaurant owners select the

7 services they want and only pay Grubhub when we

8 generate a sale.  Restaurants have many options to

9 dry businesses other than third-party marketplaces,

10 none of which are seeing their fees regulated.  The

11 arbitrary cap would limit how restaurants and

12 especially small ones can market themselves and

13 therefore limit how many customers and orders we can

14 bring to these restaurants.  Why not cap how much

15 other marketing platforms can charge these

16 restaurants?  Why not cap Google or Facebook ads,

17 Yellow Pages, newspaper, radio, billboards?  These

18 are all marketing options that restaurants have.

19 Restaurants should make their own decisions for where

20 they want to market and how much they want to spend

21 on those channels but they and you cannot expect

22 Grubhub and others to operate at a loss.

23    The cap would raise costs on restaurants by

24 blocking them from taking advantage of Grubhub's

25 economies of scale.  As a restaurant said earlier, a

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1           INTERGROUP RELATIONS          158

2   local restaurant may not have the order volume to

3   hire a full time delivery person.  Grubhub

4   identifies, verifies, conducts background checks,

5   coordinates delivery teams, operates 24/7 customer

6   care on behalf of their restaurant.

7        MODERATOR:  Time expired.

8        AMY HEALY:  I'm happy to take any questions.

9        STEPHANIE JONES:  Thank you Amy.  We have a

10   question from Chair Gjonaj and then we'll be calling

11   on Chair Cohen.  Chair Gjonaj?

12        CHAIRPERSON GJONAJ:  I'm going to ask for Ms.

13   Healy to finish her statement if it's okay, because

14   this is such an important issue.  I don't know how

15   much more she has.  Ms. Healy?

16        AMY HEALY:  Not much.  While the largest of

17   national chains can afford these types of expenses,

18   small and independent restaurants cannot, even in the

19   best of times.  They may shut their doors or shift

20   additional costs onto consumers making them even less

21   competitive against other national chain businesses.

22        There is a popular and completely false believe

23   that third-party marketing services would still make

24   a profit, let alone significant profits with their

25   proposed fee caps.  It is not true and these caps may

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                   INTERNATIONAL INTERGROUP RELATIONS        159
 2   force us to exit certain markets or suffer
 3   substantial losses that threaten the sustainability
 4   of our businesses.
 5       Of course, all this is happening at the worst
 6   possible time for customers across your city
 7   including homebound families and seniors that are
 8   dependent on food delivery and Grubhub has provided
 9   with partners tens of thousands of meals to seniors,
10   to frontline workers and others in New York City.  We
11   are committed to working with you and with policy
12   makers because we do share a common goal, to create
13   and maintain a growing, thriving local restaurant
14   community.  We only do well when they do well.
15       Thank you.
16       CHAIRPERSON GJONAJ:  Thank you Ms. Healy.  I'm
17   going to call on Council Member Moya.
18       STEPHANIE JONES:  I believe Chair that Chair
19   Cohen also had some questions.
20       CO-CHAIR COHEN:  I'm happy to defer to Council
21   Member Moya and go after that, that's fine.
22       STEPHANIE JONES:  Thank you.
23       COUNCIL MEMBER MOYA:  Thank you.
24       MODERATOR:  Clock starting.
25
```

```
              COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                 INTERNATIONAL INTERGROUP RELATIONS        160
 2       COUNCIL MEMBER MOYA:  Yeah, thank you so much.
 3   Thank you Chair.  A quick question.  Just given that
 4   you deferred fee payments for independent
 5   restaurants, what's your plan for collecting these
 6   fees and is there a timeline that they will be due or
 7   will they be due all at once or will these
 8   restaurants be able to pay them off over time or be
 9   able to request forgiveness?
10       AMY HEALY:  Thank you.  We deferred fees, which
11   essentially was an interest free loan right at the
12   beginning of this pandemic and we're still working on
13   payback options.  We don't have hard and fast payment
14   options, we're being flexible.
15       So, I can't tell you that there's a date certain
16   because we haven't established one.
17       COUNCIL MEMBER MOYA:  So, well, what will you do
18   for restaurants unable to pay back their fees after
19   this pandemic is over?
20       AMY HEALY:  Well we knew taking that risk of
21   deferring fees that there would be some restaurants
22   that would not be able to pay them back and we were
23   willing to take that risk on.
24       COUNCIL MEMBER MOYA:  So, really quickly because
25   I know I don't have that much time, what is the
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS          161

1

2    lowest percentage and the highest percentage that

3    you've charged restaurants for listing advertising

4    fees because like, we'd like to have a sense of the

5    full range that you've been able to charge.

6        AMY HEALY:  Sure, and given we have competitors

7    on the line, you know, I'm sensitive to you know

8    putting out our pricing in this form.

9        COUNCIL MEMBER MOYA:  Well, that's my question to

10   all of them, so.

11       AMY HEALY:  Yeah, our average, 10 percent per

12   delivery and we don't charge to be on our platform.

13   There's no annual fee, no sign up fee.  We provide

14   the tablets and all of the onboarding for free and

15   then my understanding is an average commission rate

16   is at 15 percent.

17       COUNCIL MEMBER MOYA:  Okay, thank you very much.

18       STEPHANIE JONES:  Thank you.  Chair Cohen?

19       CO-CHAIR COHEN:  Thank you very much.  Thank you

20   for your testimony.  You know, I guess, I'm just

21   wondering what percentage, do you have any sense of

22   what percentage of the market in New York City

23   Grubhub has penetrated?

24       AMY HEALY:  I should have started my comments

25   that I started Grubhub three months ago, so if I

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          162

1

2  don't have answers to your questions today, I

3  certainly will get them.  I believe we are the

4  largest player in the market in New York, especially

5  with our acquisition of seamless.

6      CO-CHAIR COHEN:  I mean, I think that there's a

7  feeling from restaurants that there's like a monopoly

8  problem; that you have such tremendous unequal

9  bargaining power between the restaurant and you that

10 you, you know you control the customer and the

11 restaurant needs you.  That there's really a you

12 know, a monopoly problem or an antitrust problem

13 here.

14     AMY HEALY:  You know, we believe that consumers

15 love the service that we provide.  You know, we have,

16 the way the consumers want to buy services.  They

17 don't want to read their credit card number into a

18 crowded restaurant lobby.  I had a credit card

19 written on a to go bag the other day with my name,

20 address and credit card number.  That's not a great

21 customer experience and we know that.  People like

22 that their information is secure.  That their

23 favorite restaurants are saved in one place.  It's

24 convenient, anyone in their family can log in.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          163

1

2      So, consumers are demanding this type of

3  experience when they order today and that's a

4  fundamental shift as somebody said in the economy.

5  That's just how people want to order especially New

6  Yorkers.  Young New Yorkers want everything at their

7  fingertips in a secure, easy way.  And so, the diners

8  were demanding services like this and it's a very

9  competitive space.  I've got you know friends of mine

10  that are going to talk after me and we're always you

11  know, competing against each other.

12      CO-CHAIR COHEN:  Well, I guess that's really the

13  issue that I think is most germane here.  Is it

14  really competitive?  Does Grubhub control such a

15  large portion of the app market that it's not as

16  competitive as it needs to be in New York and that

17  would be I think a good justification for City

18  government to step in.  If the market is broken,

19  that's an opportunity for — and I am believe me,

20  cautious and reserved in interfering in marketplace

21  transactions and particularly commercial

22  transactions.  But if this market is broken, that's a

23  deep concern to me.

24      AMY HEALY:  Chairman, I think you'll see media

25  reports that say that other companies have surpassed

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        164

1

2   Grubhub, so you know, I challenge that that you know,

3   Grubhub is a monopoly.

4       CO-CHAIR COHEN:  Thank you Chair.

5       STEPHANIE JONES:  Thank you.  I see Council

6   Member Powers has a question.  Council Member Powers?

7       COUNCIL MEMBER POWERS:  Thank you.  After this,

8   I'm going to stop talking so much.

9       MODERATOR:  Clock starting.

10      COUNCIL MEMBER POWERS:  But thank you for more

11  time.  I just wanted to ask a question.  I think the

12  comment here was that by lowering the fees, it would

13  or capping fees rather, it would lower restaurant

14  orders.  Which seems to be counter to what many of us

15  would think or believe when you talk about lowering

16  prices and increasing the ability for people to

17  afford it and then to order it.  Can you explain that

18  to me?

19      AMY HEALY:  Sure, if you cap our fees, price

20  controls lead to shortages.  So, if our prices are

21  fixed, then other parts of the business are going to

22  be squeezed.  So, there may not be as much marketing

23  available to that restaurant.  We drive orders, you

24  know, somebody said you know we're simply a pass

25  through.  You know, we provide a lot of services to

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS          165

1

2    showcase a restaurant and if our ability to do that

3    is limited then you know, we might have to make

4    business decisions that are going to reduce service.

5        I mean, if you increase prices, somethings got to

6    give.

7        COUNCIL MEMBER POWERS:  Meaning, you're saying

8    like in a sense that you'll have to change your model

9    here as a company to be able to help deliver services

10   to restaurants, is that your point?

11       AMY HEALY:  I'm saying if our costs are

12   increased, we will have to make business decisions

13   about how to be sustainable, yes.

14       COUNCIL MEMBER POWERS:  Okay, I understand that.

15   And then can I just, I asked, I might have missed a

16   piece of your testimony but have you made adjustments

17   during COVID-19 to help the restaurants here in New

18   York City who are obviously closed.  I mean, we had

19   to close them as a public health issue.  What has

20   Seamless and Grubhub done in terms of addressing fees

21   or helping their customers?

22       AMY HEALY:  Right, we're doing a multitude of

23   things.  We've again deferred fees right at the

24   beginning which was again an interest free loan.  We

25   have a separate support, $30 million of cash that

1

2   we're just giving to restaurants that chose to

3   participate in that program.  Our marketing team is

4   constantly working on other promotions to drive

5   orders to small businesses.  And the $30 million is

6   get free $10 on any order over $30, so that drives

7   100 million in sales.  And again, we've got marketing

8   support going out for these restaurants all the time.

9       COUNCIL MEMBER POWERS:  Okay, I just, you know, I

10  think that crisis is called for intervention.  I know

11  that's the part of the intention here from my

12  colleagues here is to intervene at a moment where an

13  industry has been shut down because of public health,

14  not because of bad business decisions or anything

15  like that and I think that's the request here is to

16  ask a major player here.

17      I know you've been here for three months.  I'm

18  not going to ask you to be the spokesperson for the

19  company but certainly to be able to share the burden

20  here and I know that's painful for our company and

21  it's public traded upon company in general but it

22  does, even when you talk to the restaurant owners

23  here in New York City, this is the only way they can

24  make their money right now and it does feel like, it

25  is a moment that calls for an intervention.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERNATIONAL INTERGROUP RELATIONS          167

2       MODERATOR:  Time expired.

3       COUNCIL MEMBER POWERS:  You don't have to respond

4  to that.  I'll leave it at that.

5       Thanks.

6       STEPHANIE JONES:  Thank you Council Member.  I

7  believe we have a follow up question from Chair

8  Gjonaj and then Council Member Brannan.  Chair?

9       CHAIRPERSON GJONAJ:  Thank you Stephanie and Amy,

10  just to answer your question, according to the

11  information I have, you have 62 percent of all third-

12  party food order apps in the entire city of New York,

13  62 percent of the entire market.

14       The other food order apps share in the 38

15  percent.

16       AMY HEALY:  Okay, thank you.

17       CHAIRPERSON GJONAJ:  Your welcome.  In addition,

18  can you tell me about the deferral program, the

19  duration.  I believe it was for only two weeks, am I

20  correct?

21       AMY HEALY:  I believe it was about two weeks,

22  yes.

23       CHAIRPERSON GJONAJ:  So, you sought to help these

24  small businesses, these restaurants deal with this

25  COVID crisis by allowing a two week deferral.

1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERGROUP INTERGROUP RELATIONS        168

2       AMY HEALY:  That was the first step Chairman.  We

3   knew that access to capital in cash was hugely

4   important.  The federal government was coming through

5   with unfortunately you know disappointing response at

6   this level which we have encouraged congressional

7   leaders in the White House to do more and after that,

8   we've shifted to other programs to drive revenue, to

9   drive orders to our restaurants.

10      CHAIRPERSON GJONAJ:  So, I think your two week

11  period is up now?

12      AMY HEALY:  Yes, but I don't believe we've

13  started, again, there's no hard collection date.

14  We're not taking any type of retaliatory measures

15  toward restaurants.

16      CHAIRPERSON GJONAJ:  It's not retaliation, I'm

17  just asking, have they started paying back that

18  deferral?  Have you started collecting on the two

19  week deferral?

20      AMY HEALY:  I just pinned somebody to ask that

21  question, hopefully I can get back to you to

22  understand where we are in the collection.

23      CHAIRPERSON GJONAJ:  And the second thing you

24  mentioned is this $10 off on orders.  Can you

25  elaborate a little bit about that?

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERGROUP RELATIONS          169

1

2     AMY HEALY:  Sure, it's $10 to the restaurant, so

3  that if somebody, to encourage a large order, so if a

4  customer will buy a $30 order, we'll give the

5  restaurant $10 to increase the size of that order

6  because bigger orders is better for the restaurant.

7  So, that's a $30 million cash injection for the

8  restaurants, the $10 drives the $30 order.  So, its

9  called Supper for Support.

10     CHAIRPERSON GJONAJ:  So, the marketing ranges for

11  those that participate in the marketing services part

12  that you offer, they range from what to what on a low

13  level to a high level.

14     AMY HEALY:  I think our average is about 30

15  percent and they range from a low of 15, no fee or

16  cost at all to get onto our platform or to onboard.

17  And then of course restaurants can pay more.

18     CHAIRPERSON GJONAJ:  Right, that's what I'm

19  asking.  The fee structure that you have for

20  marketing, not the delivery, not the 3 percent credit

21  card fee, just the marketing.

22     AMY HEALY:  How high does it go, the range?

23     CHAIRPERSON GJONAJ:  Yeah, from low to high.

24     AMY HEALY:  15, I don't know the highest that a

25  restaurant has chosen to pay but I believe it starts

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERGROUP RELATIONS          170

1

2  around 15 and averages around 30.  Excuse me,

3  averages around 15 and goes up to 30.  I don't know

4  if there's a few restaurants that have maxed out at

5  something higher than that and I did just get a note

6  that we have not started recollection of those

7  deferral payments that we deferred in March.

8      CHAIRPERSON GJONAJ:  So, I'm going to ask another

9  question.  We heard earlier and this is the what I've

10  heard time and time again from all restaurants, that

11  in good times they do not make more on a high level

12  than 12 percent return.  But if they're paying 15,

13  that means to you, for your services, that means each

14  sale is yielding a net loss.  Unless my math is

15  completely off and I did pretty well in math.  I'm

16  not understanding this.

17      AMY HEALY:  I don't understand either because to

18  me profit means after all costs are accounted for.

19  So, if restaurants are saying they have profit of X,

20  why is that then this particular cost is being added

21  on top of that versus rent or another cost?  So, I

22  don't understand either.  Why would a restaurant

23  choose to use our service outside of an emergency

24  situation if it was not helpful to their business?

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        171

1

2      CHAIRPERSON GJONAJ:  I'm glad you said that.

3  Because this is an emergency situation.  There is no

4  way you can get an order today unless you use a

5  third-party food order app.

6      AMY HEALY:  No, you can call a restaurant

7  directly.

8      CHAIRPERSON GJONAJ:  I'm sorry?

9      AMY HEALY:  You can call a restaurant directly.

10 That restaurant can choose to pay for their own

11 deliver service which we heard is expensive or

12 somebody can pick it up.

13     CHAIRPERSON GJONAJ:  That's why I took the

14 delivery portion out of it.  I'm not referring to the

15 delivery portion.  I'm referring to the marketing

16 only.  Your advertising and marketing capabilities

17 and the percentage that you charge.  You are saying

18 an average of 15 percent but it goes much higher.  I

19 still don't know why we don't know that number, where

20 it should be a hard and fast number.  It starts at X

21 and can go as high as Y, but I'll leave it at that.

22     We've heard time and time again; they do not make

23 15 percent.  Before third-party food order apps came

24 into the arena and have become the norm now.

25 Consumer behavior demands it and also, I can show you

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        172

1

2  that if we Google any restaurant, the third-party

3  food order apps come up before the individual

4  restaurants own website.  In essence, you're

5  controlling or directing the market and the

6  availability.

7      I wouldn't know, if I'm looking for pizza,

8  Grubhub and third-party food order apps will come up

9  before the actual restaurants website.  So, when you

10  say, why would they use —

11      AMY HEALY:  I just Googled my favorite pizza

12  place in my town and it came up.  A Google map came

13  up and then the restaurant website came up.  So, I

14  don't think that's the case everywhere.

15      CHAIRPERSON GJONAJ:  Not everywhere but is that

16  person a user of your service?  That pizzeria, are

17  they taking —

18      AMY HEALY:  They are.  It's Fiamma Wood Fire

19  Pizza in Westfield New Jersey, I'll give them a plug,

20  they are fantastic.

21      CHAIRPERSON GJONAJ:  So, we have much more to

22  talk about then, but time and time again, but time

23  and time again, I hear each transaction is a net loss

24  based on these percentages.

25

1      COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERNATIONAL INTERGROUP RELATIONS      173

2      AMY HEALY:  Chairman Gjonaj, I don't know why,

3   when I hear profit and you've said this, you and I

4   have talked about this many times and you say, if the

5   profit is X and we're more than X, then they lose.

6   To me profit is after all costs are incorporated.

7   So, they have a cost, whether its rent, city fees and

8   taxes, you know labor, all of the other fees that

9   they have including advertising and marketing and

10  then they have a profit.  So, I don't know why we're

11  singled out to be layered on top of that, so.

12      CHAIRPERSON GJONAJ:  It's not you, it's the

13  entire industry.

