

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**PAMELA A. KOPLIK**
Senior Counsel
Administrative Law &
Regulatory Litigation Division
phone: 212-356-2187
fax: 212-356-2019
e-mail: pkoplik@law.nyc.gov

August 12, 2020

**BY ECF FILING**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   <u>Marcia Melendez, et al. v. The City of New York, et al.</u> (20 CV 5301)(RA)

Honorable Judge Abrams:

      This office represents Defendants the City of New York, Bill de Blasio, Louise Carroll, and Jonnel Doris (collectively, "Defendants") in the above-entitled action. I write to request oral argument regarding Defendants' motion to dismiss filed concurrently with this letter.

      Thank you for your consideration.

Sincerely yours,

/s/

Pamela A. Koplik

cc:   **BY ECF FILING**
       Stephen P. Younger, Esq.
       Alejandro Cruz, Esq.