| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-4-20 |

MELENDEZ, *et al.*,

                Plaintiffs,

        v.

THE CITY OF NEW YORK, *et al.*,

                Defendants.

20-CV-5301 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The parties are hereby directed to submit supplemental letters to the Court in advance of oral argument. The letters shall be submitted no later than 12:00 pm on Wednesday, September 9, 2020. The letters shall address:

      (1) Whether discovery will advance the arguments presented, and if so, how;

      (2) Whether the Plaintiffs have standing to challenge the Harassment Laws and which plaintiffs, if any, have standing to challenge the Guaranty Law; and

      (3) If the Court were to find the Harassment Laws do not violate the First Amendment of the Federal Constitution, on what grounds it could find that the laws violate Article 1, § 8 of the New York State Constitution.

      Additionally, Plaintiffs are directed to provide the Court and opposing counsel a copy of the lease agreement—including the personal guaranty agreement—between Plaintiff Bochner and his commercial tenant. If this document is already in the record, Plaintiffs are directed to identify it by docket and exhibit number for the Court.

SO ORDERED.

Dated:	September 4, 2020
	New York, New York

_____
RONNIE ABRAMS
United States District Judge