**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MELENDEZ, et al.,

                Plaintiffs,

    -against-                          20 **CIVIL** 5301 (RA)

                                        **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 25, 2020, Defendants' motion to dismiss is granted and Plaintiffs' claims are dismissed. Plaintiffs' motion for a preliminary injunction and preliminary declaratory judgment is also denied; accordingly, this case is closed.

**Dated:** New York, New York

      November 30, 2020

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**
                **BY:**    *K. Mango*
                                            **Deputy Clerk**