UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCIA MELENDEZ, *et al.*,<br><br>              Plaintiffs,<br><br>      v.<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>              Defendants. | No. 20-CV-5301 (RA) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Claude G. Szyfer of Stroock & Stroock & Lavan LLP certifies that he is admitted to practice in this Court and respectfully enters his appearance as counsel of record for Plaintiffs Marcia Melendez, Jarican Realty Inc., 1025 Pacific LLC, Ling Yang, Top East Realty LLC, Haight Trade LLC, Elias Bochner, and 287 7th Avenue Realty LLC in the above-captioned action ("Plaintiffs").  Through this appearance, Plaintiffs do not waive and expressly reserve all rights, claims and defenses.

Dated: December 21, 2020
       New York, New York

STROOCK & STROOCK & LAVAN LLP

By:   /s/ *Claude G. Szyfer*
        Claude G. Szyfer

180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
cszyfer@stroock.com

*Attorneys for Plaintiffs.*