UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Marcia Melendez, Jarican Realty Inc.,
1025 Pacific LLC, Ling Yang, Top East
Realty LLC, and Haight Trade LLC,

                  *Plaintiffs,*

       v.

The City of New York, a municipal entity,
Bill de Blasio, as Mayor of the City of New York,
Louise Carroll, Commissioner of New York City
Department of Housing Preservation &
Development, and Jonnel Doris, Commissioner of
New York City Department of Small Business
Services,

                  *Defendants.*

20 CV 05301 (RA)

## MOTION TO WITHDRAW APPEARANCE
## BY CARLOS FERNANDO UGALDE ALVAREZ

Upon the accompanying affirmation of Carlos Fernando Ugalde Alvarez, the undersigned respectfully moves this Court to withdraw the appearance of Carlos Fernando Ugalde Alvarez on behalf of Defendants in the above-captioned action.

Dated:      New York, New York
             February 4, 2022

                                            **GEORGIA M. PESTANA**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for Defendant
                                            100 Church Street, 4th Floor
                                            New York, New York 10007

                                            By: _____
                                                   Carlos Fernando Ugalde Alvarez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Marcia Melendez, Jarican Realty Inc.,
1025 Pacific LLC, Ling Yang, Top East
Realty LLC, and Haight Trade LLC,

                *Plaintiffs,*

    *v.*

The City of New York, a municipal entity,
Bill de Blasio, as Mayor of the City of New York,
Louise Carroll, Commissioner of New York City
Department of Housing Preservation &
Development, and Jonnel Doris, Commissioner of
New York City Department of Small Business
Services,

                *Defendants.*

20 CV 05301 (RA)

---

### AFFIRMATION OF CARLOS FERNANDO UGALDE ALVAREZ
### IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

      I, Carlos Fernando Ugalde Alvarez, an attorney admitted to practice before this Court, and the courts of the State of New York, hereby affirm under penalty of perjury as follows:

      1.     I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned action (the "Action").

      2.     I am one of the attorneys of record for Defendants in the Action.

      3.     As of February 5, 2022, I will no longer (i) be employed at the Office of the Corporation Counsel of the City of New York or (ii) represent Defendants.

4.      Pamela A. Koplik is also an attorney of record for Defendants in the Action, and the Office of the Corporation Counsel of the City of New York continues to represent Defendants in the Action.

5.      Accordingly, I respectfully request that (i) the Court grant the motion to withdraw my appearance for Defendants in the Action, and (ii) the Clerk be directed to terminate my appearance.

Dated:      New York, New York
                February 4, 2022

_____
CARLOS FERNANDO UGALDE ALVAREZ