UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCIA MELENDEZ, *et al.*,

                Plaintiffs,

v.

THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 20-CV-5301 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pending before the Court are Plaintiff's motion for summary judgment, *see* Dkt. 91, and Defendants' cross motion for summary judgment, *see* Dkt. 101. Oral argument will be held on December 12, 2022 at 11:00 a.m. By no later than December 5, 2022, the parties shall file a joint letter advising the Court as to whether they prefer to hold the argument in person or remotely via videoconference.

SO ORDERED.

Dated:     November 2, 2022
             New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge