UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCIA MELENDEZ, JARICAN REALTY INC., 1025 PACIFIC LLC, LING YANG, TOP EAST REALTY LLC, HAIGHT TRADE LLC, ELIAS BOCHNER, and 287 7TH AVENUE REALTY LLC,

        Plaintiffs,

v.

CITY OF NEW YORK, MAYOR BILL DE BLASIO, COMMISSIONER LOUISE CARROLL, and COMMISSIONER JONNEL DORIS,

        Defendants.

No. 20-cv-5301 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Today, the Second Circuit issued its mandate vacating the Court's award of summary judgment and remanding the case with directions to dismiss for lack of subject matter jurisdiction. *See* Dkt. 33. Unless either party objects by November 1, 2024, the Court will dismiss the case for lack of jurisdiction pursuant to the Second Circuit's instructions.

SO ORDERED.

Dated:    October 29, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge