UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCIA MELENDEZ, JARICAN REALTY INC., 1025 PACIFIC LLC, LING YANG, TOP EAST REALTY LLC, HAIGHT TRADE LLC, ELIAS BOCHNER, and 287 7TH AVENUE REALTY LLC,

        Plaintiffs,

v.

CITY OF NEW YORK, MAYOR BILL DE BLASIO, COMMISSIONER LOUISE CARROLL, and COMMISSIONER JONNEL DORIS,

        Defendants.

No. 20-cv-5301 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 29, 2024, the Court issued an order stating that it would dismiss the case for lack of jurisdiction absent objection from the parties. Because no objections were filed, the Court hereby dismisses this case for lack of jurisdiction consistent with the Second Circuit's mandate. *See* Dkt. 127. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated:    December 5, 2024
           New York, New York

_____
Ronnie Abrams
United States District Judge