14      AMY HEALY:  No, and that's what I mean.  Like,

15  specifically that part of their marketing fees.  You

16  know maybe it's rent that causes them to lose.  We

17  hear time and time again from our small business

18  restaurants that one of their biggest challenges in

19  operating New York City is New York City.  And there

20  is a lot of issues they have with how they feel that

21  they are being treated and the regulations and the

22  high rents and all of the issues again, that you and

23  I have talked about before.

24      These are smart businesspeople; we design

25  marketing programs with them.  We don't mandate what

1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        174

2   they do.  We have  menu of services and they choose

3   what they believe is good for their business.

4       CHAIRPERSON GJONAJ:  So, earlier we heard a

5   restaurant owner reveal his business model and what

6   this means to him, where prior he was doing 20

7   percent with third-party food order apps.  Now it's

8   80 percent of his business.  80 percent paying the

9   commission rate that he referred to as from 25 to 29

10  percent or 30 percent has yielded a net loss on his

11  transactions.  How do you respond to that restaurant

12  owner?  And by the way, many have shared the same

13  sentiment.

14      So, either I'm getting misinformation or you're

15  not in touch with what the bottom line is for these

16  restaurants.  I have yet to hear from someone to say,

17  third-party food order apps are giving me a greater

18  return, not more business because right now, you

19  can't do without them and it's an instant death if

20  you don't work with third-party food order apps and

21  it's a slow death if you are working with them.  I

22  have yet anyone to show me that their profits have

23  increased.  Not the amount of traffic that yielded in

24  sales, but their profits and right now there is no in

25  house dining.  That is shut down across the board.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
INTERGROUP RELATIONS            175

1

2  So, they could only do pickup or delivery and there

3  is no option.

4      AMY HEALY:  I mean, we have restaurants that you

5  can call and have delivery.  You can call, you don't

6  need to go through a platform for all of these

7  instances.  We know that some restaurants who have

8  never used our platforms before, after COVID are

9  experiencing order volume through us that they didn't

10 have before.  Absolutely, and any restaurant can call

11 their account advisor at any time and renegotiate and

12 pay for a different package of services.

13     CHAIRPERSON GJONAJ:  Thank you.  Stephanie, I

14 think other Council Members have questions.

15     STEPHANIE JONES:  Yes, thank you Chair.  Council

16 Member Brannan.  Thank you.

17     MODERATOR:  Clock starting.

18     COUNCIL MEMBER BRANNAN: Thank you.  Amy, you

19 testified that you feel that this is government

20 overreach and you also testified that you want

21 restaurants to do well.

22     So, why not voluntarily give us this cap so we

23 don't have to overreach?

24

25

1

2     AMY HEALY:  We are considering all kinds of

3     pricing models Council Member.  And can you be more

4     specific, gap at 10 percent voluntarily?

5     COUNCIL MEMBER BRANNAN:  For an emergency for

6     COVID, yeah.

7     AMY HEALY:  Well, I'm happy to go talk to our

8     competitors.  I don't know is this is the right forum

9     to all agree on pricing.

10    COUNCIL MEMBER BRANNAN:  Alright, I mean, because

11    you're saying a lot of this stuff would force you to

12    operate at a loss but you don't seem to care that

13    you're forcing restaurants to operate at a loss.

14    AMY HEALY:  That's not true.  Of course, we care.

15    You know, we are a publicly traded company with

16    shareholders.  We just announced that our earnings

17    for the quarter or for the rest of the year I think,

18    it's a public document, would be managed down, so

19    that we could inject those —

20    COUNCIL MEMBER BRANNAN:  What is managed down?

21    AMY HEALY:  It means we're not going to take —

22    COUNCIL MEMBER BRANNAN:  Is Grubhub right now

23    doing better than ever?  Are profits up?

24    AMY HEALY:  I don't believe so.  Again, I'm not

25    in our finance, I don't want to say.  We're a

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        177

1

2    publicly traded company, I don't want to say

3    something that's not right.

4        COUNCIL MEMBER BRANNAN:  I mean are orders up?  I

5    assume orders are up.

6        AMY HEALY:  It some areas, yes, yes.

7        COUNCIL MEMBER BRANNAN:  Then I assume

8    restaurants aren't making the profit, so you are.

9        AMY HEALY:  So many restaurants, so many people

10   in New York have left.  So, that's had a dramatic —

11       COUNCIL MEMBER BRANNAN:  What do you mean have

12   left?

13       AMY HEALY:  Consumers, a lot of consumers have

14   gone out of New York City to stay with relatives and

15   places outside of the city, so that's had a big

16   impact on the amount of orders in New York City.

17       COUNCIL MEMBER BRANNAN:  So, you can't tell me

18   for sure if sales and orders are up?

19       AMY HEALY:  In some areas, they absolutely are

20   up, yes.  In other areas they are not due to you

21   know, circumstances such as New York City.

22       COUNCIL MEMBER BRANNAN:  You're saying right now

23   in New York City, Grubhub's profits and orders are

24   not up?

25

1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS        178
2   AMY HEALY:  I can't tell you about our profits,
3   specific to New York City, I believe due to the fact
4   that so many customers are down, have left, that
5   we're not doing as well in New York City.
6       COUNCIL MEMBER BRANNAN:  Where are you getting
7   data that people have left?
8       AMY HEALY:  Due to our order volume that we're
9   watching.
10      COUNCIL MEMBER BRANNAN:  So, then you're saying
11  it's down.
12      AMY HEALY:  I believe it's down in New York City,
13  but I'm just being told we're in a quiet period and I
14  should not be talking about our profits right now.
15      COUNCIL MEMBER BRANNAN:  But that's — all I'm
16  hearing, I'm hearing profits and shareholders.  I'm
17  not hearing empathy with restaurants that are
18  struggling.
19      AMY HEALY:  Sorry, you asked me about profits.  I
20  did not bring that up of course.
21      MODERATOR:  Times expired.
22      AMY HEALY:  I didn't bring that up.
23      COUNCIL MEMBER BRANNAN:  I guess, I understand
24  your concern with government overreach and frankly so
25  am I, but if given that restaurants are forced by

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
  1                INTERNATIONAL INTERGROUP RELATIONS        179
```

2  government action to limit operations to delivery and

3  take out only, why should they be forced to operate

4  at a loss just so you don't have to operate at a

5  loss?

6      AMY HEALY:  I'm just, I'm getting information

7  from folks to help out and have guided to no profit

8  for the rest of the year.  So, that's what we're

9  saying and we said that publicly.  So, that anything

10  we make can go back into supporting local

11  restaurants.

12      COUNCIL MEMBER BRANNAN:  So, could that be done

13  then through a cap?

14      AMY HEALY:  We don't believe in price fixing

15  Council Member.  We believe in using those dollars to

16  reinvest in restaurants to provide support in the

17  ways that we think will drive more order volume and

18  help restaurants.  And if prices are fixed, service

19  is going to suffer.  We've seen it in other cities

20  where this has happened.

21      COUNCIL MEMBER BRANNAN:  Okay, thank you.

22      STEPHANIE JONES:  Okay, thank you Amy.  Before we

23  move on, I want to remind everybody that you may

24  submit written testimony as well by emailing

25

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                    INTERNATIONAL INTERGROUP RELATIONS          180
 2    testimony@council.nyc.gov or by visiting the

 3    Council's website.

 4        Next, I'll be calling up Josh Gold followed by

 5    Max Rettig and then Vikrum Dave Aiyer.  Josh Gold?

 6        MODERATOR:  Time starting now.

 7        JOSH GOLD:  Thank you.  Thank you, Council

 8    Members.  Uber appreciates the opportunity to testify

 9    and appreciate the work the staff has done to set up

10    virtual hearings.  We've submitted some written

11    testimony that's more inclusive and I'm going to

12    focus on one particular piece of legislation in my

13    verbal testimony.

14        We are generally supportive of 1846, 95, 98, 1907

15    and 1921.  However, we have substantial concern with

16    1908 and that's where I wanted to focus my testimony

17    today.  Furthermore, I wanted to focus specifically

18    on the permanent portions of the proposal before the

19    Committee.

20        During New York's pause order, it is clear that

21    all of us have to make shared sacrifices to protect

22    our local economies, frontline workers and small

23    business owners.  Uber recently announced that we'll

24    be donating 10 million free meals and rides globally.

25    In New York, that effort has included over 40,000
```

1

2   free meals to first responders and others in need and

3   free deliveries for local food banks.  We've also

4   dropped all fees on pickup orders for restaurants,

5   allow daily cash withdrawals at no charge and have

6   undertaken an extensive marketing push to drive

7   orders to small businesses.

8       Over the last couple of months, much of the

9   growth in orders is coming from the outer boroughs in

10  northern Manhattan.  For example, we've seen a 61

11  percent increase in orders in Southeast Queens and a

12  35 percent increase in the South Bronx.  This is

13  compared to the west village in the upper eastside

14  who kept seeing declines in orders.

15      One of the reasons why we have been able to grow

16  our business successfully in New York is because we

17  value our restaurant owners.  We are committed to

18  having no hidden fees for the restaurants.  We don't

19  charge for credit card processing and we don't charge

20  higher rates for lead generation.  Our model is

21  straight forward and transparent.  Restaurants can

22  chose to pay a 15 percent fee and use their own

23  delivery workers or pay a 31st cent fee to use Uber

24  eats delivery people.

25

1

2      Currently, we charge zero percent per pickup

3  orders.  We do not charge any other fees to

4  restaurants.  Restaurants can also choose to

5  alternate between these options.  For example, if

6  restaurants are using their own delivery staff and

7  then it gets too busy, they can decide to tap into

8  our delivery network at the touch of a button.  Many

9  choose to have Uber Eats facilitate the delivery for

10 them because it means not having to pay upfront for a

11 delivery worker all day to wait for orders to come

12 in.  They can choose to pay a bit more for the

13 individual order to have Uber Eats facilitate the

14 delivery.

15     With Uber Eats, they only have to pay for

16 delivery logistics when an order come in.  As

17 drafted, the permanent provisions of the legislation

18 industry third-party marketplaces that only list

19 menus and process orders the same as those that

20 provide those services but also facilitate delivery.

21 The difference is important because while to

22 consumers, they may all appear to be similar; they

23 offer different services to restaurants.

24     Companies that only provide restaurants with

25 listing and order processing should not be treated

1     COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                 INTERNATIONAL INTERGROUP RELATIONS        183
2    the same as platforms that bundle those services with

3    facilitating delivery.  Delivery platforms provide

4    much more than just access to customers.  They manage

5    the fulfillment of the orders for the restaurants by

6    providing and handling all logistics and payments to

7    the delivery people.

8         Restaurants that choose to use platforms only to

9    list their menus and accept orders through a

10   marketplace, are spending more money to pay their own

11   inhouse delivery people.  Alternatively, they are

12   spending money to list with one platform.

13        MODERATOR:  Time expired.

14        JOSH GOLD:  And deliver with another platform

15   like Relay.  A possible consequence of a permanent 10

16   percent condition cap is bifurcation of these

17   services.  Restaurants will have to contract with one

18   platform for listing services and if they are unable

19   to pay a delivery person or don't want to manage the

20   complex operations and logistics of delivery, they

21   will contract with another entity to facilitate

22   delivery.

23        This isn't a hypothetical, the seamless style

24   listing only model has existed in New York City for

25   decades and companies like Relay currently provide

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS        184

1

2  delivery services to many restaurants in New York

3  City who choose only to list on platforms.

4      Finally, as drafted, the legislation also treats

5  large chains and virtual restaurants that don't have

6  the same overhead as restaurants with a large amount

7  of real estate, the same as small mom and pops and

8  I'd urge the Committee to reconsider that.

9      Thank you for your time and I look forward to

10  answering any questions.

11      STEPHANIE JONES:  Thank you.  I see Council

12  Member Moya has a question.

13      COUNCIL MEMBER MOYA:  Yes, thank you.

14      MODERATOR:  Start time now.

15      COUNCIL MEMBER MOYA:  Thank you Josh.  How many

16  employees, not independent contractors does Uber Eats

17  have in New York City?

18      JOSH GOLD:  I'm not entirely sure how many are

19  Uber Eats but it's a few hundred.  We have 27,000

20  employees nationally or globally.

21      COUNCIL MEMBER MOYA:  Can you get that

22  information?

23      JOSH GOLD:  Yes, it's in the, I think it's in the

24  neighborhood of 200 to 300, but I'll get back to you.

25

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS        185

2    COUNCIL MEMBER MOYA:  Okay, and just can you just

3    breakdown the fee structure that you have?

4    JOSH GOLD:  Yeah, it's zero percent for pickup,

5    it's 15 percent for listing and it's 30 percent for

6    delivery.  There are no hidden charges, there's no

7    processing fees, there's no telephone charges,

8    there's no processing fees, there's no telephone

9    charges, there's website charges that's it.

10   COUNCIL MEMBER MOYA:  And do you charge

11   exclusivity like delivery fees or do you charge

12   commission on the orders as well?

13   JOSH GOLD:  We charge consumers as well, is that

14   what you're saying?

15   COUNCIL MEMBER MOYA:  Do you charge commission on

16   your orders?

17   JOSH GOLD:  Yes, we charge either zero percent

18   for a pickup order, 15 percent at the restaurants

19   doing the delivery or 30 percent of we're doing or

20   for us facilitating the delivery.

21   COUNCIL MEMBER MOYA:  Got it, okay, thank you.

22   STEPHANIE JONES:  Thank you.  Council Member

23   Powers?

24   COUNCIL MEMBER POWERS:  Hi, it's nice to see you.

25   I hope you are doing well.  Just a very quick

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS        186

1

2    question.   You said something at the very end, which

3    was about mom and pops versus virtual restaurants, I

4    think of them being treated differently.   Can you

5    just explain that point to me?

6        JOSH GOLD:   Sure, so, the as drafted, if you're a

7    McDonalds or a Starbucks or if you're the Corner

8    Slice Place, you get the same benefit for the 10

9    percent cap, even though presumably a McDonalds or a

10   larger cooperation, even though they have franchises

11   are striking national deals.

12       And so, you know, New York has singled out small

13   business owners and you know, as I said on the top, I

14   think we need to do a lot to figure out how to

15   protect our small businesses that are the life light

16   of our city during this time.   But I'm not sure

17   larger corporations see that same level of protection

18   from government.

19       And then there are also virtual restaurants that

20   Council Member Chair Gjonaj has talked about in the

21   past that don't necessarily have extensive real

22   estate costs because they are only paying for a

23   kitchen.   And they may not have the same sort of

24   financial issues that a restaurant that relies on

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERNATIONAL INTERGROUP RELATIONS        187

2  dine in during non-COVID times has at this moment and

3  time.

4      COUNCIL MEMBER POWERS:  Okay, thanks.  And, you

5  know, I'll leave it at that because I've talked too

6  much during this hearing.  Thank you.  Thanks Josh,

7  thanks for the time.

8      STEPHANIE JONES:  Thank you Council Member.

9  Chair Cohen?

10     CO-CHAIR COHEN:  Josh, good to see you.  I just

11 want to clarify one point.  If I go onto Uber Eats

12 and I place an order for pickup, you make no money at

13 all?

14     JOSH GOLD:  Yes, that is how it is right now.

15 That is one of the steps we took during the pandemic.

16     CO-CHAIR COHEN:  So, that's not the normal

17 practice?

18     JOSH GOLD:  We pay credit card processing fees

19 but we don't make any money right now.  I don't

20 believe it's been — I'm not sure if it's the normal

21 process or not.  I'll get back to you on that but

22 we're still paying you know, visa or master card for

23 the credit card processing on that order.

24     CO-CHAIR COHEN: And you're not passing that cost

25 through even?

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERNATIONAL INTERGROUP RELATIONS        188

1

2    JOSH GOLD:  No.

3    CO-CHAIR COHEN:  Okay, thank you very much.

4    STEPHANIE JONES:  Thank you Chair.  I see Council

5    Member Chin has a follow up question.

6    MODERATOR:  Time starts now.

7    COUNCIL MEMBER CHIN:  Yes, thank you.  Hi Josh.

8    I wanted to ask you a question about the delivery

9    worker that works for Uber Eats, because you were

10   saying that you employ about 200 to 300.  So, are

11   they salary based and also, do they get 100 percent

12   of the tips they get?  Because right now, during this

13   crisis, customers are being very generous.  So, I

14   wanted to make sure that all the tip money you know,

15   goes to the worker and how much you know, do they get

16   paid per day or per hour?

17   JOSH GOLD:  Certainly.  So, when I was responding

18   to Council Member Moya, I was talking about the

19   salary staff, our Eats engineering team is actually

20   based in New York City.  In term of the independent

21   contractor delivery workers, there are thousands and

22   I can come back to you with the exact number although

23   we have seen since COVID, a massive spike in the

24   amount of people that have signed up to deliver on

25   the platform and, you know, I also said on the top

1

2    very quickly that we support I believe it's 1846

3    which is Council Member Torre's bill.  Which would

4    make it clear what portion of the tip goes to

5    delivery workers.  100 percent of the tip goes to

6    delivery workers, the tip on Uber Eats does not

7    change the base pay.  We aren't subsidizing the base

8    pay with the tip.  The tip goes entirely to the

9    worker and does not impact other pay per service.

10       COUNCIL MEMBER CHIN:  Yeah, so if you could get

11   back to us in terms of what the base pay is for the

12   delivery worker, that would be good.  And the other

13   thing is, do you charge a fee, a delivery fee to the

14   customer?  Because some of the other app based, if

15   you order some restaurant that's further away, you

16   have to pay a bigger service fee or whatever.

17   There's an extra charge.

18       JOSH GOLD:  We do during this period of time.

19   We, since the pause order, we have waived that to try

20   to for small and medium businesses to try to

21   encourage more consumers to use small and medium

22   businesses and drive orders to those businesses but

23   we do charge a fee to consumers.  You know, I could

24   break down the fees but if you're looking at a $20

25   order and the commission on the order isn't going to

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS        190

1

2    cover on its own the amount of money that has to be

3    paid to a delivery worker to make sure that that wage

4    is appropriate for the work that they're doing.

5        And so, there is an additional delivery fee on

6    top that's charged to the consumer.

7        COUNCIL MEMBER CHIN:  Okay, alright thank you.

8    Thank you Chairs.

9        STEPHANIE JONES:  Thank you Council Member.

10   Next, I'll be calling on Max Rettig then Vikrum Dave

11   Aiyer and then Liza Soren.  Max Rettig?

12       MODERATOR:  Time will start now.

13       MAX RETTIG:  Cheers Committee Members, thank you

14   very much for inviting me to testify today.  My name

15   is Max Rettig and I'm the Global Head of Public

16   Policy at Door Dash which also includes the Caviar

17   brand.

18       My hope is that my testimony today will shed

19   light on who Door Dash is, how we operate and the

20   services that we make available to New Yorkers.

21       Our CEO and Cofounder, his name is Tony Xu.  He's

22   seen firsthand the challenges that restaurants face.

23   He grew up washing dishes along side his mom, working

24   in a Chinese restaurant.  And that experience led him

25   to start our company with the mission of helping

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        191

1

2  small businesses and offering flexible work

3  opportunities with stronger names to those who need

4  it.

5      Our operations and our approach are somewhat

6  unique.  While technology in marketing to help

7  restaurants reach new customers is certainly an

8  important component of the services that we offer,

9  really the core of our platform is logistics.  It's

10 connecting customers, restaurants and couriers

11 through our website and mobile application.  It's

12 things happening in the real world.  It's an actual

13 delivery.

14     Our platform enables restaurants to reach

15 customers online and offer delivery.  Something that

16 most of our restaurant partners have never been able

17 to do before.  And restaurants can also tap into our

18 delivery network to deliver orders to customers who

19 place that order directly with the restaurant,

20 whether that's on the phone or online.

21     You know, I think we have to recognize that this

22 hearing is occurring during a time of acute stress

23 for all New Yorkers and our goal during this crisis

24 has been to really take on a special responsibility

25 that we owe to our community of customers, dashers

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1              INTERGROUP INTERGROUP RELATIONS          192

2   and restaurants and to the city's and towns in which

3   we operate.  So, I'd like to highlight just a few of

4   the steps that we've taken in response to this

5   crisis.

6       We've heard today and we certainly heard

7   throughout this crisis that for restaurants, their

8   worlds have been turned upside down.  We've sought to

9   provide support through a combination of commission

10  and programs to designed to increase order volume to

11  replace the diners who are no longer able to go and

12  sit in their favorite restaurant.  At the start of

13  the crisis, we eliminated commissions on pickup

14  orders, we eliminated commissions for restaurants

15  that are new to Door Dash or Caviar for 30 days and

16  we instituted zero dollar deliveries for customers on

17  Saturday's.  Meaning customers would pay no delivery

18  fees and the goal of that is to attract new customers

19  to keep delivery affordable which in turn drives more

20  revenue to restaurants.

21      In early April, recognizing the challenges that

22  restaurants were facing one step further and reduced

23  commissions by 50 percent for local restaurants like

24  Evans through the end of May and that benefiting

25  roughly 1,000 restaurants across the boroughs.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS          193

1

2      We've also taken steps to support couriers or we

3  call dashers both on and off the road.  For example,

4  we've done no contact delivery by default to minimize

5  the risk of transmission.  We have provided free

6  protective equipment; we've offered two weeks of our

7  insta-dashers.

8      MODERATOR:  Time is expired.

9      MAX RETTIG:  And dashers earn about $30 per

10  active hour.  We're also helping deliver school

11  lunches to school students, groceries to homebound

12  seniors, working with Mount Sinai to deliver free

13  meals to healthcare workers etc.

14      I'll close by saying this, for our popcorn to

15  work, it has to work for customers, dashers and of

16  course it has to work for restaurants.  People from

17  all income brackets in all corners of the city order

18  on Door Dash and there are real insignificant costs

19  associated with offering delivery from insurance to

20  cover on the job injuries to processing fees, to

21  dasher earning.

22      We have serious concerns with some of the

23  proposals under consideration today and how they

24  would impact New Yorkers from all walks of life but

25  it's our intention not just today but over the long

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                   INTERNATIONAL INTERGROUP RELATIONS        194
 2   haul to work with the Council and people like Evan,
 3   Andrew and Jessica to ensure that we as a company are
 4   doing everything that we can to support restaurants
 5   and strike a balance so that customer and dashers are
 6   also able to reap the benefits of our platform.
 7       I'll close there.  I'm happy to answer your
 8   questions.
 9       STEPHANIE JONES:  Thank you for your testimony
10   Max.  Next, I'll be calling on Vikrum Dave Aiyer
11   followed by Lisa Sorin and then Karen Narefsky.
12   Vikrum?
13       MODERATOR:  Time starts now.
14       VIGNESH GANAPATHY:  Good afternoon Chairs and
15   Council Members.  This is a Vignesh Ganapathy on
16   behalf of Postmates.  Unfortunately, Vikrum was
17   unable to attend, so I am attending in lieu of his
18   presence.
19       Postmates wants to thank you all for your
20   leadership at this unprecedented time.  This body has
21   been tasked with balancing resources in a moment of
22   scarcity and we need a collaborative approach to this
23   crisis.  Postmates, unequivocally supports our 10,000
24   local New York merchants.  30,000 workers doing
25   deliveries, families, and our most vulnerable
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        195

1

2  populations.  And we'd like to walk you through the

3  steps we've already taken to help these folks in

4  these unprecedented times but unless we amend 1896

5  and 1908, on demand delivery apps, like Postmates

6  will struggle to effectively serve these local brick

7  and morter merchants, be able to enable homebound

8  individuals to be able to access the food that they

9  are increasingly relying on, on delivery for and to

10  durably support the city's long term recovery

11  efforts.

12      So, to date, over eight weeks ago, as Postmates

13  closely monitor the CDC guidance, we prioritize the

14  input of local brick and morter retailers, cities,

15  and our fleet of 400,000 gig workers across the

16  country o to open up our platform in historic ways.

17  We've been able to offer noncontact delivery.  A

18  fleet relief fund to cover medicals visit and PPE,

19  sick leave, family care relief but we have still

20  found that we've had an 84 percent jump in the number

21  of individuals who have popped on this platform,

22  which reflects the reality that we have 27 million

23  unemployed individuals as a result of the crisis.

24      Looking at the way in which the rate cap proposal

25  is made, you know, we see why it's being presented

1

2  but we have numerous concerns about it and are eager

3  to work with you all on a proposals that would be

4  able to both benefit the restaurants that rely on our

5  platform as well as enable delivery to continue to be

6  an option.

7      This proposal creates a false choice between

8  helping restaurants thrive and preserving delivery

9  when New Yorkers need it most.  And we believe we can

10  solve this problem without pitting two symbiotic

11  industries against each other.

12      We're looking for something that's not a one size

13  fits all proposal here and our delivery fees that are

14  charged to merchants are tailored to each one of

15  those restaurants needs.  That includes everything

16  from restaurants that are looking for granular data

17  in terms of area they might want to expand to, all

18  the way through marketing help, getting them a point

19  of sale service and the customer service

20  representatives that are able to help when a delivery

21  doesn't make it on time.

22      But much like the restaurant industry,

23  facilitating delivery of goods and prepared foods is

24  also a slim margin business.  The blunt instrument of

25  a rate cap on our industry could have unintended

1

2  consequences of limiting delivery options for

3  restaurants, slowing delivery for customers and

4  increasing prices paid by consumers.  And as was

5  observed by labor unions in San Francisco and Seattle

6  who protested the Mayor's actions there —

7      MODERATOR:  Time expired.

8      VIGNESH GANAPATHY:  Had an impact on worker pay.

9  Unfortunately, in San Francisco, we've already seen a

10  decline in earnings for workers and revenue for

11  restaurants as a result of the blunt effect of that

12  type of cost shifting.

13      So, I really want to close with a quick point

14  which is that you've heard today about some platforms

15  being able to afford the cuts and some not being able

16  to do so.  And that's because all tech companies are

17  not made the same.  rate setting would have the

18  unintended impact of rewarding those with the most

19  capital or establishing monopolies instead of working

20  in the core matter at heart.  Raising cash fast for

21  mainstream.

22      A price cap for an item would benefit a big box

23  store more than a corner of degas and similarly we

24  think that an alternative proposal, a restaurant

25  resiliency fund that we are all able to support,

1

2  would be able to enable New York restaurants to

3  continue to thrive without blunting the benefits that

4  on demand delivery has provided to date.

5      Thank you.

6      STEPHANIE JONES:   Thank you for your testimony.

7  I see Chair Cohen has a question.   Chair?

8      CO-CHAIR COHEN:   Yeah, I just, I admit, I don't

9  use these apps, so I like going to hearings and

10  showing off what I don't know about what's going on

11  in the city but would you consider yourselves

12  competitors to Grubhub or do you think of your

13  business as being different?   If you are competitors,

14  how would you say that this sector is broken up in

15  terms of market share?

16      How would you say that the sector is broken up in

17  terms of market share?

18      VIGNESH GANAPATHY:   I appreciate the question

19  Chair Cohen.   You know I can't really speak to the

20  market share situation here because two of the

21  companies that are present are publicly traded, two

22  are not.

23      So, we don't have the granular data in terms of

24  the market share within New York.   But to the first

25  part of your question in terms of how we all

1

2  function, there are various differences between the

3  different platforms, we charge commissions structured

4  in different ways.  Postmates is proud of offering

5  ones single commission fee and structure for a

6  restaurant, so that they are not relying on having to

7  have an additional fee for marketing and an

8  additional fee for a phone service or something else.

9  Everything is rolled up into one fee that makes it

10  very simple and easy to understand for the

11  restaurants on the platform.

12      That differs across the industry but at the same

13  time, I think we all do compete in the marketplace.

14      CO-CHAIR COHEN:  Just before I stop.  Do you

15  think that restaurants have with the various app

16  options, do you think that they have negotiating

17  power or really are they compelled to be on the apps

18  if they are going to have a viable delivery business

19  or they have to be on Grubhub.

20      I guess, the thing that will motivate me to act

21  is if I feel like the restaurants don't have the

22  ability, don't have any choice in dealing with you

23  guys.

24      VIGNESH GANAPATHY:  Yeah, that's a great

25  question.   You'll notice when Evan was speaking

1

2  earlier, you know, different restaurants tend to take

3  different packages depending on what works best for

4  them.  There are some restaurants that have on demand

5  delivery drivers already present at their disposal.

6  There are some that don't and there are some

7  restaurants that you know are really looking for

8  insights into in terms of how they can grow.  Maybe

9  there's some restaurants that need additional help

10  with how to take a good photo of food that ought to

11  be available.  There's some restaurants that have

12  customer service capabilities that enable them to be

13  able to deal with higher order volume and there are

14  some that don't.

15      So, I think ultimately it isn't a one size fits

16  all sort of solution.  Each one of these platforms is

17  actually giving a very different array of options

18  that's available to those restaurants.  There's a

19  reason that he mentioned that the commission

20  structures actually look very different across the

21  board.  And you know, there are some restaurants you

22  will walk in, you'll find multiple tablets meaning we

23  offer a point of sale services for restaurants that

24  might not be able to afford them themselves and

25  that's actually all rolled up into that cost.  The

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERGROUP RELATIONS        201

1

2 overhead of maintain that, the hundreds of customer

3 service representatives that are able to answer

4 questions when an order is late, all of those

5 individual pieces are all part of this commission

6 structure.

7     So, I think it's you know, even though from the

8 outside it might seem to be very similar, these are

9 all quite different.

10     CO-CHAIR COHEN:  Thank you Stephanie.

11     STEPHANIE JONES:  Thank you so much.  Next, we

12 have Lisa Sorin followed by Karen Narefsky and

13 Noannee u.  Lisa?

14     MODERATOR:  Time starts now.

15     LISA SORIN:  Thank you so much for the time.

16 Good afternoon Chairman and everyone present.  I will

17 say that throughout this entire hearing, I had my

18 presentation done and testimony but I'm forced to

19 have to change tactics for a minute.

20     First, I'll say that as far as the sidewalk café

21 permits, I am 100 percent about getting rid of them

22 temporarily until December.  It's going to be the one

23 way that our businesses and our restaurants can

24 thrive.

25

1

2     So, you have our 100 percent support.  On the

3     subject of what we were just discussing, the delivery

4     services, a chamber is probably the last person or

5     the last organization to say that the government

6     needs to involved in how we manage business.  But for

7     this instance, I have to say that we're going to take

8     a different note and say that to Jessica, made a

9     wonderful point.  If one person is suffering,

10    everybody should fall into place and based on my

11    conversations with our businesses in the outer

12    boroughs and especially in the Bronx, they are being

13    hit hard and these services that should be something

14    that is helping during this desperate time is

15    actually hurting them.

16        And to the point of our Council representatives

17    that are on, I echo the fact that you know they are

18    forced at this point to have to participate in these

19    programs because a lot of them did not have the

20    opportunity or knew of or understood how to do it.

21        To the gentleman from Postmates, I think that

22    it's important that maybe you know you take this cap

23    temporarily that you all look at how the impact of

24    our businesses, the restaurants the outer boroughs

25    and start with the level of education on what all

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS        203

1

2    these mean because everybody now is coming to the

3    table, but during the time that things were settled,

4    the conversations were very fluid as to what

5    restaurants expected from delivery services.  And

6    now, it's almost a hard pill to take and I don't see

7    the hard hit on the delivery services.  If anything,

8    it's almost like you're using this right now to

9    benefit your companies.  Rightly so, everybody has to

10   make money but these are unprecedented times.

11       Going onto the continuity loan and the SBS, I

12   wish the Commissioner would still stay on.  The one

13   percent to the Bronx is disgusting.  The outer

14   boroughs have been impacted for so long as it relates

15   to the opportunities and access to monies and

16   resources.  The Bronx Chamber has taken along with

17   partnerships of the bids.  I see Jennifer and Mike

18   Brady fighting really hard to bring education —

19       MODERATOR:  Time is expired.

20       LISA SORIN:  Okay, bringing education to our

21   businesses.  But when you see a one percent, then the

22   City of New York needs to take notice and say that

23   there is something wrong with the system.  If the

24   Bronx is not being allocated the monies and something

25   needs to change and this will be followed up with a

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
              INTERNATIONAL INTERGROUP RELATIONS        204

1

2    very strong letter and I'm asking the representatives

3    from the Bronx especially to take notice of this

4    because at this point there's something wrong with

5    the system and the Bronx is going to fall way behind

6    more than it has in the past and I think there is

7    something wrong with all of that.

8        Thank you for the time.

9        STEPHANIE JONES:  Thank you Lisa.  I see Chair

10   Cohen has a question.

11       CO-CHAIR COHEN:  I just wanted to tell Lisa, I'm

12   glad to see you.  I'm glad to see that you are well

13   and I look forward to doing business again face to

14   face.

15       LISA SORIN:  Absolutely Councilman Cohen, you

16   have done amazing work for us and we really

17   appreciate and as with Chairman Gjonaj, thank you.

18       STEPHANIE JONES:  And I see Chair Gjonaj also

19   would like to ask a question.

20       CHAIRPERSON GJONAJ:  Thank you Stephanie.  Lisa,

21   thank you for making an attempt to be a part of this.

22   As you can see, we have our work cut out for us.  I'm

23   going to rely on you to chamber the bids and all of

24   the associations that exist to come together on this.

25   You'll definitely have the cooperation of the

1

2    delegation to back you up on this but that was, as

3    you put it, disgusting.  That one percent of that

4    money made it to the Borough of the Bronx is

5    inexcusable, it's unforgiveable knowing the we are

6    the poorest borough.  That we have so many bad things

7    that have attributed to the borough, the least that

8    they can do is make sure that the limited resources

9    and that's actually a joke, the amount of resources

10   they put into the grants and loans.  $39 million is

11   an insult to begin with and to have only one percent

12   of that work its way to the Bronx is inexcusable,

13   unforgiveable and we're going to be coming together

14   after today's conference to figure out how we can

15   move ahead.  But we're going to need your support and

16   everyone else to join us.

17       LISA SORIN:  Thank you Councilman and if I can

18   add to the one thing that's coming positive out of

19   this situation of working from home, we have the time

20   to reach out to all the businesses and you know, our

21   Council people rightly so have asked us where the

22   businesses that when there's problems with some of

23   the bills being introduced and we're here to say that

24   you'll be hearing from all of them very soon.

25       CHAIRPERSON GJONAJ:  This is a wake up call.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERGROUP INTERGROUP RELATIONS          206

1

2     LISA SORIN:  Absolutely.

3     CHAIRPERSON GJONAJ:  It's evident that in good

4  times, we don't get the resources and in bad times,

5  we're not getting the resources.  So, thank you.

6     LISA SORIN:  Well, squeaky wheel get the oil

7  right.  I think the Bronx is about as squeaky as it

8  can get right now.

9     CHAIRPERSON GJONAJ:  Thank you.

10     LISA SORIN:  Thank you.

11     STEPHANIE JONES:  Thank you Lisa.  I'd like to

12  welcome Karen Narefski to testify, then Jo-Ann Yoo

13  then Ahyoung Kim.  Karen?

14     MODERATOR:  Time starts now.

15     KAREN NAREFSKI:  Thank you Chair Gjonaj and Chair

16  Cohen and Committee Members for the opportunity to

17  testify.  My name is Karen Narefski and I am the

18  Senior Organizer for Equitable Economic Development

19  at the association for Neighborhood and Housing

20  Development.

21     ANHD is a nonprofit organization whose mission is

22  to build community power to win affordable housing

23  and fighting equitable neighborhoods for all New

24  Yorkers.  Our members include more than 80

25  neighborhood based community develop organizations

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
       INTERNATIONAL INTERGROUP RELATIONS        207

1

2   across New York City and we're also a member of

3   United for Small Business New York City, a coalition

4   of community organizations across the city who are

5   fighting to protect small businesses from the threat

6   of displacement with a focus on owner operate and

7   minority run businesses that serve low income in

8   minority communities.

9      We've been happy to work with the Council to pass

10  commercial tenant harassment legislation.  The state

11  of the storefronts and storefront tracker programs

12  and the commercial lease assistance program.

13     So, as we all know, small businesses who are

14  already operating on very tight margins and extremely

15  vulnerable to the threat of speculation and

16  displacement are now really seeing a catastrophe due

17  to COVID-19.

18     As the Speaker noted at the beginning of the

19  meeting, 26 percent of all jobs in New York City are

20  at business with 20 or fewer employees.  So, the

21  result in closures and layoffs ripple through the

22  community and have a broad economic impact.

23     In immigrant majority people of color

24  neighborhoods that are already bearing the greatest

25

1

2    burden of COVID-19, employment and small businesses

3    tends to be at a much higher proportion.

4        So, we really need swift and comprehensive action

5    to protect commercial tenants from displacement and

6    permanent closure.  I'd like to speak today to Intro.

7    1914 and Into. 1932 as well as to the urgent need for

8    rent relief and targeted support for commercial

9    tenants.

10       Into. 1914 builds on the valuable work that the

11   Council and USBNYC have done to prevent commercial

12   tenant harassment.  While we support expanding

13   protections to all commercial tenants, we also want

14   to note that small business tenants really have the

15   resources to hire a lawyer and go to court.

16       We also support Intro. 1932, we think it's an

17   important effort to protect small business owners

18   from personal financial risk, but we ask the city to

19   strengthen it by expanding it beyond the COVID-19

20   period and by clarifying that personal guarantee

21   agreement, even that are not included in the lease

22   itself, are also covered by the Intro.

23       As I mentioned, we support these Intro.'s with

24   the suggested modifications but they are not

25   sufficient to meet the current crisis for commercial

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS        209

2    tenants.  Businesses that are closed are experiencing

3    a significant loss of income to not pay rent or other

4    business costs.  As was discussed earlier on, the

5    city is no longer offering grants or loans to small

6    business through SBS and it has been extremely

7    challenging if not impossible for small and immigrant

8    owned businesses to access the PPP and idle loans

9    provided by the federal government.

10       Analysis that AMHD did in 2017, showed that New

11   York City small business especially —

12       MODERATOR:  Time is expired.

13       KAREN NAREFSKI:  In the outer boroughs face

14   numerous barriers to accessing loans and those are

15   only being exacerbated.

16       So, I'll finish by saying both that the city

17   should be really prioritizing direct aid for

18   immigrant owned small businesses which are almost

19   half of our city's small businesses and are helping

20   to keep our city alive and that also, the city does

21   have the power to enact commercial rent relief for

22   commercial tenants and ensure that those tenants are

23   not saddled with hundreds of thousands of dollars of

24   debt they will never be able to pay back.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                 INTERNATIONAL INTERGROUP RELATIONS          210

1

2      So, we thank the Council for introducing this

3   relief package and we encourage you to continue to

4   take broad measures to support small business

5   tenants.  Thank you.

6      STEPHANIE JONES:  Thank you Karen.  Next, I will

7   be calling up Jo-Ann Yoo, Ahyoung Kim and Ryan

8   Monell.  Joanne?

9      MODERATOR:  Time.

10      JO-ANN YOO:  Thank you so much Council Members.

11   Hello, it's so great to see you.  I think right

12   around this time if we were not in lockdown, I would

13   have visited your office a gazillion times by now but

14   it is still great to see you guys in this capacity.

15      I am Jo-Ann Yoo and I'm the Executive Director of

16   the Asian American Federation and I am here to lend

17   my voice to the aspirations of this Council.  As you

18   know for the past two and a half years the federation

19   led the charge to legalize electric bicycles that are

20   used by food delivery drivers who are mostly Chinese

21   and Latino immigrants, many with that immigration

22   status.

23      The job of a delivery workers is an extremely

24   arduous one having to ride more than 12 hours a day,

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          211

1

2    40 to 60 miles a day, 6 to 7 days a week for a few

3    dollars an hour.

4        I want to thank this legislative body for

5    supporting the workers since our fight to legalize

6    the e-bikes began.  Just before the city encountered

7    this pandemic, electric bicycles were legalized by

8    Governor Cuomo and the federation was headed back to

9    the Council to wrap up the legalization process.  And

10   then as the pandemic hit, delivery workers who are

11   designated essential workers, it should not have

12   taken global pandemic to make the city realize that

13   we rely on these immigrant workers to deliver food.

14   The irony is not lost on Asian American Federation

15   and certainly not to all of our Council leaders.  I'm

16   sure that the workers are grateful that they didn't

17   have to be afraid of every encounter with NYPD that

18   would have you know, led to tickets that cost more

19   than their months wages.

20       Every night at 7:00 our city pokes our collective

21   heads out to cheer those essential workers.  Some of

22   those cheering folks who I'm sure complain about the

23   delivery workers.  As we start to emerge from our

24   homes into a city that now staggering unemployment,

25   small business that will never reopen, hundreds of

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1                     INTERNATIONAL INTERGROUP RELATIONS        212
2     thousands of New Yorkers wondering how their
3     essential needs will be met and Black and Latino
4     families start filling with grief of losing so many
5     loved ones.  This is an opportunity for this
6     legislative body to envision a new economy that is
7     centered on the working class, the very people who
8     kept the city going while most New Yorkers have the
9     privilege of being at home during the pandemic.
10         During this pandemic, the food delivery app sent
11    emails to their customers to ask our contributions to
12    emergency funds that should the workers get sick.
13    Workers who deliver foods without sufficient personal
14    protection equipment.  Delivery apps also designated
15    delivery workers as independent contractors, to serve
16    them paying taxes or provide benefits.  Their workers
17    do not have much choice but to except these
18    unconscionable conditions of unemployment.  These
19    food delivery apps report billions of dollars of
20    revenue through the exploitation of most vulnerable
21    New Yorkers.
22         After months of being at home, I'm sure as we are
23    all looking to return to the new normal, but I hope
24    that the new normal is not to embrace the injustices
25    we've always felt.
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERNATIONAL INTERGROUP RELATIONS          213

2     MODERATOR:  Time expired.

3     JO-ANN YOO:  And I hope that you will work with

4  us to envision as an economy that really does

5  highlight the people who have kept us alive.

6     Finally, I want to thank all the Council Members

7  who signed onto a letter that NYPD to return all the

8  electric bicycles to the workers.  These bicycles are

9  $2000 a piece and as we know NPYD is holding hundreds

10  of these bicycles.  We ask that Council continue to

11  lend their voice in demanding that e-bike workers get

12  their bikes back and that the economy of the city not

13  be on the backs of immigrant food delivery workers.

14     Thank you.

15     STEPHANIE JONES:  Thank you Jo-Ann.  Next, we

16  have Ahyoung Kim followed by Ryan Monell followed by

17  Steven Choi.

18     MODERATOR:  Time starts now.

19     AHYOUNG KIM:  Thank you.  Thank you Chair Gjonaj

20  and Chair Cohen.

21     STEPHANIE JONES:  Chair Cohen, did you have a

22  question for Jo-Ann?

23     CO-CHAIR COHEN:  No, I'm just going to try to

24  encourage people to try to adhere to the clock, there

25  is still actually a number of people who want to

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
         INTERGROUP INTERGROUP RELATIONS          214

2    testify and if people could limit their testimony to

3    three minutes, we'll get through everybody.

4       STEPHANIE JONES:  Okay, I apologize for

5    interrupting Ahyoung Kim, go right ahead.

6       AHYOUNG KIM:  Alright, thank you both Chairs and

7    the Committee Members and thank you very much for

8    your patience throughout the day.  We've all been

9    here for quite long enough.

10      My name is Ahyoung Kim, I am the Small Business

11   Project Manager at the Asian American Federation and

12   we welcome the Council's efforts of protecting small

13   business owners through measures as the bills that

14   are being discussed today.  We must argue that they

15   are not really enough for the most vulnerable small

16   business owners and we worry that the merchants that

17   we help today are not going to be able to take

18   advantage of such measures.

19      The bill such as the Intro. 1914 and 1932, give

20   small business owners some protection from harassment

21   by their landlords but they do not change the simple

22   fact that the small business owners cannot afford to

23   pay rent today.  We urge the Council to also put into

24   place conditional incentives for landlords to give

25   rent relief to tenants instead of just relying on

1  COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        215

2  their good intentions and so that you know, the

3  tenants that are have be debilitated by COVID-19 can

4  actually have some kind of protection rather than

5  being able to put it off for three months later, just

6  because you know, because there's a moratorium on

7  eviction.

8      But more importantly, I wanted to point out to

9  you that these kind of measures also need to be put

10  in place with ample language assistance that allows

11  immigrant small business owners to one, learn of such

12  measures in city programs and two, seek appropriate

13  legal assistance.  I do not have to remind you today

14  that our Asian small business owners were the first

15  to be hit by the economic impacts of COVID-19 but

16  they are also the ones that are most left out when it

17  comes to city initiatives for helping our small

18  business owners.

19      According to the New York State Department of

20  Labor, Asian American unemployment claims in the week

21  of April 11th rose by 10,210 percent. 10,210 percent

22  compared to the 501 claims in the same period last

23  year.  To us, this shows that Asian American

24  community has been holding up the very fabric of this

25  economy throughout the city but have not been helped

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS          216

1

2   out and that have not been reached out to when it

3   comes to programs that can be helped.

4       For example, as pointed out by Council Member Koo

5   and Chin, when the New York City ERG program closed,

6   the grant program by the SBS, we can surmise space

7   and responses from the small business associations

8   that we work with.  That most of our small businesses

9   did not participate in the city programs because of

10  poor language assistance and lack of coherent

11  instructions.

12      The city's SBS is now directing small business

13  owners to federal assistance programs, as you have

14  all heard today, but many merchants still worry that

15  they are ineligible for federal assistance or

16  hesitate to even apply because of the overwhelming

17  documentation requirements or the lack of a social

18  security number, even if they have been paying their

19  taxes with a ITIN.

20      We believe that our community and our small

21  business merchants also need to be given a voice.

22      MODERATOR:  Time is expired.

23      AHYOUNG KIM:  Just because they don't have the

24  methods to be able to speak to you in a hearing like

25  this to come up to give their voice, lend their voice

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          217

1

2  to talk about what is actually going on to their

3  business today, does not mean they are fine, it does

4  not mean that they are going to be okay.

5       In fact, from 2006 to 2012, during in the last

6  great recession we experienced, the Asian small

7  businesses were the ones that created an almost half

8  of net new economic activity in the city.

9       MODERATOR:  Time expired.

10      AHYOUNG KIM:  So, okay, so, just one last thing.

11  We want to say that small business owners that have

12  specific concerns about new regulations also have to

13  be heard and we would love to work with you in the

14  near future to talk about issues like Perth[SP?]

15  machines or like small business that have to mandate,

16  sorry, that can't really like adhere to the new

17  regulations that are going to be put into place

18  because of logistic and financial issues.

19      Thank you.

20  STEPHANIE JONES:  Thank you for your testimony

21  Ahyoung.  A reminder to everyone that you may submit

22  written testimony to testimony@council.nyc.gov or by

23  our website.

24      Next up is Ryan Monell followed by Steven Choi

25  and then Mohamad Attia.

1      COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
              INTERNATIONAL INTERGROUP RELATIONS         218

2          MODERATOR:  Ryan, your time is going to start

3      now.

4          RYAN MONELL:  Well, thank you Chair Cohen.  Thank

5      you Chair Gjonaj.  I appreciate the opportunity to

6      testify today.  My name is Ryan Monell, I'm the

7      Director of City Legislative Affairs for the Real

8      Estate Board of New York.

9          As we all know, there are few industries or

10     sectors have been shielded from the economic downturn

11     brought by COVID-19 and that includes the real estate

12     industry.  Unfortunately, some of the bills in the

13     package introduced by the Council as a response to

14     COVID-19 artificially select winners and losers.  As

15     we look towards ways to push for robust but safe

16     economic recovery, is critical to every proposal put

17     forth by any level of government or advocacy group is

18     fully vetted and underscores the fact that one well

19     intentioned bill can have numerous consequences on

20     our city's ability to meet other objectives.

21         REBNY would like to identify two bills relevant

22     to our members for which we have questions and

23     concerns.  First, REBNY is opposing Intro. 1932.  In

24     a time when which a city should be finding ways to

25     work together with the private sectors to provide

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
  1                   INTERNATIONAL INTERGROUP RELATIONS         219
  2   relief to all businesses and workers, who cannot
  3   afford to pick winners and losers as it pertains to
  4   commercial lease contracts and other contractual
  5   agreements between two parties.
  6       This legislation proposes a seemingly and
  7   permissible inner lateral amendment of existing valid
  8   contracts.  Solutions that would benefit all parties
  9   could be collaborative support for business
 10   interruptions report, rent relief and commercial
 11   mortgage from congress.
 12       Additionally, 3,342 New York City condominium and
 13   cooperative properties including HDFC's contain
 14   retail space.  Retail space in condominium and
 15   cooperative buildings are fundamental to the
 16   financial viability of these residences.  They keep
 17   homes affordable by off setting costs that would
 18   otherwise be paid for by the voting senates.
 19       Second, relative to Intro. 1914, REBNY agrees
 20   wholeheartedly with the Council that protecting
 21   tenants from harassment of any kind, literally during
 22   COVID-19 should be a priority.  However, it is
 23   important to clearly define what harassment means
 24   when most of the normal ways our society interacts
 25   with have changed recently.
```

1  COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS        220

2       Considering the needs of daunt social distancing

3  practices and wear face coverings, REBNY has concerns

4  on if the bills address is what could be misconstrued

5  as harassment.  We encourage the Council to take

6  these scenarios into consideration to best provide

7  more clarity about for building owners and tenants

8  alike.

9       Additionally, REBNY has concerns about how a

10  building owner will understand what constitutes a

11  COVID-19 impacted business.  As written, there does

12  not seem to be a contingency toward how long a tenant

13  could claim protected status relative to the COVID-19

14  Disaster Declaration.  Theoretically allowing for the

15  protected class to be claimed well after the current

16  pandemic.

17       With this said, we look forward to working with

18  the Council to address these concerns in a way that

19  strengthens this legislation.  As we work to address

20  reopening our economy while prioritizing the health

21  and safety of all New Yorkers, we support proposals

22  and actions and embrace collaboratively.

23  Additionally, we need to understand the reality that

24  most small businesses and industries across our city

25  need real and immediate financial relief.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1           INTERNATIONAL INTERGROUP RELATIONS        221

2        Programs are proposed to eliminate obligations in

3    one part of the ecosystem without guarantees for the

4    backend.

5        MODERATOR:  Time expired.

6        RYAN MONELL:  Or responsibilities.  Thank you and

7    I appreciate this.

8        STEPHANIE JONES:  Thank you Ryan.  Next up, we

9    have Steven Choi, Mohamad Attia and Carina Kaufman

10   Gutierrez.

11       MODERATOR:  Steven, your clock will start now.

12       STEVEN CHOI:  Great, good afternoon.  I am Steven

13   Choi; I am the Executive Director at the New York

14   Immigration Coalition.  We're an umbrella policy and

15   advocacy organization that works statewide with 200

16   immigrant serving member organizations.

17       I want to thank Chair Gjonaj, Chair Cohen and the

18   members of the two committees for convening this

19   important hearing and allowing us the opportunity to

20   submit testimony.

21       Look, the impact of COVID-19 on New York City

22   cannot be understated.  This disease has really

23   effected every single facet of our city.  In one area

24   that has clearly felt the immense impact has been

25   small business in NYC, particularly those that are

1

2  owned by immigrants, serve immigrant communities and

3  those that employ immigrants.  We applaud the Council

4  for acknowledging that small businesses have faired

5  poorly during this pandemic and we support Intro.

6  1846 by Council Member Torres, as protecting the

7  wages of primarily immigrant frontline delivery

8  workers is very important.  They are risking their

9  lives to deliver our food and should receive all

10  their wages and more.

11      Similarly, we also support Chair Gjonaj and

12  Council Member Moya's bills Intro. 1895, 1896, 1897,

13  1907 and 1908 that protects small businesses from

14  being gouged by fees by third-party food delivery

15  services and we're glad to hear that the Council is

16  really engaging in a lot introspection with these

17  food delivery services including their feet to the

18  fire.  We also support Council Member Rivera and

19  Adams bills Intro. 1914 and 1932 as well.

20      All that being said, I have to say frankly that

21  the City Council could go even further to support

22  small businesses and immigrant run small businesses.

23  We've seen hundreds of billions of dollars from the

24  federal government dolled out to support small

25  businesses but completely missed the target for a

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                 INTERNATIONAL INTERGROUP RELATIONS          223

1

2   number of different reasons.  So, Washington DC has

3   failed immigrant small businesses and we desperately

4   need New York City and the Council to have their

5   backs.

6       So, as part of our New York United Campaign,

7   we've identified several we've identified several key

8   commonsense measures to ensure immigrants across New

9   York can remain safe and healthy and there are a

10  couple of things that I wanted to mention.  Number

11  one, creating an emergency cash assistance fund for

12  those New Yorkers cruelly left out of the federal

13  relief packages including direct cash payments and

14  help for small businesses.  Punishing landlords that

15  are harassing tenants both residential and commercial

16  should be done in tandem with direct cash relief to

17  be truly effective.  We also want to say that even in

18  this moment, expanding New York City paid sick leave

19  from the current mandatory five days to fourteen, we

20  believe is actually critical as well.  To make sure

21  that businesses and employees are truly healthy.

22      Finally, expanding access to food vendor licenses

23  by passing Into. 1116 by Council Member Chin.

24      MODERATOR:  Time expired.

25      STEVEN CHOI:  We think that's critical as well.

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                    INTERNATIONAL INTERGROUP RELATIONS        224
```

2      Thank you for convening this extremely important

3   hearing and we will continue as the NYC to engage on

4   this critical issue to support our immigrant small

5   businesses.

6      STEPHANIE JONES:  Thank you Steven.  Next up will

7   be Mohamad Attia, Carina Kaufman Gutierrez and then

8   Mike Brady. Mohamad Attia?

9      MODERATOR:  Clock is starting now.

10     MOHAMAD ATTIA:  Thank you.  Good afternoon

11  Council Members.  My name is Mohamad Attia, I'm the

12  Executive of the Street Vendor project at the Urban

13  Justice Center.  The Street Vendor Project is a

14  member led organization that advocates for the street

15  vendors rights and fights to improve their working

16  conditions.  We are a proud member of United for

17  Small Business NYC Coalition.

18     While street vendors have been dealing with an

19  outdated unjust system that was created four decades

20  ago, that has impacted their livelihoods dramatically

21  and made it quite impossible for them to be

22  financially secure and the City Council hasn't passed

23  legislation to fix this broken system yet.  We're

24  deferring to Intro. 1116.  We have recently seen the

25  effect of COVID-19 pandemic, it has made it even more

1  COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
       INTERNATIONAL INTERGROUP RELATIONS        225

2  dire for them to sustain their livelihoods.  Street

3  vendors are the smallest businesses in New York City.

4  They are mostly hard working immigrants and military

5  veterans.  Single mothers of low income New Yorkers

6  who live day by day to survive and thrive in our

7  city.  They serve all New Yorkers across the city,

8  contribute to the local economy, create more jobs,

9  pay taxes.  An estimated $70 million a year by a

10  study made in 2012.

11      Just like any other small businesses but yet,

12  they are still excluded from all government relief

13  programs.  The vast majority of street vendors are

14  not eligible for any small business assistance

15  provided by the federal government or the city

16  government as sole providers.

17      Not to mention, that thousands of street vendors

18  who are undocumented and in mixed immigration status

19  families, haven't received a dime from the government

20  during this crisis, although they have been paying

21  their fair share of taxes and fees just like other

22  businesses or workers in New York City.

23      It is so disappointing that today's hearing, with

24  the various legislations being heard and introduced

25

1

2  today, we don't see any support being offered to

3  street vendors.

4      Last month, eight Council Members, some of whom

5  are here now, thanks to Council Member Chin, Council

6  Member Rivera, Council Member Lander, who have been

7  advocates for the street vendors, a population that's

8  always overlooked and other Council Member signed a

9  list of demands that street vendor's community needs

10 to survive during this pandemic, including creating

11 granting opportunities via New York City Small

12 Businesses Service Department for sole proprietors,

13 these microbusinesses including the street vendors

14 who would be eligible to receive.

15     The list is not so long but that's maybe the most

16 important part of it.  We haven't yet received a

17 response from City Council, the Speaker Corey Johnson

18 to these demands and our community needs the support

19 of the whole City Council at this moment.  It's

20 unfair and unacceptable to see how New York City

21 government is excluding a population of nearly 20,000

22 people who are part of the most vulnerable

23 communities.

24

25

1

2    Street vendors are essential workers who have

3    been feeding our city since its establishment and

4    it's so disappointing to see the government ignore.

5    MODERATOR:  Time expired.

6    MOHAMAD ATTIA:  We urge the City Council to

7    introduce and pass legislations that supports small

8    businesses such as but not limited to bodega's, small

9    mom and pop stores and street vendors who are mostly

10   operated by immigrants that use traditional methods

11   in running their businesses and mandate the city

12   administration —

13   CHAIRPERSON GJONAJ:  Thank you for your

14   testimony.

15   MOHAMAD ATTIA:  Thank you Chair.

16   CHAIRPERSON GJONAJ:  Thank you.

17   STEPHANIE JONES:  Thank you Mohamad.  Next is

18   Carina Kaufman Gutierrez, then Mike Brady and then

19   Pablo Benson Silva.  Carina?

20   MODERATOR:  Clock is starting now.

21   CARINA KAUFMAN GUTIERREZ:  Good afternoon Council

22   Members.  My name is Carina Kaufman Gutierrez and I

23   am the Deputy Director of the Street Vendor Project

24   at the Urban Justice Center and a member of the

25   United for Small Business Coalition.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERNATIONAL INTERGROUP RELATIONS          228

2      Thank you to the Small Business Committee for the

3   opportunity to speak today.  The Street Vendor

4   Project is a member led organization that advocates

5   for street vendor rights and fights to improve

6   working conditions.  Rights which have been in crisis

7   long before the COVID-19 outbreak.

8      However, as Council Members Chin and Lander have

9   highlighted today, street vendor small business

10  owners have been hit hard by the COVID-19 outbreak.

11  Vendors serve New Yorkers all across the city,

12  contribute to the local economy and culture, create

13  jobs, pay taxes, just like any small business but yet

14  they are excluded from almost all existing government

15  relief programs and many are reporting record income

16  losses of up to 90 percent if not 100 percent.

17      As primarily immigrant small business owners and

18  workers, many of whom are undocumented and/or cash

19  economy workers, street vendors are ineligible for

20  government support, such as paid sick leave or even

21  most loans and grants that are offered to small

22  businesses making an already dire situation critical.

23      Again, although small business loans and grants

24  exist, in practice we have found that immigrant small

25  business owners in addition like in coalition with

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS        229

1

2   street vendors have been ultimately ineligible due to

3   monolingual English application documents, extensive

4   documentation required and extensive eligibility

5   criteria.  Many immigrant run small businesses fear

6   that they will be unable to open after the crisis.

7       Along with United for Small Business, we are

8   asking for the creation of a New York City small

9   business grant with the following parameters of

10  eligibility.

11      First, is to ensure that eligibility is not

12  dependent on commercial rent payments, utility bills

13  or payroll.  Confirm that no immigration status

14  reporting is required either for employer or

15  employee.  Allow for adequate documentation to

16  include that which is suitable for cash transaction

17  reporting such as daily sales on written ledgers or

18  end of day counts.  Ensure that all promotional and

19  application materials are in multiple languages and

20  allow for mobile food vending, licenses or permits,

21  general merchandise licenses, tickets even that have

22  been received for vending or proof of quarterly sales

23  tax to be sufficient proof of sole proprietorship.

24      New York City has yet to create a response that

25  supports street vendors thereby excluding a

1      COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
              INTERNATIONAL INTERGROUP RELATIONS        230

2   population of nearly 20,000 people who serve our city

3   rain or shine and we urge you to take action to

4   ensure that all New Yorkers emerge from this crisis

5   safely and are able to continue to contribute to our

6   city's economy.

7       Thank you.

8       STEPHANIE JONES:  Thank you Carina.  Next is Mike

9   Brady followed by Pablo Benson Silva followed by

10  Jennifer Tausig.  Mike?

11      MODERATOR:  Clock starting now.

12      MIKE BRADY:  Thank you Stephanie.  Good morning

13  Chairs Cohen or afternoon Chairs Cohen and Gjonaj and

14  members of the Small Business Committee and the

15  Committee on Consumer Affairs and Business Licensing.

16  My name is Michael Brady, I'm the Chief Executive

17  Officer of the Third Avenue Business Improvement

18  District and the Boulevard Commercial Corridor

19  located in the South Bronx.

20      I will just give a couple highline items in terms

21  of where we support and then I'll go into some more

22  detailed comments.  We are supportive of Intro. 1914

23  on commercial tenant harassment.  We are supportive

24  of Intro. 1916 on sidewalk café licenses.  We are

25  supporting fee caps for a third-party delivery

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS        231

1

2  vendors with the understanding that this particular

3  legislation should go in as a temporary fix during

4  the emergency now and then look towards a more long

5  term permanent solution to prevent the bastardization

6  of a system that basically rapes our restaurant

7  industry.

8      In terms of the personal liability clauses on

9  Intro. 1932, we would recommend further review by

10  legal to prevent any obstacles in the future before

11  this legislation is considered further.

12      So, just quickly, despite our city's emergency

13  preparedness planning efforts, the COVID-19 pandemic

14  and its ongoing impact caught out city off guard.

15  It's taken the lives of 60,000 Americans, hundreds of

16  thousands of New Yorkers have been infected and it's

17  disproportionately impacted low income communities of

18  color.

19      The public health impact has been great and the

20  subsequent economic impact will have a lasting effect

21  on our city for decades.  During times of crisis,

22  some individuals, groups, and governments rise to the

23  occasion and alternatively some of the same groups

24  remain silent or quite frankly fail.

25

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERGROUP INTERGROUP RELATIONS        232

2    The COVID-19 pandemic has shed light on those

3    fractures in our system.  I'm here to discuss the

4    limited business resources implemented by the City of

5    New York during the first two months of this

6    pandemic.  I'd like to preface this by stating that

7    our first priority is always public health.  However,

8    business falls in very  quickly as a second.

9        While I commend New York City Department of Small

10   Business Services for nimbly moving an entire office

11   operation to remote work within a week.  I further

12   commend the SBS on its drive to implement a grant

13   program within the first few weeks of the mandated

14   business closures and thank Commissioner Bishop for

15   being so available to small businesses reforms and

16   webinars.  I do have to say I'm very disheartened at

17   the lack for forethought that went into creating the

18   New York City Employee Retention Grant program, which

19   closed nearly as quickly as it opened and you know it

20   cited a lack of financial resources but I think

21   structurally it was flawed from the beginning.

22       I have more prepared.

23       MODERATOR:  Time expired.

24       MIKE BRADY:  But I'll submit it into you for the

25   record.  However, I just have to say that the City of

```
 1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERGROUP INTERGROUP RELATIONS        233
 2   New York really missed the mark on small businesses.

 3   Whether it's the loan fund or the grant fund, the

 4   City of New York needs to wake up.  Our small

 5   business have been assaulted by government for at

 6   least the last decade and I'm a Centaurus democrat.

 7   We can't ignore the past and what this body has done

 8   stripped the life out of our small businesses is

 9   really unconscionable.  But we can gather together

10   and fight for a better future.

11       So, with that said, I thank you for your time.

12   My comments of substance are in the record but I do

13   need to let us know that we can no longer use the

14   phrases of the we wills.  We need to say that we have

15   and deliver on those promises that we as a city and

16   we as a government make.  We can't continue our

17   threshold of broken promise and the proverbial

18   pimping out of small businesses, it just won't be

19   tolerated any more.

20       CO-CHAIR COHEN:  Michael, we hear you and I

21   appreciate your testimony.  I think that people

22   should know that the Third Avenue does so much more

23   than just support businesses but your concern for the

24   greater community that's served by the Third Avenue

25   is not lost on, and certainly on the Bronx
```

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1                    INTERNATIONAL INTERGROUP RELATIONS        234
2   delegation.  So, I want to thank you and I just want
3   to add more thing, I don't know how many people are
4   from the Street Vendor Project are still on the Zoom
5   but I really think that maybe the Consumer Affairs
6   staff and I, we should maybe do a separate Zoom for
7   them at some point, to try to see if there's some
8   interim solutions that we can come up for street
9   vendors in particular.  So, thank you.
10      MIKE BRADY:  Absolutely.  Thank you, Council
11  member Cohen and I think that particularly for Bronx
12  street vendors there is probably some bandwidth with
13  the Bronx community relief effort where there are
14  some access to some philanthropic dollars that we can
15  deploy for our street vendor support.
16      CO-CHAIR COHEN:  Thank you Mike.
17      STEPHANIE JONES:  Thank you.  Chair Gjonaj also
18  has some follow up questions.  Chair?
19      CHAIRPERSON GJONAJ:  Thank you Stephanie and
20  thank you Chair Cohen.  Michael, thank you for being
21  a part of today's hearing, for making the time to be
22  here.  Your leadership is renowned and well known out
23  there.  So, I'm looking forward to reading your full
24  testimony.
25
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
      INTERGROUP INTERGROUP RELATIONS          235

1

2      But Michael, were you surprised to hear that only

3   one percent of that limited, and when I say limited,

4   I'm being very generous.  That limited SBS loan and

5   grant program, that one percent that worked its way

6   to the Borough of the Bronx?

7      MIKE BRADY:  I would be lying if I said I wasn't

8   surprised.  I didn't think it would be that bad,

9   quite frankly.  I knew the Bronx would be

10  disproportionately less than the rest of the City of

11  New York but one percent is disgusting quite frankly

12  and I have a lot of friends who I consider friends

13  and colleagues at small business services and there's

14  really something wrong, structurally wrong with our

15  city and our agencies if only one percent of

16  resources that we have gets to a borough that has

17  historically been disenfranchised at redlines.

18      This is the story of redlining all over again,

19  but it's coming from the City of New York.

20      CHAIRPERSON GJONAJ:  Michael, thank you and I

21  think it's abundantly clear that this should be a

22  rude awakening of the borough of the Bronx and our

23  small businesses and what we actually mean.  I mean,

24  all small business should be upset by the low dollar

25  amount.  $39 million for 200,000 businesses.  That

1

2  equates to about $245 per business.  That is an

3  insult and we know there was an interim gap meant to

4  help along until the federal funds came in, but we

5  spend more on some very minor culturally important

6  things but nothing to this magnitude.  Small business

7  is the backbone of our city as an economic engine.

8      To only give $39 million is an insult to begin

9  with, let alone to have that small amount come into

10 the Borough of the Bronx.  So, I'm expecting you to

11 continue this leadership Michael.  Rally your troops,

12 you shouldn't be just the Borough of the Bronx, but

13 citywide you have to help deliver that message back

14 to this Administration that enough is enough.  And

15 that they must do more and we're going to hold them

16 accountable.  What they've done is borderline

17 criminal.  $39 million to help 200,000 businesses is

18 unforgiveable.

19 MIKE BRADY:  Absolutely Chair Gjonaj and you know

20 I would just say to Commissioner Bishop because I

21 know during last weeks Stated Meeting there was a lot

22 of question about what business improvement districts

23 are doing.

24     In the past three weeks, the Bronx Business

25 Improvement Districts have packaged over 1,000 PPP

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1         INTERNATIONAL INTERGROUP RELATIONS        237

2  loans for Bronx businesses.  We have deployed

3  $500,000 worth of grant monies to Bronx businesses

4  without the bureaucratic red tape of government.

5      So, when we ask what Bronx bids are doing during

6  a pandemic, we are active in providing services and

7  we would expect that the City of New York would be

8  providing those same services.

9      CHAIRPERSON GJONAJ:  You've done more than the

10  entire City of New York for just your commercial

11  corridor.  Kudos to you Michael, they are lucky to

12  have you.  Thank you.

13      MIKE BRADY:  Thank you Mark.

14      STEPHANIE JONES:  Thank you Michael.  Next up is

15  Pablo Benson Silva followed by Jennifer Tausig and

16  then Matthew Newberg. Pablo?

17      MODERATOR:  Time is starting.

18      PABLO BENSON SILVA:  Thank you very much.  Thank

19  you very much Chair Gjonaj and Cohen.  I want to

20  thank you all for organizing this hearing remotely.

21  I am with the New York City Network of Worker

22  Cooperatives.  We are the trade association for

23  worker on businesses in New York City and we are also

24  a proud member of the United for Small Business

25  Coalition.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERGROUP INTERGROUP RELATIONS          238

1

2      I just want to second all of the demands that

3   were expressed earlier by Karen, Carina, and others.

4   But I'm here representing the WCBDI, Worker

5   Cooperative Business Development Initiative, which as

6   you know is funded by City Council discretionary

7   funds.

8      Firstly, because like a lot of our businesses

9   were unfairly excluded from a lot of these SBS, the

10   SBS grant and loan program.  Partly because they

11   defined employee employment very narrowly.  Excluding

12   what we would call member distributions or patronage,

13   especially for LLC structured cooperatives and we're

14   representing 70 percent of our worker owners are

15   immigrants.  They are not going to have access to the

16   federal relief direct cash payments.  They have a

17   much higher threshold to get the PPP and other

18   federal small business relief programs.

19      And they are also unfairly impacted by the UBT

20   tax, the Unincorporated Business Tax and that is

21   something that we're hoping to get some kind of

22   relief for, just because of the amount of owners

23   right.  Since most in Worker Cooperatives, most of

24   the workers are owners of the business.

25

```
1      COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
             INTERGROUP RELATIONS              239
2           So, for these and many other reasons, we feel

3      like this crisis has impacted our community

4      disproportionately but nevertheless, the Worker

5      Development Initiative which has 14 partner

6      organizations has done a lot of amazing work during

7      this period.  Our partners have just been inundated

8      with requests.  An avalanche of TA requests from

9      distressed businesses in which their operating at

10     double and sometimes triple their capacity.

11          So, we definitely feel that our work is super

12     essential in moments of crisis like this.  You know,

13     we've served over 2,000 individuals during this

14     period.   You know, our online resources have reached

15     over 125,000 people and supported over 300

16     businesses.

17          One of the things that we think is, its super

18     strategic to think that City Council think about

19     Worker Cooperatives as a model to preserve businesses

20     as business owners retire or are forced to retire

21     because of this crisis.  You know, a lot of

22     businesses, 85 percent don't have succession plans.

23     So, telling to their workers is a way of preserving

24     those jobs.  We hope that City Council considers our

25     proposed enhancement—
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
     INTERGROUP RELATIONS          240

1

2    MODERATOR:  Times expired.

3    PABLO BENSON SILVA:  Of $5.4 million for next

4  year.  Thank you very much.

5    STEPHANIE JONES:  Thank you Pablo.  Next is

6  Jennifer Tausig followed by Matthew Newberg and then

7  Gregory Frank.  Jennifer?

8    MODERATOR:  Time starts now.

9    JENNIFER TAUSIG:  Good evening Speaker Johnson,

10  Chair Gjonaj, Chair Cohen and members of the New York

11  City Council.  My name is Jennifer Tausig, I am a Co-

12  Chair of the New York City Bid Association and also

13  the Executive Director of the Jerome Gun Hill Bid in

14  the Bronx.

15    The Association and 76 individual bid members are

16  stewards of New York City's commercial corridors and

17  are working harder than ever to help our businesses

18  and city during this unprecedented time.  Our mission

19  has always been to support our local businesses, keep

20  neighborhoods safe and bring prosperity to our

21  communities.  Never has our work been more vital and

22  essential than it is today.

23    Our association and bid directors are sharing

24  information about relief programs, shut down

25  directives and city agency initiatives with business

1

2    owners.  They are actively sharing information on

3    businesses that are opening with customers.  Staff

4    are still working to the minimum extent necessary to

5    maintain public safety and sanitary conditions as per

6    the states executive orders.

7        The essential work bids continues during this

8    crisis.  The Bid Association is also working closely

9    with other advocacy organizations, many of whom we've

10   heard from today.  Andrew and Michael and Lisa to

11   have a united voice on how to best support and save

12   our local businesses.  We will continue to advocate

13   for both small businesses and property owners in

14   commercial districts across New York and look forward

15   to working with our elected leaders on innovative

16   solutions to ensure our city bounces back stronger

17   than ever.

18       Our small businesses are suffering unlike ever

19   before.  We have long been advocates for our

20   struggling storefront businesses but the now face

21   unparallel challenges.  Many businesses have been

22   forced to close and the few that remain open have

23   major operational constraints.  Our restaurants and

24   bars as we've heard are the life blood of our

25   neighborhoods.  They are also a critical food option

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          242

1

2  for our residents but are now limited to only take

3  out and delivery.  Even when dining in was allowed,

4  many businesses were already losing money on

5  deliveries when working through third-party apps.

6  Now these apps are surely seeing record profits while

7  our local restaurants are hanging on by a thread if

8  at all.

9      We've heard that as many as half of the

10 restaurants that are closed, currently closed may

11 never reopen and many more are closing every day.

12 This is why we fully support legislation to rain in

13 excessive fees and predatory behavior by third-party

14 food delivery companies.  We believe that this action

15 could be the difference between survival and closure

16 for countless local businesses.  We also support the

17 waiving and refunding of sidewalk café license fees

18 as well as a temporary delay in licensing renewal

19 requirements.

20     Businesses have so many operational costs and

21 regulatory burdens, anything we can do to reduce

22 those costs during this crisis and after, will be

23 critical to ensuring the continued survival of these

24 businesses.

25

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                  INTERNATIONAL INTERGROUP RELATIONS        243
 2        Lastly, we recognize that many commercial tenants
 3    may find it difficult to pay rent during these hard
 4    times.  However, we must ensure that any legislative
 5    efforts also take into account the continued
 6    operational costs of property owners and their
 7    obligations to creditors.  Many of the buildings in
 8    our outer borough commercial corridors including the
 9    one I represent in the Bronx, are owned by small
10    landlords.
11        We believe that the commercial tenant legislation
12    considered today and others being currently
13    considered are well intentioned; however, the fact
14    that some of those property owners might not see any
15    rental income until April 2021.
16        MODERATOR:  Time is expired.
17        JENNIFER TAUSIG:  May create another untenable
18    situation.  We look forward to working with the City
19    Council to find solutions to these unprecedented
20    challenges.  Thank you.
21        STEPHANIE JONES:  Thank you for your testimony
22    Jennifer.  I see Chair Cohen has some questions for
23    you.
24        CO-CHAIR COHEN:  I just want Jennifer to know
25    that I've noticed the work the you've been doing in
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
      INTERNATIONAL INTERGROUP RELATIONS        244

1

2  these very difficult times.  I've very, very

3  appreciative.  The Jerome Gun Hill Bid is in my

4  district and I really look forward in working hand

5  and glove and we try to revitalize and maybe even

6  make it better than it was on the other side of the

7  coronavirus.

8      So, thank you for your partnership.

9      JENNIFER TAUSIG:  Thank you for all of your

10  support through all the years and we're with you.

11      STEPHANIE JONES:  Thank you Chair.  I see Chair

12  Gjonaj also has a follow question or remark.

13      CHAIRPERSON GJONAJ:  I just want to follow the

14  sentiments of my colleague Jennifer.  We're very

15  fortunate to have you in our borough and working hard

16  for our small businesses and for those mom and pop

17  shops and we're grateful to you.  But as you can see,

18  we have a lot of work ahead of us and we're going to

19  need to roll up our sleeves.  You've always had them

20  rolled up and now we need to engage everyone and the

21  approach must be an attack on any small business is

22  an attack on all small business.  United we're going

23  to get through this, so I'm grateful to you.

24      Thanks Jennifer.

25

```
        COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1
             INTERGROUP INTERGROUP RELATIONS         245
```

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS         245

2    JENNIFER TAUSIG:  Yes, thank you for your

3    leadership as well and we're with you to the end.

4    CHAIRPERSON GJONAJ:  Which doesn't sound like

5    it's far off anyhow the way things are going.  The

6    end is closer than we think.  Don't respond Jennifer.

7    STEPHANIE JONES:  Thank you Jennifer.  Next up is

8    Matthew Newberg followed by Gregory Frank, followed

9    by yin Chan.  Matthew?

10   MODERATOR:  Time starts now.

11   MATTHEW NEWBERG:  That's not my video.  Alrighty,

12   good evening Council Member Gjonaj and Chair Cohen.

13   My name is Matt Newberg, I'm the Founder and Author

14   of HNGRY.  A new media platform dedicated to the

15   emerging intersection of food and technology.

16   Despite having only been a few months since my last

17   testimony, we have witnessed a decades worth of new

18   developments.  We are now officially living in a 100

19   percent off premise society where take out and

20   delivery are the sole options for dining in our

21   favorite restaurants.

22   In a post COVID, pre-vaccine world there is no

23   doubt that delivery and take out will continue to

24   remain the dominate lifeline or restaurants.

25   However, the chance of restaurant survival will

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERGROUP INTERGROUP RELATIONS          246

1

2    continue to decline each and every day until the

3    entire system is rethought.  In just a matter of

4    weeks, restaurants have suffered a one, two punch.

5    Depressed sales and on top of that a rising

6    percentage of delivery that accounts for those sales.

7         So, according to a recent survey from the

8    national bureau of economic research, restaurant

9    owners had a 30 percent of remaining open through the

10   end of December if the current crisis lasts for four

11   months.  That probability quickly has the 15 percent

12   if it last 6 months.  As Momofuku founder David Chang

13   recently Tweeted, restaurants cannot survive off of

14   take out alone, referring to delivery as fools gold.

15        To explain why, consider an example from the CEO

16   of a very successful vegan fast casual chain by Cloe.

17   If delivery accounts for a third of our restaurant

18   sales yesterday and double to two-thirds today, that

19   same business would have to increase its total sales

20   by 50 percent to just break even assuming a 30

21   percent commission to third parties.  Compared to

22   that and simply not done any delivery at all, the

23   restaurants selling two-thirds delivery would have to

24   double its sales to just break even.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
     INTERGROUP INTERGROUP RELATIONS        247

1

2       Thus, [INAUDIBLE 4:38:12] presentation to a room

3  full of restaurant execs last November was titled,

4  The Zero Sum Game of Delivery.  Of course, this math

5  was all done before the crisis and assumes a

6  restaurants can make a healthy 15 percent margin on

7  dine in.  But the principles remain the same.  The

8  more deliveries sold to third-party apps like

9  Grubhub, Door Dash, Uber Eats and Postmates the worst

10 restaurants bottom line.  An example that turns the

11 zero-sum game into downright unprofitable is Grubhub

12 Super for Support.  A controversial promotion that

13 takes advantage of restaurants that don't read the

14 fine print.  The scheme offered consumers a $10

15 discount bared completely by the restaurant.  While

16 it's simultaneously charging the same 20 to 30

17 percent commissions of the entire order value, not

18 discounted.

19      So, if you do the math, that restaurant would

20 have to pay $22 of a $40 order to Grubhub for fees

21 and discounts.  That's a 64 percent reduction of

22 profit had it not participated at all.

23      After getting flack, Grubhub responded by setting

24 up a $30 million fund to provide each of these

25 restaurants with a mere $250 each.

1  COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
       INTERNATIONAL INTERGROUP RELATIONS        248

2       MODERATOR: Time expired.

3       MATTHEW NEWBERG:  If they would be of use.  I

4  guess, I just want to close and just show you — I

5  wanted to share my screen very quickly just to show

6  you the economics of this promotions, so you can

7  better understand that.

8       STEPHANIE JONES:  Matthew, please feel free to

9  submit that by email with the email address that I

10  shared earlier.  Thank you so much for your

11  testimony.

12       MATTHEW NEWBERG:  Thank you.

13       STEPHANIE JONES:  Next we have Gregory Frank, the

14  Ein Kong and then Alice Lew.  Gregory?

15       MODERATOR:  Time starts now.

16       GREGORY FRANK:  Thank you.  Good evening Chairman

17  Cohen and Gjonaj and members of the City Council.  I

18  am Antitrust Lawyer and a Partner of the New York

19  City Law Firm Frank LLP.

20       Since I testified before this committee

21  concerning third-party delivery services last July,

22  At the behest of Councilman Gjonaj, I have continued

23  my investigation into any unlawful practices.  I have

24  interviewed stakeholders including restaurants and

25

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
             INTERNATIONAL INTERGROUP RELATIONS        249

2    consumers and have reviewed numerous documents

3    including the form contracts required of restaurants.

4        As a result of the findings of my investigation,

5    I now represent several New York City consumers who

6    filed an antitrust lawsuit against the third-party

7    food delivery services in a federal court styled

8    Davitashvili v Grubhub at Al.  The lawsuit alleges

9    that all of the third-party delivery services

10   testified here today, include in their contracts

11   unlawful menu price restraints.  The services clauses

12   prevent restaurants from offering lower menu prices

13   to New York City consumers when they make purchases

14   and sales channels other than though the third-party

15   delivery services.  This hurts both restaurants and

16   consumers.

17       By precluding restaurants from offering lower

18   menu prices to dine in and direct delivery consumers

19   who order on a restaurants website or phone, the

20   delivery services unlawfully restrict competition

21   from restaurants for their own customers.  Long after

22   this crisis ends, these clauses will continue to

23   cause prices to be higher for consumers in the dine

24   in and direct markets even though the services do not

25   even participate in those markets.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERGROUP INTERGROUP RELATIONS        250

1

2      Instead, the menu price restrictions cause prices

3   to be higher for everyone.  Moreover, once this

4   crisis ends, these menu price restraints will prevent

5   restaurants from offering discounted menu items to

6   bring consumers back to dine in the restaurants even

7   though they would be more profitable for the

8   restaurants and less expensive for consumers.

9      For this reason, I strongly support bill 1907

10  because restaurants should be allowed to set their

11  menu prices however they want.  This is capitalism.

12  The delivery services levering their monopoly power

13  in the food delivery market to use price restraints

14  that cause higher prices in other markets is not.  I

15  must also voice my support for bill 1908-A, the

16  commission cap and bill 1897 concerning transparency

17  of costs.

18      During my investigation, one restaurant tour

19  observed that Seamless used to offer the same service

20  for a 5 percent fee.  Moreover, Grubhub, Seamless now

21  acquire only spends 10 percent of its cost on

22  technology.  Grubhub's rates are monopolistically

23  high is reflected in the testimony we heard today.

24  As Grubhub charges almost twice what Uber Eats does

25  for the same service.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1            INTERNATIONAL INTERGROUP RELATIONS        251

2       MODERATOR:  Times expired.

3       GREGORY FRANK:  I'm happy to answer any

4   questions.

5       STEPHANIE JONES:  Thank you Gregory.  Next up we

6   have Yin Kong, Alice Lu and then Julian Hill.  Yin?

7       MODERATOR:  Time starts now.

8       YIN KONG:  Good afternoon everyone or should I

9   say evening at this point.  My name is Yin Kong, I am

10  the Director of Think Chinatown.  We're a nonprofit

11  based in Manhattan's Chinatown advocating to support

12  what we love about Chinatown.  I know neighborhoods

13  all across New York are hurting at this difficult

14  time but I am here today to raise a red flag about

15  how the small business economy in my neighborhood,

16  Chinatown has been disproportionately impacted by

17  this pandemic.

18      So, first of all, the economic downturn in

19  Chinatown began as early as January.  This was due to

20  xenophobic fears but also due to cultural norms

21  observed in our neighborhoods which lead to stronger

22  practicing of social distancing earlier on in the

23  pandemic.  That means that we went on pause in a more

24  intense manner in an earlier timeline compared to

25  other neighborhoods in New York City.

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS        252

2        As early as January, Chinatown community members

3    had already cancelled plans for Lunar New Year

4    gatherings.  Second of all, both SBS and SBA grants

5    and loan programs were not inclusive in the grant

6    owned businesses.  Language support on the

7    application and on the outreach of the program is

8    sorely lacking.  By the time grassroot efforts pulled

9    together to fill in the gaps for translations, the

10   funding was already run out.

11       The cash basis business practice common in

12   Chinatown also results in a paper trail that may not

13   be able to fully reflect loses and informal payroll

14   prevalent in small family owned businesses excluded

15   many businesses from benefiting in meaningful amounts

16   from the PPP.

17       I know the intention of SBS and SBA is employment

18   retention and I appreciate Commissioner Bishop's

19   shout out to his testimony that small businesses in

20   Chinatown were specially kept in mind for the roll

21   our of the SBS relief plans, and I also look forward

22   to seeing his zip code based numbers.  Thank you,

23   Councilwoman Chin, for asking for that but even more

24   than that, we really need to take a look at what type

25   of businesses are benefitting from these programs.

```
   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1         INTERGROUP INTERGROUP RELATIONS        253
```

1          COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS        253

2    Because I got say, it's really been missing the mark

3    in Chinatown.  And this is why the Chinatown

4    community needs targeted support.

5        Here are some places I think the City Council can

6    invest in.  One, protect the wholesale produce

7    network in Chinatown.  It is the life blood of our

8    neighborhoods economy.  I know this complex network

9    of produce wholesalers in Chinatown is not visible on

10   the way to Hunts Point but it's an entire quality of

11   small businesses are depending on that, including

12   grocers, street vendors and hundreds of restaurants.

13   Not only in Chinatown but across New York City.

14       A failure of this infrastructure will lead to

15   many downstream effects such as closures of retailers

16   and restaurants.  There is also many jobs.  Second

17   recommendation is targeting rent burden.  It is the

18   number one concern for business owners in Chinatown.

19   Self-employment as a means of survival, when you are

20   shut out of the mainstream job market due to language

21   skills and citizenship —

22       MODERATOR:  Time is expired.

23       YIN KONG:  But Chinatown business owners take on

24   these tough business conditions because of necessity.

25   I also want to point out the fact that because

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS          254

1

2    Chinatown is a neighborhood with the most rent

3    stabilized and controlled units, our commercial

4    property takes up the burden in any increase of

5    property tax and fees, meaning our community

6    landlords have less flexibility in determining lower

7    commercial rents and street level storefronts.

8        CHAIRPERSON GJONAJ:  Thank you for your

9    testimony.

10       YIN KONG:  Thank you.

11       STEPHANIE JONES:  Thank you again.  Next up is

12   Alice Lu, then Julian Hill, then Brendan Martin.

13   Alice?

14       MODERATOR:  Time starts now.

15       ALICE LU:  Good evening everyone.  I won't be

16   able to stream my video because my internet is a

17   little bit glitchy, so I will just have to talk to

18   you guys over audio.

19       So, again, my name is Alice and my family are

20   small business owners in Chinatown, but I was brought

21   to this meeting through Think Chinatown.

22       I want to talk to a little bit about my families

23   experience as well as many other small businesses

24   experience in applying for these existing grants and

25

1  COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
           INTERGROUP RELATIONS          255

2  loan opportunities that were given to us by the

3  state, the city, and the federal government.

4      So, my family actually applied for the Employee

5  Retention Grant that was administered by the SBS.

6  After having spent one entire day gathering all the

7  necessary documents including bank statements, POS

8  system statements, revenue, annual revenue, etc., we

9  only found out that we were eligible for $960.00, a

10 mere $960 and then on top of that when we were called

11 and contacted by the administrator of the grant, we

12 found out that we were not eligible for it because we

13 had no proof of payroll that was acceptable to SBS.

14     So, they insisted to us that the only acceptable

15 document for payroll was check stubs but that's not

16 something that exists for Chinatowns small mom and

17 pop businesses and for microbusinesses.  And so,

18 therefore, it excludes all of these small businesses,

19 immigrant businesses and microbusinesses.

20     We offered to instead supplement with W-2 forms

21 to show that employees got paid or NYS45 forms to

22 show that our business paid employees, but none of

23 that was excepted as eligible proof.  So, this

24 restrictive pool of eligible documents really needs

25

```
           COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                 INTERNATIONAL INTERGROUP RELATIONS        256
 2   to be widened, so that it's inclusive of the unique
 3   situation of small business owners.
 4       The second thing I want to talk about is rent and
 5   property tax in Chinatown.  So, with federal programs
 6   like the PPP or EIDL, a lot of these businesses have
 7   not been able to apply.  This is because, well, a lot
 8   of it has become too troublesome for small businesses
 9   in Chinatown to take advantage of because most of our
10   overhead cost comes through the rent and property
11   tax, not through employees.
12       So, when you are not able to get a large sum of
13   PPP programs, then small businesses have to consider
14   whether it's worth it to even apply for these
15   programs when they are even considering the fact
16   whether they will reopen.
17       MODERATOR:  Times expired.
18       ALICE LU:  In terms of that, I want to point out
19   a solution which is for future programs to
20   incorporate rent based grants or loans or rent
21   vouchers or even property tax forgiveness programs
22   for the future in order to make this more sustainable
23   for small businesses and immigrant businesses.
24       Thank you.
25
```

1

2    STEPHANIE JONES:  Thank you Alice.  Next, we have

3    Julian Hill then Brendan Martin and then Ryan Roy.

4    Julian?

5         MODERATOR:  Time starts now.

6         Julian Hill:  Speaker, Chairman Gjonaj and Cohen,

7    our committee members, thank you for this opportunity

8    to testify.  My name is Julian Hill and I'm a

9    Supervising Attorney at TakeRoot Justice.  TakeRoot

10   believes that empowering local organizing is really

11   how we decrease suffering in our city.

12        TakeRoot advisors work with cooperatives through

13   the work of Cooperative Business Development

14   Initiative WCBDI, which was mentioned before.  It is

15   a Council funded initiative helping build a

16   solidarity economy.  TakeRoot also supports small

17   businesses through the commercial lease assistance

18   program which was also mentioned before.  It's an SBS

19   program that's actually up for renewal next year.  I

20   thank Commissioner Bishop, countless Council members

21   for supporting these small business programs.

22        Our clients are mostly low income, mostly people

23   of color, mostly women, often non-English speaking,

24   often immigrant business owners currently being

25   devastated by COVID-19.

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS      258

2    I'll take briefly about Into. Numbers 1914 and

3    1932.  Regarding Intro. 1914, we agree that the term

4    harassment should include threatening tenants

5    impacted by COVID-19 directly or indirectly.

6    However, our clients who often can't at this point

7    afford to pay rent, certainly can't afford to pay for

8    a lawyer either.  We suggest further thought around

9    sharing what resources are necessary for small

10   businesses to be able hold their landlords

11   accountable under this bill.

12       Regarding Intro. number 1932, we also agree,

13   business owners should not be personally liable for

14   breaking a lease or the terms of the lease due to

15   COVID-19.

16       Two quick suggestions, extend the COVID-19 period

17   by several months to contemplate what would

18   inevitably a need for time to recover and two, expand

19   the definition of personal liability provision to

20   include guarantee agreements which often accompany

21   leases and give effect to personal liability in the

22   first place.

23       Look, before TakeRoot, I've advised domestic and

24   Latin American companies at a very large law firm, so

25   I understand there are multiple perspectives here,

```
          COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1              INTERNATIONAL INTERGROUP RELATIONS       259
```

2    but let's not ignore what's obvious.  Small

3    businesses need rent relief.  Most landlords are not

4    providing that relief despite our efforts.  The

5    largest corporations in the world got bailed out.

6    People need to know that City government which has

7    the authority to abate rent will put all of its tools

8    on the table to help them.  Failure means power in

9    property in the hands of fewer large corporations and

10   monopolies which has been brought up several times

11   today, and the exploitation of community, labor,

12   culture, and investments.

13       Corporate elites are erratically imagining the

14   future of this city post COVID-19, having an

15   organized financing, labor, power, commercial space.

16   We should to.

17       Thank you again for this opportunity to testify

18   and I welcome any questions that folks may have.

19   Thanks.

20       STEPHANIE JONES:  Thank you Julian.  Next up, we

21   have Brendan Martin, Ryan Roy and then Andrew Ding.

22   Brendan?

23       MODERATOR:  Time starts now.

24       BRENDAN MARTIN:  Hi, can you hear me?  Hi, my

25   name is Brendan Martin, I'm the Executive Director of

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1        INTERGROUP INTERGROUP RELATIONS        260
2  the Working World.  I want to thank the City Council,
3  the Chairman and everyone for getting together in
4  this time and putting together this virtual hearing.
5  Thanks for hearing all of the extraordinarily
6  important challenges that small businesses in our
7  city are facing.
8      The Working World is a lender who does technical
9  assistance to cooperative businesses in the city.
10  So, I'm following up on some of the comments by my
11  colleagues Pablo Silva that he made earlier.
12      90 percent of the money that the Working World
13  lends out goes to people of color business.  The
14  small businesses in this city.  The Working World is
15  also part of the Worker Cooperative Business
16  Development Initiative, WCBDI that helps these
17  cooperative businesses, helps create new small
18  businesses and in particular, small businesses that
19  create equity in New York City.
20      What I want to talk about today is the kind of
21  work that we've had to continue doing.  The Working
22  World and WCBDI are work lending and supporting
23  cooperative small businesses, not only has it not
24  been interrupted but its multiplied many fold.  Like
25  a lot of people doing what you might call essential

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERGROUP INTERGROUP RELATIONS        261

1

2  type work.  We've been up to 4 a.m. most nights to

3  respond by raising over a quarter of a million

4  dollars just our selves for grant relief directly to

5  small businesses by raising almost one and a half

6  million dollars in federal aid by doing dozens and

7  dozens of applications for city and federal support

8  for these small businesses.

9     Most of these small businesses are people of

10  color.  The majority of them are in immigrant

11  communities, the places that have been hardest by

12  COVID and the places that are getting the least

13  amount of support.  It is the work of WCBDI to target

14  these most marginalized areas of the city and support

15  the small businesses there.

16     However, as we mentioned before, some of the

17  crisis that we see worst in response to something

18  like this pandemic are the crisis that already

19  existed.  There was a small business crisis happening

20  in this city of retiring business owners.  The

21  majority of our small businesses were owned by baby

22  boomers who were in the process of retiring.  There

23  was already a crisis of employment we saw coming if

24  those retirements all went through.

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERNATIONAL INTERGROUP RELATIONS        262

1

2      Now what we're seeing is the retirements we saw

3  coming in the next five to ten years seem to be

4  happening in the next five to ten months, if not

5  sooner.

6      We have had a five times increase, unsolicited in

7  business owners saying I wanted to retire and I'm

8  just going to get out now and no amount of financial

9  support is going to help them bring together the

10  energy as a 70 year old plus person to restart their

11  business.  One of the few solutions that have been

12  brought forward —

13      MODERATOR:  Time is expired.

14      BRENDAN MARTIN:  To not only help weather this

15  storm but actually to rebuild after this storm has

16  passed has been the possibility of conversion to

17  worker ownership.  With so few owners available, so

18  few buyers available to buy out these businesses from

19  these retiring owners, the conversion to worker

20  ownership is one of the few solutions that have been

21  presented and it is the core work that we do at the

22  working world and that WCBDI does.  And not only is

23  it one of the solutions that is actually not just

24  going to get through, it has to be put on table is

25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
             INTERGROUP RELATIONS          263

1

2   one that can do so with extraordinary equity, an

3   inclusion of people from around the cities.

4       So, we're asking that the for a very small price

5   relative to other things being floated, you can keep

6   the opportunity of worker ownership that has been

7   boomed for the city since the City Council starting

8   funding it a few years ago and it's now all of a

9   sudden become more essential than you could ever

10  imagine as the need for this worker ownership

11  solution for work in the 21st century has become

12  paramount during this crisis.

13      Thank you.

14      STEPHANIE JONES:  Thank you Brendan.  Next, we

15  have Ryan Roy, then Andrew Ding and then Carlos

16  Martinez.  Ryan.

17      MODERATOR:  Time starts now.

18      RYAN ROY:  Thank you very much for this

19  opportunity to speak.  I am a Small Business Owner in

20  Greenpoint, Brooklyn.  I am a Brooklyn Native, I grew

21  up here my entire life.

22      My business is located in a building with over

23  100 smaller you know, studio spaces and I'm with a

24  group of tenants who are approximately 80 or so of us

25  that are trying to negotiate with a landlord and you

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS          264

1

2  know there's some talk about helping businesses who

3  are being harassed by their landlord.  We are

4  experiencing the total opposite where no one is

5  communicating with us except through you know, an

6  intermediary who basically stonewalls us.  So, we

7  feel pretty powerless to voice our needs.  We are

8  unable to provide income to pay for our retail spaces

9  and then you know, paying for our residential rents

10  on top of that has just become incredibly challenging

11  and I waited five hours because you know, to speak

12  here because there is no other opportunities.  There

13  is no where our voice can be heard.

14      So, I'm very grateful for this opportunity to

15  speak and you know, I own a tattoo studio, I do not

16  have employees but my space provides a space for

17  other artists to work, so they rent room from my

18  studio.  So, you know, I applied for a lot of loans.

19  I'm not sure how I qualified or didn't, I haven't

20  received anything yet and I was told by my account

21  that the EDL or EIDL loan that I applied in March and

22  there was a glitch or something and now I need to

23  reapply but they are not taking new applications.

24      So, it's a lot here and I want to keep it concise

25  and just I guess I just want to get across that we're

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                  INTERNATIONAL INTERGROUP RELATIONS        265
 2   just feeling very powerless and like we have no voice
 3   and we're really hoping that you know, the people can
 4   provide support and you know, we're thinking of our
 5   families and our livelihoods are on the line here and
 6   we're desperate.
 7       So, I just wanted to speak for myself and other
 8   small businesses that are in my situations.  That's
 9   all.  Thank you for your time.
10       STEPHANIE JONES:  Thank you Ryan.  Chair Gjonaj
11   has a question for you.
12       CHAIRPERSON GJONAJ:  Thank you Stephanie.  Ryan,
13   I'm not sure, I didn't catch it, where is your
14   establishment located?
15       RYAN ROY:  The address is 67 West Street.
16       CHAIRPERSON GJONAJ:  In Manhattan?
17       RYAN ROY:  In Greenpoint Brooklyn.
18       CHAIRPERSON GJONAJ:  Brooklyn, okay, thank you.
19   So, Ryan, I want you to stay in touch with me.  As
20   Small Business Chair, I'm committed to you and all
21   small businesses.  I want to be there and be the
22   resource for you and hopefully we can point in the
23   right direction.
24
25
```

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                   INTERNATIONAL INTERGROUP RELATIONS      266
 2        So, I want you to email me or stay in touch with
 3   my office and I promise you that we'll do whatever we
 4   can to help you.  You are not alone.
 5        RYAN ROY:  Who can I email?  I was actually
 6   speaking with someone from TakeRoot before this and
 7   they reviewed my lease and they are the ones who told
 8   me to come here and speak today.  They were very
 9   helpful but it also seems like, if our landlord won't
10   come to the table, they can't really help us.  You
11   know, so, where can I get your email to be in touch?
12        CHAIRPERSON GJONAJ:  I'm going to give you my
13   phone number, 718-931-1721 and my email is m like
14   Mark, Gjonaj and I'll spell it out for you.  G-j-o-n-
15   a-j @council.nyc.gov.
16        RYAN ROY:  So, dot nyc dot gov.
17        CHAIRPERSON GJONAJ:  Perfect.
18        RYAN ROY:  Alright, I got that yeah.
19        CHAIRPERSON GJONAJ:  Thanks Ryan.
20        RYAN ROY:  You'll be hearing from me.  Thank you
21   so much, I really appreciate it.
22        STEPHANIE JONES:  Thank you Ryan and thank you to
23   all our panelists for your patience.  Next, we have
24   Andrew Ding, followed by Carlos Martinez followed by
25   Rahim Ali.
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
             INTERGROUP INTERGROUP RELATIONS          267

1

2     MODERATOR:  Andrew, your time starts now.

3     ANDREW DING:  Hi everyone.  Thank you.  I am

4  speaking into portal 1898, which is the pro-addition

5  of erroneous telephone order fees by third-party

6  order sites and specifically in my case, Grubhub and

7  Seamless.

8     Thank you for allowing me to speak on this

9  matter.  My name is Andrew Ding and I am the owner of

10  the Expat, a neighborhood bar and up in Harlem way up

11  in last June 2019.  The start of this mandated

12  restaurant shut down in March we were forced to

13  furlough nine employees and scramble exclusively to a

14  delivery and take out model in a bid to save the jobs

15  of some of our most vulnerable staff in the kitchen.

16     Prior to the shutdown, our delivery sales

17  accounted for about 3 percent and right now, we're

18  growing them to about 30 percent but that's 30

19  percent of what our total sales used to be pre-COVID.

20  This amount is barely enough to cover payroll let

21  alone utilities and other operational expenses and

22  last Tuesday I was reviewing transactions for a

23  customer, I stumbled across an Ivan labeled phone

24  order which after clicking produced a popup window

25  and had a play button.  It was recording of a 35

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS          268

1

2  second of a phone ringing seven times and then going

3  straight to voice mail and for this call, I was

4  charged $7.09.  No in point and time was I ever

5  informed or advised to be aware of such charges and

6  as such, I didn't know to even look for them

7  previously.  So, I immediately conducted a thorough

8  audit and I found that between January 1, 2020 and

9  April 21, 2020, I had 55 similar charges.  The total

10  was about $385.  The majority of these calls

11  consisted of questions about the menu, delivery

12  radius, allergy info and hours.  I had a bunch of

13  them that were just simply phone ringing and

14  voicemail but what was even more disturbing was that

15  at least ten of these charges were customers who had

16  just placed an order online but called in to ask

17  about the status of that order.  Which means we were

18  charged twice.

19      More disturbingly was that a whole bunch of these

20  people calling didn't even realize that they were

21  calling and being redirected by Grubhub because they

22  found our information on Yelp, which I later found

23  out was owned by Grubhub.

24      Shockingly, only 3 out of 55 orders were actually

25  orders, all of these charges.  So, that means that

1

2    they had a dismal 5 percent accuracy and a 95 percent

3    margin of error.  It appears that Grubhub arbitrarily

4    charged the flat rate for all calls lasting over 35

5    seconds which is barely long enough to pick up the

6    phone let alone take an order.

7        The review process is also extremely cumbersome.

8    It requires us to manually review each and every

9    charge on a laptop or a desktop browser only.  The

10   play function on your smart phone is not active.

11       In order to submit a request for review, we are

12   asked to take down the time and date.

13       MODERATOR:  Time expired.

14       ANDREW DING:  Anyway, this is predatory.

15   Everything is calibrated and stacked against the

16   business owners and we need your help to stop them.

17   Thank you for your time everybody.

18       STEPHANIE JONES:  Thank you Andrew, I believe

19   Chair Gjonaj has a follow up question.

20       CHAIRPERSON GJONAJ:  Andrew, first I want to

21   thank you for waiting so long to be heard because

22   what you just told me, we enforced something that we

23   knew was occurring.  But we were told by Grubhub that

24   they corrected this problem.  That it is not ongoing.

25   They've also opened up the look back period for any

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
INTERNATIONAL INTERGROUP RELATIONS        270

1

2  phone order charges that were done erroneously.  But

3  you're telling me only three out of the 55 charges

4  actually yielded a sale.

5       ANDREW DING:  Right.

6       CHAIRPERSON GJONAJ:  And a few of them, it was a

7  double charge.  Meaning that they called back after

8  they placed an order.  Andrew, I'm going to give you

9  my phone number as well, this is so important to me.

10      ANDREW DING:  Yeah.

11      CHAIRPERSON GJONAJ:  718-931-1721.

12      ANDREW DING:  Yeah.

13      CHAIRPERSON GJONAJ:  And my email

14  mgjonaj@council.nyc.gov, I want to stay in touch with

15  you.  You are not the only one and unfortunately,

16  from the original hearing that we had, when this came

17  about, I said back then on the record, that I truly

18  believe this was done with intent by Grubhub, knowing

19  the small businesses did not have the time to go back

20  and look at phone orders.

21      ANDREW DING:  100 percent.

22      CHAIRPERSON GJONAJ:  It was a calculated move on

23  their part.  So, I'm really sorry that this is

24  continuing.  This won't be the last of it Andrew.  I

25  want you to challenge those orders immediately,

```
 1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
              INTERGROUP RELATIONS          271
 2   challenge them all and we're going to get through

 3   this together.  Thank you again.

 4       ANDREW DING:  Thank you.  Thank you very much.

 5       STEPHANIE JONES:  Thank you Andrew.  Next, we

 6   have Carlos Martinez, Rahim Ali, and Mojito Iaba.

 7   Carlos?

 8       MODERATOR:  Carlos, your time is starting now.

 9       CARLOS MARTINEZ:  Good afternoon Chairperson Mark

10   Gjonaj and distinguished members of the Committee on

11   Small Business of New York City Council.  My name is

12   Carlos Martinez, I am a member of Sunset Scholars

13   LLC, a tutoring cooperative and [INAUDIBLE 5:08:07]

14   INC, which is Cooperatives United for Sunset Park.

15       I'm here today to share my experience of my peers

16   from the Work of Cooperative Business Development

17   Initiative, WCDBI.  Because we believe that

18   cooperatives are essential for supporting our

19   communities as and they should be supported

20   especially in times of crisis and recovery.

21       I can share a little bit about my experience

22   living and working as a young student here in Sunset

23   Park, I face many obstacles, achieve higher

24   education, and obtain a work opportunities.  My very

25   first job here in New York City was at a restaurant
```

1

2   where I worked for a merely $6, $7 an hour.  That was

3   one of my first jobs.  I was there a lot of long

4   hours but I later on moved on to being part of a

5   cooperative.

6       So, being a founding member of my cooperative

7   since Sunset Scholars at LLC has provided me with

8   many different opportunities to one, have a flexible

9   work special and earn money for school and give back

10  to my community.

11      Since our launch in 2015, the support of the

12  Center at Family Life, we've helped over 100 families

13  in all academic areas.  I'm also the board member of

14  Alliance CUSP, a local non-for-profit made up of

15  worker cooperatives advocating for immigrant workers

16  rights, developing social leadership in the worker

17  owned business community and providing direct

18  services to start up work in cooperative businesses.

19      My cooperative person has seen a big hit because

20  of the shutdown of the schools since we are a

21  cooperative business.  The crisis hit in very short

22  notice, as it did with many of the other businesses.

23  So, we were not prepared one, to provide online

24  services to our community in such short notice.  Our

25  work has been completely put on pause as of now and

1

2   this includes an exciting scholarship that we are

3   planning to launch to benefit low income families in

4   our community.  The crisis has also taken a big toll

5   on other cooperatives as I said who are members of

6   CUSP which work in the industries such as cleaning,

7   childcare, dog walking and other important services.

8       These cooperatives are made up of majority low

9   income immigrants and women.  For many of these

10  cooperatives, contracts that happened are all now on

11  pause and there is absolutely little to no money

12  coming into these businesses.  As cooperatives we try

13  to help each other as much as we can, so we try to

14  share as many resources as possible that we can with

15  our members.  But there is still a huge need for

16  financial support at this time.  Many are immigrant

17  workers and cannot qualify for stimulus checks and do

18  not have access to funds.

19      None of the cooperatives who are members of CUSP

20  were able to access the federal aid for small

21  businesses.

22      And lastly, I would just like to end with, I

23  would like to ask the City Council to continue

24  providing economic support and language specific to

25  technical assistance to cooperative members.  I

1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
        INTERGROUP INTERGROUP RELATIONS        274
2   believe in the impact of cooperative businesses to

3   invest in individuals, families and neighborhoods

4   creating a more prosperous and fair New York City.

5       Thank you.

6       STEPHANIE JONES:  Thank you Carlos.  Next, we

7   have Rahim Ali[SP?], Mojito Iaba and then Shawday

8   Swift[SP?]. Rahim?

9       MODERATOR:  Time is starting now.

10      RAHIM ALI:  Hi everyone, my name is Rahim Ali and

11  I started my business Chelsea Papaya in New York City

12  in 2016.  Since then, my business has grown 300

13  percent thanks to on demand deliveries through

14  Postmates and hundreds of thousands of workers who

15  help make delivery possible in the State of New York.

16      At Chelsea Papaya, we've been able to hire seven

17  new workers that opened two other locations.  When

18  the international COVID-19 outbreak began a few

19  months ago, the virus seemed so far away and I

20  remember thinking, what would this response look like

21  in my own community?  What would this mean for my

22  employees, my customers, my business, and my

23  neighborhood?

24      And now, our business throughout New York City

25  has been rocked by scores like none we have ever

1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS        275

2    seen.  Bringing our businesses and our way of life to

3    a halt.  But there is an innovative lifeline lending

4    a hand to main street.  Before social distancing,

5    customers would simply walk into our business and we

6    would be able to reach so many of the people who make

7    our community what it is.  On demand delivery enabled

8    Chelsea Papaya to grow our business base by three

9    times before the pandemic began.  But these platforms

10   now enable us to continue keeping our doors open.

11   I've run the numbers and I know what I am paying for.

12   Services that help expand my business but also things

13   like marketing, technology, new customers, I would

14   normally not be able to reach.

15        The significance of delivery services during this

16   time has been recognized in the central service,

17   executive ordinance, and ordinances across our

18   country.  Postmates and other delivery companies have

19   been aiding governments all over the country by

20   delivering meals to homebound, elderly, critical

21   medical staff and kids who no longer have access to

22   schools.

23        Small businesses like mine have been halted

24   access to small business administration loans.  So,

25   why in this time when on demand delivery companies

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1            INTERGROUP INTERGROUP RELATIONS        276

2   are critical support to our countries, our businesses

3   and our most vulnerable in the city trying to create

4   more red tape for these companies.  This is not the

5   time for loss that make it harder for on demand

6   deliveries to operate.  My business, our business

7   needs these resources to stay open for business and

8   all of us need the sense of community and closeness

9   we feel when we sit down for our favorite meal, even

10  if it's in our own living rooms.

11      That's why I'm here today, calling on legislature

12  to protect and continue our shared economy

13  prosperity.  Restaurants and third-party platforms

14  either sink or swim together.  This isn't just about

15  Chelsea Papaya, but about the hundreds of thousands

16  of other businesses that continue to call New York

17  home.  Let's set an example with solutions that don't

18  make us chose between restaurants and delivery.

19      Thank you.

20      STEPHANIE JONES:  Thank you Rahim.  Next, we have

21  Mojito Iaba[SP], Shawday Swift and then Robert S.

22  Altman.  Mojito?

23      MODERATOR:  Time starts now.

24      MOJITO IABA:  my name is Mojito Iaba, I am a

25  small business owners and I am originally from Japan.

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERGROUP INTERGROUP RELATIONS          277

1
2   I have two stores in Brooklyn.  One is in Williams
3   Park and one in Greenpoint and due to COVID-19 we
4   lost store.  They are closed since March 18th and
5   since most of our stores have no business, we have no
6   income since March 18th.  So, we tied to file PPP as
7   emergency loans but so far, no luck.  So, we've had a
8   month of stress from COVID-19 dealing with PPP health
9   insurance immigration visa for my staff and you know,
10  things never I experienced before.
11      Then my landlord asked for rent for April.  We
12  told my landlord we are not making any money since
13  March; he told me rain or shine or whatever is
14  happening now, I have to pay the rent.  She told me I
15  have to use my savings money.  I told her, we are
16  having a crisis, so we ask for a better deal.
17  Cheaper rent.  Her answer was no.  If we can't pay
18  April or end of May rent, we have to leave by May
19  31st.  We have to leave on May 31st and she is going
20  to keep the $9,000 deposit.
21      So, we called 311 New York City for help and
22  [INAUDIBLE 5:16:04] the City Commercial Lease
23  Assistance program.  They have been helping us to get
24  through this situation but since most of the
25

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1          INTERGROUP INTERGROUP RELATIONS          278

2   commercial lease are unfair to the tenants, we

3   decided to give up and move out by April 31st.

4       So, basically, we are not protected by anything.

5   It's so unfair, you know.  Everything is just unfair

6   right now and they told me I have a grace period for

7   three months but that means that I have to pay rent

8   after what June 1st, from June 1st, which is like over

9   $10,000.  I don't have it.

10      Small business needs help from New York City

11  because New York City's economy made from small

12  businesses that attribute from all over the world.

13  In order to survive as a small business owner, New

14  York City has to pass a bill to protect tenants from

15  the landlord ASAP.

16      I don't think we're going to make same amount of

17  money from June 1st.

18      MODERATOR:  Time expired.

19      MOJITO IABA:  Oh, okay.  So, I'm just scared with

20  our future without any help.  That's it, thank you

21  guys.

22      STEPHANIE JONES:  Thank you for your testimony.

23  I see Chair Gjonaj has some follow up questions.

24      CHAIRPERSON GJONAJ:  Mojito.

25      MOJITO IABA:  Hi.

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1                  INTERNATIONAL INTERGROUP RELATIONS        279

 2          CHAIRPERSON GJONAJ:  I hear your struggles and as

 3   Small Business Chair, I'm going to offer my services

 4   to you as well.  I am committed to you.  Can you take

 5   down my phone number please and my email?

 6          MOJITO IABA:  Is this the 718-931-1721?

 7          CHAIRPERSON GJONAJ:  Correct and my email

 8   address.  Do you have it?

 9          MOJITO IABA:  M.

10          CHAIRPERSON GJONAJ:  Mgjonaj@council.nyc.gov.

11   Did you surrender your lease yet?  It's too personal

12   to perhaps do this on Zoom.  I want you to call me

13   after this Zoom meeting is over, after hearing, so we

14   can talk.

15          MOJITO IABA:  Okay.

16          CHAIRPERSON GJONAJ:  Don't give up, I'm here for

17   you.

18          MOJITO IABA:  There's just so much work we have

19   to go through right now and we have so, just the

20   stress amount is just too much to handle and it was

21   one of the choice, we just forget about the one store

22   and just concentrate on one store right now because

23   having two stores and getting harassment from two

24   stores is just, we can't handle it anymore.  It's

25   just too much stress.
```

```
         COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
 1            INTERNATIONAL INTERGROUP RELATIONS      280
 2       CHAIRPERSON GJONAJ:  Mojito, I'm here for you.
 3   After this hearing, I'm hoping to hear from you.
 4       MOJITO IABA:  I'll call you, thank you so much.
 5       CHAIRPERSON GJONAJ:  Thank you.
 6       STEPHANIE JONES:  Thank you.  Again, we encourage
 7   all panelists to submit any written testimony to
 8   testimony@council.nyc.gov.  Next, we have Shawday
 9   Swift and then Robert S. Altman.  So, Shawday?
10       MODERATOR:  Time is starting now.
11       SHAWDAY SWIFT:  Thank you.  Good afternoon.  My
12   name is Shawday Swift and I'm a worker, owner based
13   in the Bronx at Cards by Day and Rebellious Root and
14   a member of the Nick Nock Advocacy Council.  In all
15   of these spaces I had the opportunity to dream about
16   and practice what a different world looks like and to
17   put in my community in doing the same.  I began my
18   journey as Cooperator at the Green Worker
19   Cooperatives Co-op Academy back in fall 2018 and fell
20   in love with the concept of a solidary economy.  One
21   accomplished as scale, what that would mean for
22   communities around the world.  Through the academy, I
23   learned about the seven guiding principles of being a
24   cooperative and two that have stuck with me and that
25
```

1

2    ground me daily are cooperation among cooperative and

3    concern for community.

4        Since COVID began, I have found myself seeking

5    ways to support my community and having heightened

6    concern for the most vulnerable cooperators who are

7    undocumented, uninsured, Spanish speakers,

8    chronically ills, etc.  Considering that so many of

9    these solutions by our federal government excluding

10   entire communities of people, like PPP asking for

11   information that co-ops do not have.  Because we are

12   not employers or giving loans that we are not able to

13   pay back instead of grants.  Co-ops only have one

14   place to turn and that is the organizations that

15   built us and that support our growth.

16       Organizations like Nick Nock take worker

17   cooperative and countless others within the WCBDI

18   initiative who have helped me are truly guiding co-

19   ops, especially those with vulnerable workers to a

20   place where they feel seen and heard.

21       We should not have to jump through hoops and

22   break barriers to get the resources we deserve for my

23   city.  For example, the MWBE certification being an

24   impossible application to complete, and this possibly

25   being a way to rebuild our cooperative after losing

1

2  most of our revenue for 2020 in just 40 days and

3  wanting to develop a robust clientele but not having

4  any support to do so.

5      As a queer, Black immunocompromised chronically

6  ill cooperator who is currently financially

7  supporting two households for a total of six people,

8  I know I deserve more from our city.  My community

9  deserves more.  I know that so many of my fellow

10  cooperators are also supporting multiple household

11  and counting on their co-ops to survive this.

12      Co-ops are the future of our economy and without

13  your help, there will be a race and a time when our

14  society needs hope, assurance, and a place to turn.

15      As a cooperative community, we want to cancel

16  rents to assure that all New Yorkers receive aid that

17  our New York City Immigrant Small Grant is created

18  and that supplemental relief for low income New

19  Yorkers is provided.

20      I hope that today and moving forward you continue

21  to fund the WCBDI Initiative and all the essential

22  programs that guide my cooperatives work.  That you

23  consider sharing your check with the most vulnerable

24  communities of New York City.  That when you make

25  decisions, you remember all the communities, Black,

```
 1      COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
                INTERNATIONAL INTERGROUP RELATIONS       283
```

2   Brown, indigenous, LGBTQIA plus, chronically ill,

3   immunocompromised, deaf, and enabled, undocumented

4   poor working class, homeless and all the other

5   vulnerable communities that are counting on you.

6       MODERATOR:  Time expired.

7       SHAWDAY SWIFT:  To guide us toward the future.

8   The last thing is the only way to create a new and

9   better system is together with those most impacted to

10  the front.

11      Thank you so much.

12      STEPHANIE JONES:  Thank you Shawday.  Robert S.

13  Altman is our last panelist.  If we have

14  inadvertently missed any panelists who have not yet

15  had the opportunity to speak, please use the raise

16  hand function.

17      Thank you for your patience Mr. Altman, you may

18  begin.

19      ROBERT S. ALTMAN:  Thank you.

20      MODERATOR:  Time is starting now.

21      ROBERT S. ALTMAN:  I represent the Queens and

22  Bronx Building Association and the Building Industry

23  Association of New York City.  The testimony is for

24  yesterday and today, it's on four bills.  The problem

25  with all four bills is they do provide a road map on

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
      INTERNATIONAL INTERGROUP RELATIONS     284

1

2  how to gain the system.  How that is, is explained in

3  the testimony, I won't repeat that here.

4      A number of members were complaining about the

5  fact that here it was they were having to forego

6  money or delay money.  But in fact, they would still

7  be responsible to the city for the water bill, which

8  in some instances is even higher because people are

9  staying at home.  They would still be responsible for

10  taxes.  They would still be responsible for heat and

11  they would still be responsible for their mortgage

12  and it's important to remember that even in certain

13  commercial mortgages, there is usually a provision

14  which requires that if you are going to amend a

15  mortgage, that in fact, you must get permission from

16  the mortgage bank.

17      So, on many of these situations, realize a few

18  things.  Tenants will say that the landlords are not

19  getting back to them or such and maybe for multiple

20  reasons.  One, they have limited resources and

21  multiple tenants and they are trying to work it out.

22      Two, they do have to go back to their bank and

23  determine whether the bank will allow them to amend

24  the lease to give relief because once that mortgage,

25

```
                COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
1                   INTERNATIONAL INTERGROUP RELATIONS       285
2    once the rent is lowered, there is less of the
3    ability to pay the mortgage.
4        A large majority of these landowners are not
5    stupid.  There are some that are dumb, I grant you
6    that but most of them know they want to work with
7    [INAUDIBLE 5:24:44 - 5:24:51] landlords and most of
8    them are going to get some relief.  Because if
9    everybody closes down, there is no one to rent and of
10   course, at that point and time fair market rents will
11   bottom out and the landlord will probably get less
12   than what they were getting from their current
13   tenant.  So, it makes sense for them to do that.
14       Finally, in dealing with this, I think there are
15   other ways of dealing with the problems that exist
16   rather than using a sledgehammer.  For example, if
17   there is an eviction proceeding, there probably
18   should be some form of mediation before anything
19   takes place in terms of an eviction or such.  Because
20   for those landlords that are not reasonable, you do
21   in fact want them, how should I say, realize that
22   nobody is renting.  The fair market rents in the are
23   down and that maybe they want to reconsider.
24       MODERATOR:  Time expired.
25
```

```
1    COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
              INTERNATIONAL INTERGROUP RELATIONS        286
2        ROBERT S. ALTMAN:  Thank you and thank you for
3    the opportunity to testify.
4        STEPHANIE JONES:  Thank you so much Robert.  We
5    appreciate your testimony.  I will now turn it over
6    to Chair Gjonaj for closing remarks followed by Chair
7    Cohen.  Chair Gjonaj?
8        CHAIRPERSON GJONAJ:  Stephanie, we don't have
9    anyone else that's waiting that we may have
10   overlooked?
11       STEPHANIE JONES:  No, we've been looking, it
12   doesn't appear that we have missed anybody, nobody
13   has raised their hand, so I think you can proceed
14   Chair.
15       CHAIRPERSON GJONAJ:  So, I want to thank all of
16   you that testified today, that held on, that
17   submitted your testimony in writing.  I wanted to
18   start the hearing with, I know that there is a lot of
19   pain and suffering out there including the loss of
20   loved ones.  My sincerest condolences to all of those
21   who have had a tragic loss in their lives and my
22   hearts and prayers are with those that are currently
23   battling this virus and fighting for their life.
24   We're going to get through this together.  We're
25   going to get through this crisis together because
```

```
1   COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
          INTERNATIONAL INTERGROUP RELATIONS        287
2   we're in it together and when it comes to the small

3   business issues as well as the slew of legislation

4   that we heard today, it's intended to make things

5   better.

6       So, your testimony is important to us.  We're

7   going to take into consideration all of your comments

8   and we're going to be paying attention to the needs

9   of your business and the overall needs of New York

10  City.  So, I just want to thank you all and I want to

11  thank my Co-Chair Andy Cohen for being such a great

12  partner and a friend.  Andy, as you can see, we have

13  a lot of work together when it comes to the issues

14  that were presented today but none more important and

15  pressing to me than the discrimination and prejudice

16  of the limited funds that made its way to our great

17  borough.  It truly is an injustice.

18      CO-CHAIR COHEN:  Thank you Mark.  One, you know,

19  I know that you and I and the entire Bronx delegation

20  are not going to take that laying down.  It's really

21  terribly disappointing and I know that we're going to

22  all fight together to try to bring some equity to the

23  Bronx.

24      I do want to thank everybody who helped organize

25  this hearing.  It was a long haul.  It was a very jam
```

COMMITTEE ON CULTURAL AFFAIRS, LIBRARIES AND
            INTERNATIONAL INTERGROUP RELATIONS        288

1

2    packed agenda and you know, in light of the

3    circumstances, I think that we felt that we wanted to

4    take up all of these issues.  So, I want to thank

5    everyone for their patience, their very, very hard

6    work.

7        Again, I want to thank you Chair for your

8    partnership and I'm happy to conclude this hearing.

9    Thank you.

10       STEPHANIE JONES:  And if we could just, thank you

11   Chair.  If we could just get Chair Gjonaj to close

12   the hearing by gaveling out.  Thank you.

13       CHAIRPERSON GJONAJ:  Thank you Stephanie and

14   thank you to all the staff.  This will conclude our

15   hearing for today.  [GAVEL]

16

17

18

19

20

21

22

23

24

25

<u>C E R T I F I C A T E</u>

World Wide Dictation certifies that the
foregoing transcript is a true and accurate
record of the proceedings. We further certify that
there is no relation to any of the parties to
this action by blood or marriage, and that there
is interest in the outcome of this matter.



Date _____April 1, 2018_____